# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 20, 2022

Ms. Jessica Ring Amunson
Jenner & Block, L.L.P.
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

Mr. Mohammed Amir Badat
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
5th Floor
New York, NY 10006-1738

Mr. Adriel I. Cepeda Derieux
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004-2400

Mr. Ben Clements
P.O. Box 600047
Newton, MA 02460

Mr. Victor Genecin
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
5th Floor
New York, NY 10006-1738

Mr. Uzoma Nkem Nkwonta
Elias Law Group, L.L.P.
10 G Street, N.E.
Suite 600
Washington, DC 20002

Ms. Kathryn C. Sadasivan
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
Floor 5
New York, NY 10006-1738


Mr. R. Gary Spencer
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
5th Floor
New York, NY 10006-1738


Mr. Jerry Vattamala
Asian American Legal Defense & Educational Fund
99 Hudson Street
12th Floor
New York, NY 10013


Ms. Georgina Yeomans
NAACP Legal Defense & Educational Fund, Incorporated
700 14th Street, N.W.
6th Floor
Washington, DC 20005


      No. 22-50732    Mi Familia Vota v. Ogg
                      USDC No. 5:21-CV-844
                      USDC No. 1:21-CV-780
                      USDC No. 1:21-CV-786
                      USDC No. 5:21-CV-848
                      USDC No. 5:21-CV-920



Dear Counsel:

This letter is to advise the parties that the court has requested
a response to the Appellant's Motion for stay pending appeal be
filed in this office on or before September 29, 2022.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

cc:
 Mr. Noah Baron
 Mr. Kenneth Eugene Broughton Jr.
 Mr. Christopher D. Dodge
 Mr. John Russell Hardin
 Mr. Jonathan Patrick Hawley
 Mr. Eric J. R. Nichols
 Mr. Karson Thompson
 Mr. Graham White