No. 22-50732

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

MI FAMILIA VOTA, MARLA LOPEZ, MARLON LOPEZ, PAUL RUTLEDGE

*Plaintiffs-Appellees*,

v.

KIM OGG,

*Defendant-Appellant,*

On Appeal from the United States District
Court for the Western District of Texas,
San Antonio Division

**UNOPPOSED MOTION TO WITHDRAW
APPEARANCE OF COUNSEL**

John R. Hardin
PERKINS COIE LLP
500 N. Akard Street Suite 3300
Dallas, Texas 75201
(214) 965-7700

Uzoma N. Nkwonta
Christopher D. Dodge
Joshua L. Harris
Noah B. Baron
Alexander F. Atkins
Meaghan E. Mixon
ELIAS LAW GROUP LLP
10 G Street NE, Suite 600
Washington, D.C. 20002
(202) 968-4490

158314869.1

Please take note that John R. Hardin, hereby respectfully moves the Court to permit him to withdraw as counsel of record for Plaintiffs-Appellees LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. Plaintiffs-Appellees will continue to be represented by Elias Law Group LLP. Plaintiffs-Appellants and Defendant-Appellant's counsels of record do not oppose this motion for withdrawal.

Dated: September 22, 2022.

Respectfully submitted,

*/s/ John R. Hardin*
Texas State Bar No. 24012784
**PERKINS COIE LLP**
500 North Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
johnhardin@perkinscoie.com

Uzoma N. Nkwonta
Christopher D. Dodge
Noah B. Baron
Jonathan P. Hawley
Graham White
unkwonta@elias.law
cdodge@elias.law
nbaron@elias.law
jhawley@elias.law
gwhite@elias.law
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490

*Counsel for Plaintiffs-Appellees*
*LULAC Texas, Voto Latino, Texas Alliance*
*for Retired Americans, and Texas AFT*

### **CERTIFICATE OF SERVICE**

I certify that on September 22, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that counsel for the Plaintiffs-Appellees and Defendant-Appellant are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ John R. Hardin*
John R. Hardin