# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 23, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 22-50732   Mi Familia Vota v. Ogg
               USDC No. 5:21-CV-844
               USDC No. 1:21-CV-780
               USDC No. 1:21-CV-786
               USDC No. 5:21-CV-848
               USDC No. 5:21-CV-920
```

The court has taken the following action in this case:

The motion to withdraw as counsel is hereby GRANTED.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Ms. Jessica Ring Amunson
Mr. Mohammed Amir Badat
Mr. Noah Baron
Mr. Kenneth Eugene Broughton Jr.
Mr. Adriel I. Cepeda Derieux
Mr. Ben Clements
Mr. Christopher D. Dodge
Mr. Victor Genecin
Mr. John Russell Hardin
Mr. Jonathan Patrick Hawley
Mr. Eric J. R. Nichols
Mr. Uzoma Nkem Nkwonta
Ms. Elena Alejandra Rodriguez Armenta
Ms. Kathryn C. Sadasivan
Mr. R. Gary Spencer
Mr. Karson Thompson
Mr. Jerry Vattamala
Mr. Graham White
Ms. Georgina Yeomans

P.S. We have removed Mr. John Russell Hardin from our docket as counsel for appellant. We will not send further orders, correspondence, etc. regarding this appeal.