# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 12, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 22-50732    Mi Familia Vota v. Ogg
                USDC No. 5:21-CV-844
                USDC No. 1:21-CV-780
                USDC No. 1:21-CV-786
                USDC No. 5:21-CV-848
                USDC No. 5:21-CV-920
```

The court has taken the following action in this case:

The motion to withdraw as counsel is hereby GRANTED.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Ms. Danielle Ahlrich
Ms. Jessica Ring Amunson
Mr. Mohammed Amir Badat
Mr. Noah Baron
Mr. Eitan Berkowitz
Mr. John C. Bonifaz
Mr. Kenneth Eugene Broughton Jr.
Mr. Adriel I. Cepeda Derieux
Mr. Ben Clements
Mr. Philip Devlin
Mr. Christopher D. Dodge
Mr. Zachary Dolling
Mr. Victor Genecin
Mr. Jonathan Patrick Hawley
Mr. Peter Thomas Hofer
Ms. Courtney Marie Hostetler
Mr. Hani Mirza
Mr. Eric J. R. Nichols
Mr. Uzoma Nkem Nkwonta
Ms. Elena Alejandra Rodriguez Armenta
Ms. Kathryn C. Sadasivan

Mr. J. Michael Showalter
Ms. Lisa Snead
Mr. R. Gary Spencer
Mr. Karson Thompson
Mr. Jerry Vattamala
Mr. Graham White
Ms. Georgina Yeomans

P.S. We have removed Ms. Georgina C. Yeomans from our docket as counsel for appellant. We will not send further orders, correspondence, etc. regarding this appeal.