# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 20, 2022

Mr. Eric J. R. Nichols
Butler Snow, L.L.P.
1400 Lavaca Street
Suite 1000
Austin, TX 78701

    No. 22-50732   Mi Familia Vota v. Ogg
                         USDC No. 5:21-CV-844
                         USDC No. 1:21-CV-780
                         USDC No. 1:21-CV-786
                         USDC No. 5:21-CV-848
                         USDC No. 5:21-CV-920

Dear Mr. Nichols,

The following pertains to your record excerpts electronically filed on 10/19/22.

We filed your record excerpts. However, you must make the following correction(s) within the next 14 days.

You need to correct or add:

Copy of the district court docket entries in all cases is required, see 5TH CIR. R. 30.1.4(a).

Note: Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system. Please do not send paper copies of the record excerpts until requested to do so by the clerk's office. The record excerpts are not sufficient until final review by the clerk's office. If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient record excerpts **MUST** be dated on the actual date that service is being made. Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore, you may still use this event to submit a sufficient record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Melissa Mattingly*
Melissa V. Mattingly, Deputy Clerk
504-310-7719

cc:
Ms. Danielle Ahlrich
Ms. Jessica Ring Amunson
Mr. Mohammed Amir Badat
Mr. Noah Baron
Mr. Eitan Berkowitz
Mr. John C. Bonifaz
Mr. Kenneth Eugene Broughton Jr.
Mr. Adriel I. Cepeda Derieux
Mr. Ben Clements
Mr. Christopher D. Dodge
Mr. Zachary Dolling
Mr. Ronald Fein
Mr. Victor Genecin
Mr. Jonathan Patrick Hawley
Mr. Peter Thomas Hofer
Ms. Courtney Marie Hostetler
Mr. Hani Mirza
Mr. Uzoma Nkem Nkwonta
Ms. Elena Alejandra Rodriguez Armenta
Ms. Kathryn C. Sadasivan
Mr. J. Michael Showalter
Ms. Lisa Snead
Mr. R. Gary Spencer
Mr. Karson Thompson
Mr. Jerry Vattamala
Mr. Graham White