# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| MI FAMILIA VOTA et al., <br><br> *Plaintiffs-Appellees* <br><br> v. <br><br> KIM OGG, <br><br> *Defendant-Appellant* <br><br> OCA-GREATER HOUSTON et al., <br><br> *Plaintiffs-Appellees* <br><br> v. <br><br> JOSE A. ESPARZA, IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE (ACTING) et al., <br><br> *Defendants* <br> and <br><br> KIM OGG, <br><br> *Appellant* <br><br> LULAC TEXAS et al., <br><br> *Plaintiffs-Appellees* <br><br> v. <br><br> JOSE A. ESPARZA; et al., | Civil Action No. 22-50732 <br><br><br> On Appeal from the United States District Court for the Western District of Texas, <br><br> USDC No. 1:21-CV-844 <br> USDC No. 1:21-CV-780 <br> USDC No. 1:21-CV-786 <br> USDC No. 5:21-CV-848 <br> USDC No. 5:21-CV-920 |

|  |
|---|
| *Defendant* |
| and |
| KIM OGG, |
| *Appellant* |
| DELTA SIGMA THETA SORORITY, INCORPORATED et al., |
| *Plaintiffs-Appellees* |
| v. |
| GREGORY WAYNE ABBOTT, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF TEXAS; et al., |
| *Defendants* |
| and |
| KIM OGG, |
| *Appellant* |
| MI FAMILIA VOTA et al., |
| *Plaintiffs-Appellees* |
| v. |
| GREGORY ABBOTT, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF TEXAS et al., |
| *Defendants* |
| and |
| KIM OGG, |

*Appellant*

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

TO THE CLERK AND ALL PARTIES:

Please withdraw the appearance of Mr. R. Gary Spencer, of the NAACP Legal Defense & Educational Fund, Inc., as counsel on behalf of Plaintiffs-Appellees Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons ("Plaintiffs-Appellees"). Mr. Spencer will no longer be working on this matter. Plaintiffs-Appellees will continue to be represented by existing counsel from the NAACP Legal Defense & Educational Fund, Inc., and co-counsel Reed Smith LLP, The Arc of the United States, and ArentFox Schiff LLP.

Respectfully submitted,

/s/ R. Gary Spencer
R. Gary Spencer+
Jennifer A. Holmes
NAACP LEGAL DEFENSE &
  EDUCATIONAL FUND, INC.
700 14th Street, NW, Suite 600
Washington, DC 20005
Phone: (202) 682-1300
Fax: (202) 682-1312
jholmes@naacpldf.org
gspencer@naacpldf.org

Samuel Spital
Amir Badat

Victor Genecin
Kathryn Sadasivan
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
sspital@naacpldf.org
abadat@naacpldf.org
vgenecin@naacpldf.org
sadasivan@naacpldf.org

*Counsel for Plaintiffs-Appellees Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

*+ Mailing address only. Work remotely from, and admitted to practice in, Georgia.*

## CERTIFICATE OF COMPLIANCE

This Motion complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because this Motion contains 96 words, excluding parts of the Motion exempted by Fed. R. App. P. 32(f) and 5th Cir. R. 32.3. 2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ R. Gary Spencer<br>
R. Gary Spencer

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs-Appellees, R. Gary Spencer, sent an email to counsel for Defendants-Appellants in this appeal inquiring as to whether the relief requested in this motion would be opposed. Counsel for Defendants-Appellants responded they had no objection.

/s/ R. Gary Spencer<br>
R. Gary Spencer

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system on February 14, 2023.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that I have mailed the foregoing document by First-Class Mail, postage prepaid, to participants in the case who are not registered CM/ECF users.

/s/ R. Gary Spencer
R. Gary Spencer
