# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

February 15, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-50732   Mi Familia Vota v. Ogg
                  USDC No. 5:21-CV-844
                  USDC No. 1:21-CV-780
                  USDC No. 1:21-CV-786
                  USDC No. 5:21-CV-848
                  USDC No. 5:21-CV-920

The court has taken the following action in this case:

The motion to withdraw counsel Mr. R. Gary Spencer is hereby GRANTED.


                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Mary Frances Yeager, Deputy Clerk
                                      504-310-7686


Ms. Jessica Ring Amunson
Mr. Mohammed Amir Badat
Mr. Noah Baron
Mr. Eitan Berkowitz
Mr. John C. Bonifaz
Mr. Kenneth Eugene Broughton Jr.
Mr. Thomas Paul Buser-Clancy
Mr. Adriel I. Cepeda Derieux
Mr. Ben Clements
Mr. Christopher D. Dodge
Mr. Zachary Dolling
Mr. Ronald Fein
Mr. Victor Genecin
Mr. Derek Ha
Ms. Ashley Alcantara Harris
Mr. Peter Thomas Hofer
Ms. Jennifer A. Holmes
Ms. Courtney Marie Hostetler
Mr. Michael Brandon Jones
Ms. Savannah Kumar

Mr. Hani Mirza
Mr. Eric J. R. Nichols
Mr. Uzoma Nkem Nkwonta
Ms. Elena Alejandra Rodriguez Armenta
Ms. Kathryn C. Sadasivan
Mr. J. Michael Showalter
Mr. D. Todd Smith
Ms. Lisa Snead
Mr. R. Gary Spencer
Mr. Samuel Spital
Mr. Karson Thompson
Mr. Jerry Vattamala


P.S. We have removed Mr. R. Gary Spencer from our docket as counsel for appellant.  We will not send further orders, correspondence, etc. regarding this appeal.