# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 22, 2023

Mr. Eric J. R. Nichols
Butler Snow, L.L.P.
1400 Lavaca Street
Suite 1000
Austin, TX 78701

Mr. Uzoma Nkem Nkwonta
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

    No. 22-50732    Mi Familia Vota v. Ogg
                             USDC No. 5:21-CV-844
                             USDC No. 1:21-CV-780
                             USDC No. 1:21-CV-786
                             USDC No. 5:21-CV-848
                             USDC No. 5:21-CV-920

Dear Counsel,

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by **5TH CIR. R.** 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See **5TH CIR. R.** 30.1.7(c).

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Charles Whitney
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
Ms. Jessica Ring Amunson
Mr. Mohammed Amir Badat
Mr. Noah Baron
Mr. Eitan Berkowitz
Mr. John C. Bonifaz
Mr. Kenneth Eugene Broughton Jr.
Mr. Thomas Paul Buser-Clancy
Mr. Adriel I. Cepeda Derieux
Mr. Ben Clements
Mr. Christopher D. Dodge
Mr. Zachary Dolling
Mr. Ronald Fein
Mr. Victor Genecin
Mr. Derek Ha
 Ashley Alcantara Harris
Mr. Peter Thomas Hofer
Ms. Jennifer A. Holmes
Ms. Courtney Marie Hostetler
Mr. Michael Brandon Jones
Ms. Savannah Kumar
Mr. Hani Mirza
Ms. Elena Alejandra Rodriguez Armenta
Ms. Kathryn C. Sadasivan
Mr. J. Michael Showalter
 D. Todd Smith
Ms. Lisa Snead
Mr. Samuel Spital
Mr. Karson Thompson
Mr. Jerry Vattamala