

2222 West Braker Lane
Austin, Texas 78758
MAIN OFFICE 512.454.4816
TOLL-FREE 800.315.3876
FAX 512.454.3999

April 24, 2023

*Via E-file*

Mr. Lyle W. Cayce, Clerk
U.S. Court of Appeals
Fifth Circuit
600 S. Maestri Place
Suite 115
New Orleans, LA 70130

Re: Notice of change of employment of counsel on Fifth Circuit cases

Dear Mr. Cayce,

I am writing to notify the Court that my last day of employment with Disability Rights Texas will be on April 28, 2023. I currently serve as counsel on the following cases pending before the Court:

- *Francois v. Garland*, No. 20-61134 – counsel for amicus curiae Disability Rights Texas and the Judge David L. Bazelon Center for Mental Health Law

- *Edmiston et al., v Borrego et al.*, No. 22-50102 – counsel for amicus curiae Disability and Mental Health Advocacy Organizations

- *Mi Familia Vota v. Ogg*, No. 22-50732 – counsel for OCA-Greater Houston, League of Women Voters of Texas, and REV-UP Texas.

- *OCA- Greater Houston v. Nelson*, No. 22-50778 –counsel for OCA-Greater Houston, League of Women Voters of Texas, and REV-UP Texas.

In each of the above matters, other attorneys from Disability Rights Texas have entered appearances and will remain on the cases. I respectfully request that I be removed from the above cases.

If you have any questions about this request, please do not hesitate to contact me at 512.407.2712 or lsnead@drtx.org before Friday, April 28.

Sincerely,

Lisa Snead
Litigation Attorney