# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| MI FAMILIA VOTA, et al.,<br><br>    *Plaintiffs-Appellees*<br><br>v.<br><br>KIM OGG,<br><br>    *Defendant-Appellant* | Civil Action No. 22-50732<br><br>On Appeal from the United States District Court for the Western District of Texas |
| OCA-GREATER HOUSTON, et al.,<br><br>    *Plaintiffs-Appellees*<br><br>v.<br><br>JOSE A. ESPARZA. IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE (ACTING), et al.,<br><br>    *Defendants*<br><br>and<br><br>KIM OGG,<br><br>    *Appellant* | USDC No. 1:21-CV-844<br>USDC No. 1:21-CV-780<br>USDC No. 1:21-CV-786<br>USDC No. 5:21-CV-848<br>USDC No. 5:21-CV-920 |
| LULAC TEXAS, et al.,<br><br>    *Plaintiffs-Appellees*<br><br>v.<br><br>JOSE ESPARZA, et al.,<br><br>    *Defendants*<br><br>and<br><br>KIM OGG,<br><br>    *Appellant* | |


DELTA SIGMA THETA SORORITY, INCORPORATED, et al.,

    *Plaintiffs-Appellees*

v.

GREGORY WAYNE ABBOTT, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF TEXAS, et al.,

    *Defendants*

and

KIM OGG,

    *Appellant*

MI FAMILIA VOTA, et al.,

    *Plaintiffs-Appellees*

v.

GREGORY ABBOTT, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF TEXAS et al.,

    *Defendants*

and

KIM OGG,

    *Appellant*

**UNOPPOSED MOTION TO DISMISS PLAINTIFF-APPELLEE WORKERS DEFENSE ACTION FUND**

TO THE CLERK AND ALL PARTIES:

    Plaintiffs-Appellees OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund respectfully request that

2

Workers Defense Action Fund be dismissed as a party to this appeal. Workers Defense Action Fund voluntarily withdrew from the underlying case, 5:21-cv-844 (W.D. Tex.), with no opposition from any defendant, by the district court's order on March 6, 2023 (ECF No. 551 on the district court docket).

Plaintiffs-Appellees therefore respectfully request that Workers Defense Action Fund be dismissed as a party to this appeal and removed from the docket. Counsel for Defendants-Appellants do not oppose this motion.

Dated: May 8, 2024

Respectfully submitted,

*/s/ Zachary Dolling*
Zachary Dolling
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)
zachary@texascivilrightsproject.org

Jessica Ring Amunson
JENNER & BLOCK, L.L.P.
1099 New York Ave., NW, Ste 900
Washington, DC 20001-4412
202-639-6023 (Telephone)
jamunson@jenner.com

Thomas Paul Buser-Clancy
AMERICAN CIVIL LIBERTIES UNION OF TEXAS
P.O. Box 8306
Houston, TX 77288
713-942-8146 (Telephone)
tbuser-clancy@aclutx.org

Adriel I. Cepeda Derieux
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street, N.W.
Washington, DC 20005
212-284-7334 (Telephone)
acepedaderieux@aclu.org

Ashley Alcantara Harris
AMERICAN CIVIL LIBERTIES
UNION OF TEXAS
5225 Katy Freeway, Suite 350
Houston, TX 77007
713-942-8146 (Telephone)
aharris@aclutx.org

Peter Thomas Hofer
DISABILITY RIGHTS TEXAS
Central Texas Regional Office
2222 W. Braker Lane
Austin, TX 78758
512-454-4816 (Telephone)
phofer@drtx.org

Savannah Kumar
AMERICAN CIVIL LIBERTIES
UNION OF TEXAS
5225 Katy Freeway, Suite 350
Houston, TX 77007
713-942-8146 (Telephone)
skumar@aclutx.org

Jerry Vattamala
ASIAN AMERICAN LEGAL
DEFENSE & ED FUND
99 Hudson Street, 12th Floor
New York, NY 10013
212-966-5932 (Telephone)
jvattamala@aaldef.org

*Counsel for Plaintiffs-Appellees OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund*

## CERTIFICATE OF COMPLIANCE

This Motion complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because this Motion contains fewer than 150 words, excluding parts of the Motion exempted by Fed. R. App. P. 32(f) and 5th Cir. R. 32.3. 2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

**CERTIFICATE OF CONFERENCE**

I certify that I conferred via email with counsel for Defendants-Appellants in this appeal inquiring as to whether the relief requested in this motion would be opposed. Counsel for Defendants-Appellants responded they had no objection.

*/s/ Zachary Dolling*
Zachary Dolling

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed this document with this Court using the CM/ECF system, which provides notice of this filing to all registered CM/ECF users on the 8th day of May, 2024. I certify that counsel for the Plaintiffs-Appellees and Defendants-Appellants are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Zachary Dolling*
Zachary Dolling