# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 22, 2024
Lyle W. Cayce
Clerk

No. 22-50732

---

Mi Familia Vota; Marla Lopez; Marlon Lopez; Paul Rutledge,

*Plaintiffs—Appellees,*

versus

Kim Ogg,

*Defendant—Appellant,*

---

OCA-Greater Houston; League of Women Voters of Texas; REVUP-Texas; Workers Defense Action Fund,

*Plaintiffs—Appellees,*

versus

Jose A. Esparza, *In His Official Capacity as Texas Secretary of State (Acting)*; Et al.,

*Defendants,*

Kim Ogg,

*Appellant,*

---

No. 22-50732

LULAC Texas; Vote Latino; Texas Alliance for Retired Americans; Texas AFT,

*Plaintiffs—Appellees*,

*versus*

Jose Esparza; Et al.,

*Defendant*,

Kim Ogg,

*Appellant*,

_____

Delta Sigma Theta Sorority, Incorporated; Houston Area Urban League; The Arc of Texas; Jeffrey Lamar Clemmons,

*Plaintiffs—Appellees*,

*versus*

Gregory Wayne Abbott, *In His Official Capacity as the Governor of Texas*; Et al.,

*Defendants*,

Kim Ogg,

*Appellant*,

_____

Mi Familia Vota; Marla Lopez; Marlon Lopez; Paul Rutledge,

No. 22-50732

*Plaintiffs—Appellees,*

*versus*

Greg Abbott, *In His Official Capacity as Governor of Texas*; Et al.,

*Defendants,*

Kim Ogg,

*Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844
USDC No. 1:21-CV-780
USDC No. 1:21-CV-786
USDC No. 5:21-CV-848
USDC No. 5:21-CV-920
_____

ORDER:

IT IS ORDERED that appellees' unopposed motion to dismiss appellee Workers Defense Action Fund as a party to this appeal is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT