# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 22, 2024

Ms. Jessica Ring Amunson
Jenner & Block, L.L.P.
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

Mr. Mohammed Amir Badat
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
5th Floor
New York, NY 10006-1738

Mr. Noah Baron
Asian Americans Advancing Justice - AAJC
1620 L Street, N.W.
Suite 1050
Washington, DC 20036

Mr. Eitan Berkowitz
ArentFox Schiff, L.L.P.
44 Montgomery Street
38th Floor
San Francisco, CA 94104

Mr. John C. Bonifaz
Free Speech For People
48 N. Pleasant Street
Suite 304
Amherst, MA 01002

Mr. Kenneth Eugene Broughton Jr.
Reed Smith, L.L.P.
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201

Mr. Thomas Paul Buser-Clancy
American Civil Liberties Union of Texas
P.O. Box 8306

Houston, TX 77288

Mr. Adriel I. Cepeda Derieux
American Civil Liberties Union Foundation
915 15th Street, N.W.
Washington, DC 20005

Mr. Ben Clements
Free Speech For People
1320 Centre Street
Suite 405
Newton, MA 02459

Mr. Christopher D. Dodge
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Mr. Zachary Dolling
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

Mr. Victor Genecin
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
5th Floor
New York, NY 10006-1738

Mr. Derek Ha
ArentFox Schiff, L.L.P.
44 Montgomery Street
38th Floor
San Francisco, CA 94104

Ashley Alcantara Harris
American Civil Liberties Union of Texas
5225 Katy Freeway
Suite 350
Houston, TX 77007

Mr. Peter Thomas Hofer
Disability Rights Texas
Central Texas Regional Office
2222 W. Braker Lane
Austin, TX 78758

Ms. Jennifer A. Holmes

NAACP Legal Defense & Educational Fund, Incorporated
700 14th Street, N.W.
Suite 600
Washington, DC 20005

Ms. Courtney Marie Hostetler
Free Speech For People
48 N. Pleasant Street
Suite 304
Amherst, MA 01002

Ms. Savannah Kumar
American Civil Liberties Union of Texas
5225 Katy Freeway
Suite 350
Houston, TX 77007

Mr. Cory Liu
Butler Snow, L.L.P.
1400 Lavaca Street
Suite 1000
Austin, TX 78701

Mr. Eric J. R. Nichols
Butler Snow, L.L.P.
1400 Lavaca Street
Suite 1000
Austin, TX 78701

Mr. Uzoma Nkem Nkwonta
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Ms. Elena Alejandra Rodriguez Armenta
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 600
Washington, DC 20001

Ms. Kathryn C. Sadasivan
NAACP
Legal Defense & Educational Fund, Incorporated
40 Rector Street
Floor 5
New York, NY 10006-1738

Mr. J. Michael Showalter
ArentFox Schiff, L.L.P.
233 S. Wacker Drive

Willis Tower  
Suite 7100  
Chicago, IL 60606

Mr. D. Todd Smith  
Butler Snow, L.L.P.  
1400 Lavaca Street  
Suite 1000  
Austin, TX 78701

Mr. Samuel Spital  
NAACP  
Legal Defense & Educational Fund, Incorporated  
40 Rector Street  
5th Floor  
New York, NY 10006-1738

Mr. Karson Thompson  
Butler Snow, L.L.P.  
1400 Lavaca Street  
Suite 1000  
Austin, TX 78701

Mr. Jerry Vattamala  
Asian American Legal Defense & Educational Fund  
99 Hudson Street  
12th Floor  
New York, NY 10013

    No. 22-50732    Mi Familia Vota v. Ogg  
                          USDC No. 5:21-CV-844  
                          USDC No. 1:21-CV-780  
                          USDC No. 1:21-CV-786  
                          USDC No. 5:21-CV-848  
                          USDC No. 5:21-CV-920

Dear Ms. Amunson, Mr. Badat, Mr. Baron, Mr. Berkowitz, Mr. Bonifaz, Mr. Broughton, Mr. Buser-Clancy, Mr. Cepeda Derieux, Mr. Clements, Mr. Dodge, Mr. Dolling, Mr. Genecin, Mr. Ha, Harris, Mr. Hofer, Ms. Holmes, Ms. Hostetler, Ms. Kumar, Mr. Liu, Mr. Nichols, Mr. Nkwonta, Ms. Rodriguez Armenta, Ms. Sadasivan, Mr. Showalter, Mr. Smith, Mr. Spital, Mr. Thompson, Mr. Vattamala,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Case No. 22-50732

Mi Familia Vota; Marla Lopez; Marlon Lopez; Paul Rutledge,

    Plaintiffs - Appellees

v.

Kim Ogg,

    Defendant - Appellant

---

OCA-Greater Houston; League of Women Voters of Texas; REVUP-Texas,

    Plaintiffs - Appellees

v.

Jose A. Esparza, In His Official Capacity as Texas Secretary of State (Acting); Et al,

    Defendants

Kim Ogg,

    Appellant

---

LULAC Texas; Vote Latino; Texas Alliance for Retired Americans; Texas AFT,

    Plaintiffs - Appellees

v.

Jose Esparza; Et al,

    Defendant

Kim Ogg,

    Appellant

---

Delta Sigma Theta Sorority, Incorporated; Houston Area Urban League; The Arc of Texas; Jeffrey Lamar Clemmons,

    Plaintiffs - Appellees

v.

Gregory Wayne Abbott, In His Official Capacity as the Governor of Texas; Et al,

                Defendants

Kim Ogg,

                Appellant

---

Mi Familia Vota; Marla Lopez; Marlon Lopez; Paul Rutledge,

                Plaintiffs - Appellees

v.

Greg Abbott, In His Official Capacity as Governor of Texas; Et al,

                Defendants

Kim Ogg,

                Appellant