# No. 22-50732

# In the United States Court of Appeals
# for the Fifth Circuit

MI FAMILIA VOTA; MARLA LOPEZ; MARLON LOPEZ; PAUL
RUTLEDGE,

<div align="right">Plaintiff-Appellee,</div>

v.

<div align="center">KIM OGG,</div>

<div align="right">Defendant-Appellant.</div>

OCA-GREATER HOUSTON; LEAGUE OF WOMEN VOTERS OF
TEXAS; REVUP-TEXAS; TEXAS ORGANIZING PROJECT;
WORKERS DEFENSE ACTION FUND,

<div align="right">Plaintiffs-Appellees,</div>

v.

JOSE A. ESPARZA, IN HIS OFFICIAL CAPACITY AS TEXAS
SECRETARY OF STATE (ACTING), ET AL.,

<div align="right">Defendants.</div>

<div align="center">KIM OGG</div>

<div align="right">Appellant.</div>

LULAC TEXAS; VOTO LATINO; TEXAS ALLIANCE FOR RETIRED AMERICANS; TEXAS AFT,

Plaintiffs-Appellees,

v.

JOSE ESPARZA, ET AL.,

Defendants.

Kim Ogg

Appellant.

———————————————————————

DELTA SIGMA THETA SORORITY, INC.; HOUSTON AREA URBAN LEAGUE; THE ARC OF TEXAS; JEFFREY LAMAR CLEMMONS,

Plaintiffs-Appellees,

v.

GREGORY WAYNE ABBOTT, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF TEXAS, ET AL.,

Defendants.

KIM OGG

Appellant.

———————————————————————

MI FAMILIA VOTA; MARLA LOPEZ; MARLON LOPEZ; PAUL RUTLEDGE,

Plaintiffs-Appellees,

v.

GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF TEXAS, ET AL.,

Defendants.

KIM OGG

Appellant.

---

**On Appeal from the United States District Court for the Western District of Texas, San Antonio Division**
Civil Action No. 5:21-CV-844 (lead case);
Civil Action No. 1:21-CV-780; Civil Action No. 1:21-CV-786;
Civil Action No. 5:21-CV-848; Civil Action No. 5:21-CV-920
Honorable Xavier Rodriguez, United States District Judge, presiding

---

## APPELLANT'S RECORD EXCERPTS

---

ERIC J.R. NICHOLS
State Bar No. 14994900
Attorney-in-Charge

Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, Texas 78701

KARSON THOMPSON
State Bar No. 24083966

Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, Texas 78701

# TABLE OF CONTENTS

| Record Page(s) | Description | Tab |
|---|---|---|
| ROA.1-110 | Docket Sheet 5:21-cv-00844-XR | 1 |
| ROA.11163-11173 | Docket Sheet 1:21-cv-00780-XR | 2 |
| ROA.11415-11428 | Docket Sheet 1-21-cv-00786-XR | 3 |
| ROA.11710-11719 | Docket Sheet 5:21-cv-00848-XR | 4 |
| ROA.11989-11991 | Docket Sheet 5:21-cv-00920-XR | 5 |
| ROA.10809-10810 | Notice of Appeal | 6 |
| ROA.10792-10808 | Order | 7 |
| ROA.8719-8721 | Proposed Stipulation | 8 |
|  | Certificate of Service | 9 |

# No. 22-50732

# In the United States Court of Appeals
## for the Fifth Circuit

MI FAMILIA VOTA; MARLA LOPEZ; MARLON LOPEZ; PAUL RUTLEDGE,

*Plaintiff-Appellee,*

v.

KIM OGG,

*Defendant-Appellant.*

---

On Appeal from the United States District Court
for the Western District of Texas, San Antonio Division
Civil Action No. 5:21-CV-844 (lead case);
Civil Action No. 1:21-CV-780; Civil Action No. 1:21-CV-786;
Civil Action No. 5:21-CV-848; Civil Action No. 5:21-CV-920
Honorable Xavier Rodriguez, United States District Judge, presiding

---

## RECORD EXCERPTS OF APPELLANT

### TAB 1

---

**Docket Sheet**

**ROA.1-110**

---

CONSOLIDATED,ESC,INTAPP,LEAD_CASE

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:21-cv-00844-XR

La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al
Assigned to: Judge Xavier Rodriguez
 Case in other court:  5CCCA, 21-51145 (Doc. 123)

                         5CCA, 22-50435 (Doc. 426)

                         5CCA, 22-50732 (Doc. 451)

Cause: 42:1973 Voting Rights Act

Date Filed: 09/03/2021
Jury Demand: Both
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**La Union Del Pueblo Entero**

represented by **Kenneth E. Broughton , Jr.**
Reed Smith, LLP
811 Main Street, 17th Floor
Houston, TX 77002
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
MALDEF [Mexican American Legal Defense
& Educational Fund]
110 Broadway Street, #300
San Antonio, TX 78205
(210) 224-5476
Fax: 210/224-5382
Email: nperales@maldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: vgenecin@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher H. Bell**
Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th Street, NW
Washington, DC 20006
(202) 639-7000

Fax: (202) 639-7003
Email: christopher.bell@friedfrank.com
*TERMINATED: 01/28/2022*
*ATTORNEY TO BE NOTICED*

**Jasmine M. Johnson**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
Fried, Frank, Harris, Shriver, & Jacobson
LLP
One New York Plaza
New York, NY 10004
212-859-8000
Email: jason.kanterman@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Jessica M. Choi**
5 Faith
Irvine, CA 92612
949-735-1889
Email: jmc2372@columbia.edu
*TERMINATED: 10/22/2021*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
Mexican American Legal Defense and
Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205
210-224-5476
Fax: 214-224-5382
Email: jlongoria@maldef.org
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: kevin.zhen@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza

New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: michael.keats@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: rebecca.martin@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Friendship-West Baptist Church**    represented by    **Elizabeth Yvonne Ryan**
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
Weil, Gotshal & Manges L.L.P.
200 Crescent Court
Suite 300
Dallas, TX 75201-6950
214.746.7877
Fax: 214.746.7777
Email: paul.genender@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271
646-292-8363
Email: morales-doyles@brennan.law.nyu.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander P. Cohen**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8020
Fax: (212) 310-8007
Email: alexander.cohen@weil.com
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
Fax: (212) 463-7308
Email: andrew.garber@nyu.edu
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
Email: sweren-beckere@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8389
Fax: (212) 463-7308
Email: jasleen.singh@nyu.edu
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
Weil Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7889
Fax: (214) 746-7777
Email: matt.berde@weil.com
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**

Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8754
Fax: (212) 463-7308
Email: patrick.berry@nyu.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Anti-Defamation League Austin,
Southwest, and Texoma**

represented by **Elizabeth Yvonne Ryan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander P. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Southwest Voter Registration Education
Project**

represented by **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher H. Bell**
(See above for address)
*TERMINATED: 01/28/2022*
*ATTORNEY TO BE NOTICED*

**Jasmine M. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Choi**
(See above for address)
*TERMINATED: 10/22/2021*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Impact**                                                          represented by    **Danielle V. Ahlrich**
                                                                                             Reed Smith LLP
                                                                                             401 Congress Avenue, Suite 1800
                                                                                             Austin, TX 78701
                                                                                             (512) 623-1801
                                                                                             Fax: (512) 623-1802
                                                                                             Email: dahlrich@reedsmith.com
                                                                                             *LEAD ATTORNEY*
                                                                                             *ATTORNEY TO BE NOTICED*

                                                                                             **Elizabeth Yvonne Ryan**
                                                                                             (See above for address)
                                                                                             *LEAD ATTORNEY*
                                                                                             *ATTORNEY TO BE NOTICED*

                                                                                             **Nina Perales**
                                                                                             (See above for address)
                                                                                             *LEAD ATTORNEY*
                                                                                             *ATTORNEY TO BE NOTICED*

                                                                                             **Paul R. Genender**
                                                                                             (See above for address)
                                                                                             *LEAD ATTORNEY*
                                                                                             *ATTORNEY TO BE NOTICED*

                                                                                             **Sean Morales-Doyle**
                                                                                             (See above for address)
                                                                                             *LEAD ATTORNEY*
                                                                                             *ATTORNEY TO BE NOTICED*

                                                                                             **Alexander P. Cohen**
                                                                                             (See above for address)
                                                                                             *ATTORNEY TO BE NOTICED*

                                                                                             **Andrew B. Garber**
                                                                                             (See above for address)
                                                                                             *ATTORNEY TO BE NOTICED*

                                                                                             **Eliza Sweren-Becker**
                                                                                             (See above for address)
                                                                                             *ATTORNEY TO BE NOTICED*

                                                                                             **Jasleen K. Singh**
                                                                                             (See above for address)
                                                                                             *ATTORNEY TO BE NOTICED*

                                                                                             **Matthew Berde**
                                                                                             (See above for address)
                                                                                             *ATTORNEY TO BE NOTICED*

                                                                                             **Patrick A. Berry**
                                                                                             (See above for address)
                                                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mexican American Bar Association of Texas**

represented by **Danielle V. Ahlrich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher H. Bell**
(See above for address)
*TERMINATED: 01/28/2022*
*ATTORNEY TO BE NOTICED*

**Jasmine M. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Choi**
(See above for address)
*TERMINATED: 10/22/2021*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Texas Hispanics Organized for Political Education**

**Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher H. Bell**
(See above for address)
*TERMINATED: 01/28/2022*
*ATTORNEY TO BE NOTICED*

**Jasmine M. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Choi**
(See above for address)
*TERMINATED: 10/22/2021*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**JOLT Action**                    represented by **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Christopher H. Bell**
(See above for address)
*TERMINATED: 01/28/2022*
*ATTORNEY TO BE NOTICED*

**Jasmine M. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Choi**
(See above for address)
*TERMINATED: 10/22/2021*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Velasquez Institute**          represented by  **Danielle V. Ahlrich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher H. Bell**

(See above for address)
*TERMINATED: 01/28/2022*
*ATTORNEY TO BE NOTICED*

**Jasmine M. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Choi**
(See above for address)
*TERMINATED: 10/22/2021*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lewin**                    represented by    **Christian Dashaun Menefee**
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, TX 77002
(713) 755-5101
Fax: (713) 755-8924
Email: Christian.Menefee@cao.hctx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Gabriel Chaim Fombonne**
Harris County Attorneys Office
1019 Congress, 15th Floor
Houston, TX 77002
(713) 274-5102
Fax: (713) 755-8924
Email: jonathan.fombonne@cao.hctx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002
(713) 274-5142
Email: sameer.birring@harriscountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander P. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fiel Houston, Inc.**                    represented by   **Danielle V. Ahlrich**
                                                           (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher H. Bell**
(See above for address)
*TERMINATED: 01/28/2022*
*ATTORNEY TO BE NOTICED*

**Jasmine M. Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica M. Choi**
(See above for address)
*TERMINATED: 10/22/2021*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mi Familia Vota**                    represented by   **Ben Clements**
                                                        Free Speech For People
                                                        1320 Centre. St. #405
                                                        Newton, MA 02459
                                                        (617) 244-0234

Fax: (512) 628-0142
Email: bclements@freespeechforpeople.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9642
Fax: (503) 220-2480
Email: laura.rosenbaum@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
Stoel Rives LLP
101 S. Capitol Blvd, Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: wendy.olson@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
Stoel Rives LLP
33 S. Sixth Street, Suite 4200
Minneapolis, MN 55402-3722
(612) 373-8800
Fax: (612) 373-8881
Email: bradley.prowant@stoel.com
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 249-3015
Fax: (512) 628-0142
Email: chostetler@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
Stoel Rives LLP
101 S. Capitol Blvd., Ste. 1900
Suite 1900
Boise, ID 83702
208-389-9000
Fax: 208-389-9040
Email: elijah.watkins@stoel.com
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: jbonifaz@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
Stoel Rives LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
(801) 328-3131
Fax: (801) 578-6969
Email: marc.rasich@stoel.com
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: mark.bieter@stoel.com
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: rfein@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251

Fax: 2102256545
Email: sean@lyonsandlyons.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marla Lopez**                           represented by   **Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Lopez**                    represented by   **Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul Rutledge                          represented by   **Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Houston Justice**                      represented by  **Georgina Yeomans**
*TERMINATED: 02/23/2022*                                NAACP Legal Defense & Educational Fund,
                                                        Inc.
                                                        700 14th Street N.W. Suite 600
                                                        Washington, DC 20005
                                                        (202) 682-1300
                                                        Fax: (202) 682-1312
                                                        Email: gyeomans@naacpldf.org
                                                        *TERMINATED: 02/23/2022*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **J. Keely Dulaney**
                                                        Reed Smith LLP
                                                        811 Main Street, Suite 1700
                                                        Houston, TX 77002
                                                        (713) 469-3888
                                                        Fax: (713) 469-3899
                                                        Email: kpippin@reedsmith.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jennifer A. Holmes**
                                                        NAACP Legal Defense & Educational Fund,
                                                        Inc.
                                                        700 14th Street N.W. Suite 600
                                                        Washington, DC 20005
                                                        (202) 682-1300
                                                        Fax: (202) 682-1312
                                                        Email: jholmes@naacpldf.org
                                                        *TERMINATED: 02/23/2022*
                                                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: ksadasivan@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: lzaragoza@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP
811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: abadat@naacpldf.org
*TERMINATED: 02/23/2022*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Houston Area Urban League**                  represented by   **Georgina Yeomans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Keely Dulaney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)

*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
Reed Smith LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701
United Sta
512-409-2718
Fax: 512-623-1802
Email: rmejia@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ciara A. Sisco**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: csisco@naacpldf.org
*ATTORNEY TO BE NOTICED*

**R. Gary Spencer**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

Fax: (212) 226-7592
Email: gspencer@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Delta Sigma Theta Sorority Inc.**                represented by    **Georgina Yeomans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Keely Dulaney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**The Arc of Texas**                                   represented by   **Georgina Yeomans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Keely Dulaney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jeffrey Lamar Clemmons**                  represented by  **Georgina Yeomans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Keely Dulaney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**LULAC Texas**                        represented by   **Christopher Dooley Dodge**
Elias Law Group LLP
10 G Street NE, Suite 600
Washington, DC 20002
202-968-4490
Fax: (202) 968-4498
Email: cdodge@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Domingo A. Garcia**
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
Elias Law Group LLP
10 G St Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: erodriguezarmenta@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**

Elias Law Group
10 G Street NE
Washington, DC 20002
(202) 968-4507
Fax: (202) 968-4498
Email: gwhite@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743
Email: johnhardin@perkinscoie.com
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@elias.law
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Elias Law Group LLP
10 G Street Ne, Suite 600
Washington, DC 20002
(202) 968-4591
Fax: (202) 968-4498
Email: jposimato@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000
Fax: (214) 978-4044
Email: kyukevich@elias.law
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP

10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
10 G Street NE, Suite 600
Washington, DC 20002
(202) 968-4662
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4556
Fax: (202) 968-4498
Email: nbaron@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
10 G Street NE, Suite 600
Washington, DC 20002
(202) 968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
Elias Law Group LLP
10 G Street Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: dlorenzo@elias.law
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
Ellis Law Group LLP
10 G St NE, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: hessig@elias.law

*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
Rodman Law Office
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
(512) 481-0400
Fax: (512) 481-0500
Email: jimrodman@rodmanlawoffice.com
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
Elias Law Group LLP
10 G St. Ne Suite 600
Washington, DC 20002
(202) 968-4492
Fax: (202) 968-4498
Email: mmcqueen@elias.law
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
Elias Law Group LLP
10 G St. NE, Suite 600
Washington, DC 20002
(202) 985-1752
Fax: (202) 968-4498
Email: mjones@elias.law
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Voto Latino**                    represented by  **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Alliance for Retired Americans**     represented by     **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas AFT**                           represented by   **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**

(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**OCA-Greater Houston**                    represented by    **Adriel Cepeda-Derieux**
American Civil Liberties Union Foundation
125 Broadway Street, 18th Floor
New York, NY 10004
(212) 284-7334
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Dimmick**
American Civil Liberties Union Foundation,
Inc.
915 15th St Nw
Washington, DC 20005
(202) 731-2395
Email: bdimmick@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Texas Civil Rights Project
1412 Main Street
Suite 608
Dallas, TX 75202
972-333-9200 ext. 171
Fax: 972-957-7867
Email: hani@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
Disability Rights Texas
2222 West Braker Lane
Austin, TX 78758
512-454-4816
Fax: 512-454-3999
Email: ldavis@drtx.org
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
Disability Rights Texas
2222 W. Braker Lane
Austin, TX 78758
512-454-4816
Fax: 5120302-4936
Email: lsnead@drtx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691
Fax: 713/974-7695
Email: lromano@drtx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi M.D. Marziani**

Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 x108
Fax: 512-474-0726
Email: mimi@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Stegemoeller**
Asian American Legal Defense and
Education Fund
99 Hudson St. 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: pstegemoeller@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan V. Cox**
Texas Civil Rights Project
2911 N. Main Ave.
San Antonio, TX 78212
210-268-6286
Email: ryan@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
Fax: (713) 942-8966
Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004

(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: umittal@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
Texas Civil Rights Project
2202 Alabama Street
Houston, TX 77004
832-767-3650
Fax: 632-554-9981
Email: zachary@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2681

Email: asavitzky@aclu.org
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: aharris@aclutx.org
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758
(512) 454-4816
Fax: 512/454-3999
Email: phofer@disabilityrightstx.org
*ATTORNEY TO BE NOTICED*

**Sarah Xiyi Chen**
Texas Civil Rights Project
1405 Montopolis Dr.
Austin, TX 78741
(512) 474-5073
Email: schen@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Sophia Cai**
Jenner & Block LLP
455 Market Street, #2100
San Francisco, CA 94105
(628) 267-6800
Fax: (628) 267-6859
Email: SCai@jenner.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**League of Women Voters of Texas**          represented by   **Adriel Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi M.D. Marziani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan V. Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**REVUP-Texas**                    represented by    **Adriel Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi M.D. Marziani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan V. Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Organizing Project**          represented by  **Adriel Cepeda-Derieux**
*TERMINATED: 04/14/2022*                              (See above for address)
                                                      *TERMINATED: 04/14/2022*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Andre I. Segura**
                                                      (See above for address)
                                                      *TERMINATED: 04/14/2022*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Ari Savitzky**
                                                      (See above for address)
                                                      *TERMINATED: 04/14/2022*
                                                      *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi M.D. Marziani**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan V. Cox**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 04/14/2022*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Workers Defense Action Fund**                    represented by  **Adriel Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi M.D. Marziani**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan V. Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**United States Of America**        represented by   **Daniel Joshua Freeman**
U.S. Department of Justice
950 Pennsylvania Ave, 4CON 8.143
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jennifer Jaeseon Yun**
U.S. Department of Justice
150 M Street NE, 8th Floor
Washington, DC 20002
202-305-5533
Email: jennifer.yun@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Elliot Stewart**
U.S. Department of Justice
950 Pennsylvania Ave. NW, 4CON 8th Floor
Washington, DC 20530
202-598-7233
Email: michael.stewart3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Alan Dellheim**
US Department of Justice
9150 M Street, NE/8.1815
Washington, DC 20530
202.305.1734
Email: richard.dellheim@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Christian Herren , Jr.**
U.S. Department of Justice
Civil Rights Division
150 M Street NE, Room 8.1807
Washington, DC 20530
(202) 514-1416
Email: chris.herren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Paikowsky**
U.S. Department of Justice
4 Constitution Square
Washington, DC 20503
(202) 353-5225
Email: dana.paikowsky@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jaywin Singh Malhi**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(800) 253-3931

Fax: (202) 307-3961
Email: jaywin.malhi@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Laura Brady Bender**
U.S. Department of Justice
950 Pennsylvania Ave., NW
4CON 8th Floor
Washington, DC 20530
(202) 353-5373
Email: laura.bender@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory W. Abbott**
*in his official capacity as Govenor of Texas*

represented by **Jack Buckley Disorbo**
Office of the Attorney General of Texas
209 W. 14th St. Room 703i
Austin
Austin, TX 78701
(713) 638-7407
Email: jack.disorbo@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
Terrazas, PLLC
1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@jeffwhitelaw.com
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Office of the Attorney General of Texas
P.O. Box 12548
Mc-009
Austin, TX 78711-2548
512-463-4139
Fax: 512-457-4110
Email: Patrick.Sweeten@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Office of the Attorney General
Special Litigation Unit
PO Box 12548 (MC-009)
Austin, TX 78711-2548
512-936-2567
Fax: 512-457-4410
Email: Will.Thompson@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose A. Esparza**
*in his official capacity as Deputy Secretary*
*of the State of Texas*

represented by  **Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warren K. Paxton**
*in his official capacity as Attorney General*
*of Texas*

represented by  **Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lupe C. Torres**
*in her official capacity as Medina County*
*Elections Administrator*

represented by  **Chad Ennis**
Texas Secretary of State
1019 Brazos Street
Austin, TX 78701

512-472-2700
Fax: 512-472-2728
Email: CEnnis@sos.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E Henneke**
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: rhenneke@texaspolicy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Wise**
*in her Official Capacity as the El Paso*
*County Elections Administrator*

represented by **Angelica Lien Leo**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5075
Fax: (650) 849-7400
Email: aleo@cooley.com
*TERMINATED: 05/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Beatriz Mejia**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: mejiab@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline A. Lebel**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: clebel@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Sun**
States United Democracy Center
3749 Buchanan St., No. 475165
San Francisco, CA 94147

(615) 574-9108
Fax: n/a
Email: christine@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louk**
Cooley LLP
3 Embarcadero Center, 20th Floorr
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: dlouk@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Germaine Habell**
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121
(858) 550-6000
Fax: (858) 550-6420
Email: ghabell@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**
States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org
*TERMINATED: 01/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Eisner**
States United Democracy Center
1101 17th Street Nw
Washington, DC 20036
(240) 600-1316
Email: marina@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Robert Cotter**
States United Democracy Center
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
(224) 235-2606
Email: robert@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harris County Republican Party**        represented by **John M. Gore**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

(202) 879-3930
Fax: (202) 626-1700
Email: jmgore@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3795
Fax: (202) 626-1700
Email: cetroberts@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Dallas County Republican Party** | represented by | **John M. Gore**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Charles E.T. Roberts**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **National Republican Senatorial Committee** | represented by | **John M. Gore**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Charles E.T. Roberts**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **National Republican Congressional Committee** | represented by | **John M. Gore**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Charles E.T. Roberts**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Kim Ogg**<br>*Harris Count;y District Attorney* | represented by | **Eric J.R. Nichols**<br>Butler Snow LLP<br>1400 Lavaca Street, Suite 1000<br>Austin, TX 78701<br>737-802-1800 |

Fax: 737-802-1801
Email: eric.nichols@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Gonzales**                          represented by  **Larry L. Roberson**
*Bexar County District Attorney*                          Bexar County District Attorney's Office
                                                          101 W. Nueva
                                                          7th Floor
                                                          San Antonio, TX 78205-3030
                                                          (210) 335-2141
                                                          Fax: (210) 335-2773
                                                          Email: lroberson@bexar.org
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lisa V. Cubriel**
                                                          Bexar County District Attorney's Office
                                                          Civil Division
                                                          101 W. Nueva, 7th Floor
                                                          San Antonio, TX 78205
                                                          210-335-2142
                                                          Fax: 210-335*2773
                                                          Email: Lisa.Cubriel@bexar.org
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert D. Green**
                                                          United States Attorney's Office
                                                          Civil Division
                                                          601 NW Loop 410
                                                          Suite 600
                                                          San Antonio, TX 78216
                                                          210-384-7362
                                                          Email: robert.green3@usdoj.gov
                                                          *TERMINATED: 02/23/2022*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Jose Garza**                            represented by  **Anthony J. Nelson**
*Travis County District Attorney*                         Travis County Attorney's Office
                                                          314 West 11th Street
                                                          Room 590
                                                          Austin, TX 78701
                                                          (512) 854-4801
                                                          Fax: 512/854-4808
                                                          Email: tony.nelson@traviscountytx.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**John Creuzot**
*Dallas County District Attorney*

represented by **Barbara S. Nicholas**
Assistant District Attorney
Civil Division Administration Building, 5th
Floor
500 Elm Street, Suite 6300
Dallas, TX 75202
(214) 653-6068
Fax: (214) 653-6134
Email: Barbara.Nicholas@dallascounty.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ben L Stool**
Criminal District Attorney's Office of Dallas
County, T
500 Elm Street
Suite 6300
Dallas, TX 75202
(214) 653-6234
Fax: (214) 653-6134
Email: ben.stool@dallascounty.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ricardo Rodriguez, Jr.**

represented by **Michael J. Garza**
Hidalgo County District Attorney's Office
100 E. Cano St.
Edinburg, TX 78539
(956) 292-7609
Fax: (956) 318-2301
Email: michael@michaeljgarzapc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yvonne Rosales**
*in her official capacity as El Paso County
District Attorney*

represented by **Rogelio C. Rodriguez**
Law Firm
3800 N. Mesa, A-2202
El Paso, TX 79902
(915) 422-1000
Fax: 915-532-3900
Email: attorney@rodriguezfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Guerrero**

represented by **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

| | | |
|---|---|---|
| **Isabel Longoria**<br>*Harris County Elections Administrator* | represented by | **Christina Marie Beeler**<br>Harris County Attorneys Office<br>1019 Congress, 15th Floor<br>Houston, TX 77002<br>(713) 274-5345<br>Email: christina.beeler@cao.hctx.net<br>*TERMINATED: 06/06/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jonathan Gabriel Chaim Fombonne**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Sameer Singh Birring**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Tiffany Sue Bingham**<br>Harris County Attorney Office<br>1019 Congress 15th Floor<br>Houston, TX 77002<br>(713) 274-5132<br>Fax: (713) 755-8924<br>Email: tiffany.bingham@harriscountytx.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consol Defendant**

| | | |
|---|---|---|
| **Jacque Callanen**<br>*In her Official Capacity as Elections*<br>*Administrator of Bexar County* | represented by | **Larry L. Roberson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Lisa V. Cubriel**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert D. Green**<br>(See above for address)<br>*TERMINATED: 02/23/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consol Defendant**

**Yvonne Ramon**
*in her Official Capacity as the Hidalgo County Elections Administrator*

represented by **Josephine L. Ramirez**
Hidalgo County District Attorney's Office
100 E. Cano, First Floor
Edinburg, TX 78539
956-292-7609
Fax: 956-292-7619
Email:
josephine.ramirez@da.co.hidalgo.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leigh Ann Tognetti**
Hidalgo County Criminal District Attorney
100 E Cano
Edinburg, TX 78539
9562927600
Email: leigh.tognetti@da.co.hidalgo.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Michael Scarpello**
*in his Official Capacity as the Dallas County Elections Administrator*

represented by **Barbara S. Nicholas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ben L Stool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl S. Nesbitt**
WALTERS BALIDO & CRAIN L.L.P.
Meadow Park Tower
10440 North Central Expressway, Suite 1500
Dallas, TX 75231
(214) 749-4805
Fax: (214) 760-1670
Email: earl.nesbitt@wbclawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**STATE OF TEXAS**

represented by **Patrick K. Sweeten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**John Scott**                           represented by   **Patrick K. Sweeten**
*in his official capacity as Texas Secretary*                (See above for address)
*of State*                                                   *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                         **Eric A. Hudson**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jack Buckley Disorbo**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **William Thomas Thompson**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dana DeBeauvoir**                       represented by   **Anthony J. Nelson**
*in her Official Capacity as the Travis*                    (See above for address)
*County Clerk*                                              *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                         **Leslie W. Dippel**
                                                         Travis County Attorney's Office
                                                         P.O. Box 1748
                                                         314 W. 11th Street
                                                         Room 500
                                                         Austin, TX 78767
                                                         (512) 854-9513
                                                         Fax: 512/854-4808
                                                         Email: leslie.dippel@traviscountytx.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Patrick T. Pope**
                                                         Travis County Attorney
                                                         Civil Litigation Division
                                                         PO BOX 1748
                                                         Austin, TX 78767
                                                         512-854-9523
                                                         Fax: 512-854-4808
                                                         Email: patrick.pope@traviscountytx.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Sherine Elizabeth Thomas**

Assistant County Attorney
Travis County, Texas
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: 512/854-4808
Email: sherine.thomas@traviscountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Foundation for Government Accountability**

represented by **Donna Garcia Davidson**
PO Box 12131
Austin, TX 78711
(512) 775-7625
Fax: (877)200-6001
Email: donna@dgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chase Martin**
Attorney at Law
15275 Collier Blvd., Suite 201
Naples, FL 34119
(239) 244-8808
Email: chase@thefga.org
*ATTORNEY TO BE NOTICED*

**Stewart Whitson**
Stewart Whitson
15275 Collier Blvd, Suite 201
Naples, FL 34119
(239) 244-8808
Email: stewart@thefga.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**John R. Ashcroft**
*Missouri Seretary of State*
*TERMINATED: 01/12/2022*

**Amicus**

**Young Black Lawyers' Organizing Coalition**

represented by **Veronica Smith Moye**
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue
Suite 2100
Dallas, TX 75201
214-698-3320
Fax: 214-571-2936
Email: vmoye@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Republican National Committee**                    represented by   **John M. Gore**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542-15188447). No Summons requested at this time, filed by La Union Del Pueblo Entero. (Attachments: # 1 Civil Cover Sheet)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Fred Biery. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | 4 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Michael C. Keats* ( Filing fee $ 100 receipt number 0542-15191289) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 5 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Christopher H. Bell* ( Filing fee $ 100 receipt number 0542-15191293) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 6 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Jessica M. Choi* ( Filing fee $ 100 receipt number 0542-15191295) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed |

| | | |
|---|---|---|
| | | Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/07/2021 | 7 | Summons Issued as to Gregory W. Abbott. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 8 | Summons Issued as to Jose A. Esparza. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 9 | Summons Issued as to Warren K. Paxton. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 10 | Summons Issued as to Lupe C. Torres. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 11 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Rebecca L. Martin* ( Filing fee $ 100 receipt number 0542-15192607) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/07/2021) |
| 09/07/2021 | 12 | ORDER GRANTING 4 5 6 Motion to Appear Pro Hac Vice for Attorney(s) Christopher H. Bell, Jessica M. Choi, Michael C. Keats for JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, Fiel Houston, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney is hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Administrative Policies and Procedures for Electronic Filing. Signed by Judge Fred Biery. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 13 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Rebecca L. Martin for Fiel Houston, Inc.,Rebecca L. Martin for JOLT Action,Rebecca L. Martin for La Union Del Pueblo Entero,Rebecca L. Martin for Mexican American Bar Association of Texas,Rebecca L. Martin for Southwest Voter Registration Education Project,Rebecca L. Martin for Texas Hispanics Organized for Political Education,Rebecca L. Martin for William C. Velasquez Institute. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/08/2021) |
| 09/08/2021 | 14 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Matthew Berde* ( Filing fee $ 100 receipt number 0542-15198666) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 15 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Alexander P. Cohen* ( Filing fee $ 100 receipt number 0542-15199697) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 16 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Patrick A. Berry* ( Filing fee $ 100 receipt number 0542-15199756) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 17 | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Andrew B. Garber* ( Filing fee $ 100 receipt number 0542-15199807) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 18 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Eliza Sweren-Becker* ( Filing fee $ 100 receipt number 0542-15199840) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/09/2021 | 19 | NOTICE of Attorney Appearance by Nina Perales on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Perales, Nina) (Entered: 09/09/2021) |
| 09/09/2021 | 20 | ORDER GRANTING 14 15 16 17 18 Motion to Appear Pro Hac Vice for Attorney Matthew Berde,Alexander P. Cohen,Patrick A. Berry,Andrew B. Garber,Eliza Sweren-Becker for Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/09/2021) |
| 09/14/2021 | 21 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Gregory W. Abbott served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 22 | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Fred Biery no longer assigned to case. Signed by Judge Fred Biery. (rg) (Entered: 09/14/2021) |
| 09/14/2021 | 23 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Warren K. Paxton served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 24 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Ex. A - Orig. Complaint (1:21-cv-780), # 2 Ex. B - Orig. Complaint (5:21-cv-848), # 3 Ex. C - Orig. Complaint (1:21-cv-786), # 4 Proposed Order)(Sweeten, Patrick) (Entered: 09/14/2021) |
| 09/15/2021 | 25 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Jose A. Esparza served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/15/2021 | 26 | |

| | | |
|---|---|---|
| | | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Lupe C. Torres served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/20/2021 | 27 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. Attorney Patrick K. Sweeten added to party Gregory W. Abbott(pty:dft), Attorney Patrick K. Sweeten added to party Jose A. Esparza(pty:dft), Attorney Patrick K. Sweeten added to party Warren K. Paxton(pty:dft) (Sweeten, Patrick) (Entered: 09/20/2021) |
| 09/21/2021 | 28 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | | Text Order GRANTING 28 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/21/2021) |
| 09/21/2021 | 29 | NOTICE *Regarding Pending Motion to Consolidate* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | 30 | Unopposed MOTION for Extension of Time to File Answer by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 09/22/2021) |
| 09/23/2021 | | Text Order GRANTING 30 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/23/2021) |
| 09/23/2021 | | Reset Deadlines: Lupe C. Torres answer due 10/25/2021. (rg) (Entered: 09/23/2021) |
| 09/30/2021 | 31 | ORDER GRANTING 24 Motion to Consolidate Cases. SA-21-CV-848, SA-21-CV-920, A-21-CV-780 and A-21-CV-786 are MEMBER CASES and will be CONSOLIDATED under LEAD CASE - SA-21-CV-844-XR. ALL PLEADINGS ARE TO BE FILED INTO THE LEAD CASE.All served Defendants shall file an answer on or before October 25, 2021. An initial pretrial conference will be conducted on November 16, 2021 at 1:30 p.m. by video conference; Discovery plan and scheduling order, no later than November 9, 2021. Signed by Judge Xavier Rodriguez. (rg) (Entered: 09/30/2021) |
| 10/06/2021 | 32 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Wendy J. Olson* ( Filing fee $ 100 receipt number 0542-15301531) by on behalf of Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 33 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Marc T. Rasich* ( Filing fee $ 100 receipt number 0542-15301618) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 34 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Laura E. Rosenbaum* ( Filing fee $ 100 receipt number 0542-15301626) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 35 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Elijah M. Watkins* ( Filing fee $ 100 receipt number 0542-15301641) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |

| 10/06/2021 | [36](underline) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *John C. Bonifaz* ( Filing fee $ 100 receipt number 0542-15301654) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | [37](underline) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ben Clements* ( Filing fee $ 100 receipt number 0542-15301675) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | [38](underline) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ronald A. Fein* ( Filing fee $ 100 receipt number 0542-15301682) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | [39](underline) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Courtney M. Hostetler* ( Filing fee $ 100 receipt number 0542-15301692) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | [40](underline) | WAIVER OF SERVICE Returned Executed by Paul Rutledge, Mi Familia Vota, Marla Lopez, Marlon Lopez as to Gregory W. Abbott. Waiver sent on 10/5/2021, answer due 12/6/2021; Jose A. Esparza. Waiver sent on 10/5/2021, answer due 12/6/2021; Warren K. Paxton. Waiver sent on 10/5/2021, answer due 12/6/2021. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | [41](underline) | MOTION to Appear Pro Hac Vice by Sean Morales-Doyle *for Jasleen K. Singh* ( Filing fee $ 100 receipt number 0542-15302528) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # [1](underline) Proposed Order)(Morales-Doyle, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING [32](underline) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING [33](underline) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING [34](underline) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING [35](underline) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |

| 10/06/2021 | | Text Order GRANTING 36 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
|---|---|---|
| 10/06/2021 | | Text Order GRANTING 41 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/07/2021 | | Text Order GRANTING 37 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 38 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 39 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | 42 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Ramon served on 9/24/2021, answer due 10/15/2021. (Hardin, John) (Entered: 10/07/2021) |
| 10/07/2021 | 43 | MOTION by Public Interest Legal Foundation. (Attachments: # 1 Exhibit Proposed Answer)(Taylor, Andy) (Entered: 10/07/2021) |
| 10/19/2021 | 44 | MOTION to Withdraw as Attorney - *Jessica Choi,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Choi, Jessica) (Entered: 10/19/2021) |
| 10/21/2021 | 45 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Graham White* ( Filing fee $ 100 receipt number 0542-15359890) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 10/21/2021) |
| 10/21/2021 | 46 | Memorandum in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 43 MOTION filed by Movant Public Interest Legal Foundation (Nkwonta, Uzoma) (Entered: 10/21/2021) |

| | | |
|---|---|---|
| 10/21/2021 | 47 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 48 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 47 Response in Opposition to Motion, (Rasich, Marc) (Entered: 10/21/2021) |
| 10/21/2021 | 49 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 50 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 43 MOTION filed by Movant Public Interest Legal Foundation (Genender, Paul) (Entered: 10/21/2021) |
| 10/21/2021 | 51 | NOTICE *of Joinder in Opposition* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 49 Response in Opposition to Motion, 43 MOTION (Cox, Ryan) (Entered: 10/21/2021) |
| 10/21/2021 | 52 | Response in Opposition to Motion, filed by Jacque Callanen, Yvonne Ramon, Michael Scarpello, Lisa Wise, re 43 MOTION filed by Movant Public Interest Legal Foundation *Opposition to Public Interest Legal Foundation's Motion to Intervene* (Armon, Orion) (Entered: 10/21/2021) |
| 10/22/2021 | | Text Order GRANTING 44 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Jessica M. Choi for Plaintiffs La Unin Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. is hereby WITHDRAWN and she shall be removed from all service lists pertaining to this action. These Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/22/2021 | | Text Order GRANTING 45 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/24/2021 | 53 | MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/24/2021) |
| 10/25/2021 | 54 | MOTION to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Affidavit, # 2 Exhibit)(Hudson, Eric) (Entered: 10/25/2021) |
| 10/25/2021 | 55 | |

| | | MOTION to Dismiss *the Complaint of OCA-Greater Houston, et al.* by Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
|---|---|---|
| 10/25/2021 | 56 | ANSWER to 1 Complaint with Jury Demand . Attorney Anthony J. Nelson added to party Dana DeBeauvoir(pty:cd) by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 57 | Opposed MOTION *to Intervene* by Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, National Republican Congressional Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 58 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 59 | ANSWER to Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 10/25/2021) |
| 10/25/2021 | 60 | RULE 7 DISCLOSURE STATEMENT filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 61 | *Consolidated Defendant's* ANSWER to 1 Complaint . Attorney Josephine L. Ramirez added to party Yvonne Ramon(pty:condft) by Yvonne Ramon.(Ramirez, Josephine) (Entered: 10/25/2021) |
| 10/25/2021 | 62 | ANSWER to 1 Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 63 | NOTICE of Attorney Appearance by John M. Gore on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. Attorney John M. Gore added to party Dallas County Republican Party(pty:mov), Attorney John M. Gore added to party Harris County Republican Party(pty:mov), Attorney John M. Gore added to party National Republican Congressional Committee(pty:mov), Attorney John M. Gore added to party National Republican Senatorial Committee(pty:mov) (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 64 | MOTION to Dismiss *the Complaint by Houston Justice, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 65 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 66 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 67 | MOTION to Dismiss *the Complaint of Mi Familia, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 68 | MOTION to Dismiss by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 10/25/2021) |
| 10/25/2021 | 69 | *DEFENDANT'S* ANSWER to 1 Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* by Lisa Wise.(Armon, Orion) (Entered: 10/25/2021) |
| 10/25/2021 | 70 | ANSWER to Complaint with Jury Demand . Attorney Robert D. Green added to party |

| | | Jacque Callanen(pty:condft) by Jacque Callanen.(Green, Robert) (Entered: 10/25/2021) |
|---|---|---|
| 10/26/2021 | 71 | MOTION to Appear Pro Hac Vice by John M. Gore *for E. Stewart Crosland* ( Filing fee $ 100 receipt number 0542-15373559) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/26/2021 | 72 | MOTION to Appear Pro Hac Vice by John M. Gore *for Stephen J. Kenny* ( Filing fee $ 100 receipt number 0542-15373621) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/27/2021 | 73 | NOTICE *of Joinder* by Dana DeBeauvoir re 52 Response in Opposition to Motion, (Nelson, Anthony) (Entered: 10/27/2021) |
| 10/28/2021 | 74 | REPLY to Response to Motion, filed by Public Interest Legal Foundation, re 43 MOTION filed by Movant Public Interest Legal Foundation *Joint* (Taylor, Andy) (Entered: 10/28/2021) |
| 10/29/2021 | 75 | NOTICE of Attorney Appearance by Donna Garcia Davidson on behalf of Foundation for Government Accountability. Attorney Donna Garcia Davidson added to party Foundation for Government Accountability(pty:am) (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 76 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389054) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 77 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389174) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 78 | MOTION for Leave to File Amicus Brief by Donna G. Davidson. by Foundation for Government Accountability. (Attachments: # 1 Brief)(Davidson, Donna) (Entered: 10/29/2021) |
| 11/01/2021 | 79 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Ari Savitzky* ( Filing fee $ 100 receipt number 0542-15394930) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 11/01/2021) |
| 11/01/2021 | 80 | NOTICE of Attorney Appearance by Ashley Alcantara Harris on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Ashley Alcantara Harris added to party League of Women Voters of Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party OCA-Greater Houston(pty:conpla), Attorney Ashley Alcantara Harris added to party REVUP-Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party Texas Organizing Project(pty:conpla), Attorney Ashley Alcantara Harris added to party Workers Defense Action Fund(pty:conpla) (Harris, Ashley) (Entered: 11/01/2021) |
| 11/02/2021 | 81 | ANSWER to Complaint with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 11/02/2021) |
| 11/04/2021 | 82 | Unopposed MOTION for Extension of Time to File *Motion to Dismiss Briefing Deadlines* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 11/04/2021) |

| 11/04/2021 | | Text Order GRANTING 82 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Responses to the pending motions to dismiss must be filed no later than November 18, 2021. Any replies must be filed no later than December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 11/04/2021) |
|---|---|---|
| 11/04/2021 | 83 | NOTICE *of Statement of Interest* by UNITED STATES OF AMERICA re 64 MOTION to Dismiss *the Complaint by Houston Justice, et al.*, 68 MOTION to Dismiss , 53 MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.*, 54 MOTION to Dismiss , 67 MOTION to Dismiss *the Complaint of Mi Familia, et al.* (Freeman, Daniel) (Entered: 11/04/2021) |
| 11/05/2021 | 84 | Pretrial Disclosures *Initial Disclosures Pursuant to Rule 26(A) F.R.C.P* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 11/05/2021) |
| 11/05/2021 | 85 | MOTION to Appear Pro Hac Vice by Georgina Yeomans *for Mohammed Amir Badat* ( Filing fee $ 100 receipt number 0542-15413223) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Yeomans, Georgina) (Entered: 11/05/2021) |
| 11/05/2021 | | Text Order GRANTING 79 Motion to Appear Pro Hac Vice; GRANTING 85 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/05/2021) |
| 11/05/2021 | 86 | NOTICE *of Service of Initial Disclosures* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Broughton, Kenneth) (Entered: 11/05/2021) |
| 11/05/2021 | 89 | MOTION to Appear Pro Hac Vice by Stewart Whitson by Foundation for Government Accountability. (Attachments: # 1 Proposed Order)(rg) (Entered: 11/08/2021) |
| 11/08/2021 | 87 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Nkwonta, Uzoma) (Entered: 11/08/2021) |
| 11/08/2021 | 88 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Broughton, Kenneth) (Entered: 11/08/2021) |
| 11/08/2021 | 90 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 87 Response in Opposition to Motion, 57 Opposed MOTION *to Intervene*, 88 Response in Opposition to Motion, (Lyons, Sean) (Entered: 11/08/2021) |
| 11/08/2021 | 91 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, |

| | | |
|---|---|---|
| | | re <u>57</u> Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Ryan, Elizabeth) (Entered: 11/08/2021) |
| 11/09/2021 | <u>92</u> | NOTICE *of Joinder in Opposition to Intervention* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re <u>88</u> Response in Opposition to Motion, (Cox, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | <u>93</u> | Joint MOTION for Extension of Time to File *The Parties' Rule 26(f) Report* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1</u> Proposed Order)(Hudson, Eric) (Entered: 11/09/2021) |
| 11/10/2021 | | Text Order GRANTING <u>93</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the Parties to file their Rule 26(f) Report is extended to Wednesday, November 10, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 11/10/2021) |
| 11/10/2021 | <u>94</u> | Rule 26(f) Discovery Report/Case Management Plan by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # <u>1</u> Exhibit)(Garber, Andrew) (Entered: 11/10/2021) |
| 11/12/2021 | <u>95</u> | MOTION to Appear Pro Hac Vice by Ryan V. Cox *Stegemoeller, Patrick* ( Filing fee $ 100 receipt number 0542-15432973) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 11/12/2021) |
| 11/12/2021 | | Text Order GRANTING <u>95</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/12/2021) |
| 11/12/2021 | <u>96</u> | ORDER --The parties are hereby ORDERED to file their exchangedinitial disclosures on the public docket, no later than 3:00 p.m. on Monday, November 15, 2021. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/12/2021) |
| 11/14/2021 | <u>97</u> | NOTICE *of Initial Disclosures* by UNITED STATES OF AMERICA (Attachments: # <u>1</u> Exhibit 1: Initial Disclosures)(Freeman, Daniel) (Entered: 11/14/2021) |
| 11/15/2021 | <u>98</u> | NOTICE *of Filing of Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re <u>96</u> Order (Attachments: # <u>1</u> Initial Disclosures)(Cox, Ryan) (Entered: 11/15/2021) |
| 11/15/2021 | <u>99</u> | NOTICE of Filing Defendant Callanen's Initial Disclosures by Jacque Callanen (Attachments: # <u>1</u> Exhibit Defendant Callanen's Initial Disclosures)(Green, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | <u>100</u> | NOTICE of Filing Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # <u>1</u> Exhibit A)(Broughton, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | <u>101</u> | NOTICE *of FILING OF INITIAL DISCLOSURES* by Yvonne Ramon (Ramirez, Josephine) (Entered: 11/15/2021) |

| 11/15/2021 | 102 | NOTICE of Filing Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Attachments: # 1 Exhibit LUPE Initial Disclosures)(Perales, Nina) (Entered: 11/15/2021) |
|---|---|---|
| 11/15/2021 | 103 | NOTICE *of Initial Disclosures* by Lisa Wise (Attachments: # 1 Exhibit Exhibit 1 - Def. Wise Initial Disclosures)(Armon, Orion) (Entered: 11/15/2021) |
| 11/15/2021 | 104 | NOTICE of Filing Initial Disclosures by Dana DeBeauvoir (Attachments: # 1 Exhibit A - Initial Disclosures)(Nelson, Anthony) (Entered: 11/15/2021) |
| 11/15/2021 | 105 | NOTICE of Filing Initial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Attachments: # 1 Exhibit 1 - Initial Disclosures)(Yukevich, Kathryn) (Entered: 11/15/2021) |
| 11/15/2021 | 106 | NOTICE of Filing Initial Disclosures by Michael Scarpello (Stool, Ben) (Entered: 11/15/2021) |
| 11/15/2021 | 107 | NOTICE of Filing Initial Disclosures by Lupe C. Torres (Henneke, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 108 | NOTICE of Filing Initial Disclosures by Isabel Longoria (Attachments: # 1 Exhibit)(Birring, Sameer) (Entered: 11/15/2021) |
| 11/15/2021 | 109 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jason S. Kanterman* ( Filing fee $ 100 receipt number 0542-15439435) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 110 | NOTICE of Filing Initial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 111 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 112 | NOTICE of Filing Defendants Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit Texas Defendants Initial Disclosures)(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 113 | NOTICE *of Joinder* by Republican National Committee re 57 Opposed MOTION *to Intervene* (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 114 | RULE 7 DISCLOSURE STATEMENT filed by Republican National Committee. (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 |  | Text Order GRANTING 109 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for |

| | | |
|---|---|---|
| | | electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/15/2021) |
| 11/15/2021 | <u>115</u> | Rule 26(f) Discovery Report/Case Management Plan by United States Of America. (Freeman, Daniel) (Entered: 11/15/2021) |
| 11/15/2021 | <u>116</u> | APPENDIX to <u>112</u> Notice of Filing by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1</u> Legislative History: SB 7, Legislative Session 87(R), # <u>2</u> Legislative History: SB 1, Legislative Session 87, 1st Special Session, # <u>3</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part I), # <u>4</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part II), # <u>5</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part III))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | <u>117</u> | APPENDIX by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part V), # <u>2</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VI), # <u>3</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VII), # <u>4</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VIII))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | <u>118</u> | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Kaylan Phillips* ( Filing fee $ 100 receipt number 0542-15441931) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/15/2021 | <u>119</u> | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Maureen S. Riordan* ( Filing fee $ 100 receipt number 0542-15441938) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/16/2021 | | Text Order GRANTING <u>78</u> Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The amicus brief is deemed to have been filed on the date of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING <u>76</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING <u>77</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order MOOTING <u>89</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Whitson's previous motion <u>76</u> to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING <u>71</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to |

| | | |
|---|---|---|
| | | intervene <u>57</u> for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING <u>72</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene <u>57</u> for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING <u>118</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene <u>43</u> for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING <u>119</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene <u>43</u> for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | <u>120</u> | AMICUS CURIAE BRIEF by Foundation for Government Accountability. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | <u>121</u> | ORDER DENYING <u>43</u> Public Interest Legal Foundation Motion to Intervene. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | <u>124</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 11/16/2021. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 11/19/2021) |
| 11/18/2021 | <u>122</u> | ORDER DENYING <u>57</u> the Committees' Motion to intervene Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | <u>123</u> | Appeal of Order entered by District Judge <u>122</u> by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 505 receipt number 0542-15454561. Attorney John M. Gore added to party Republican National Committee(pty:mov) (Gore, John) (Entered: 11/18/2021) |
| 11/18/2021 | | NOTICE OF APPEAL following <u>123</u> Notice of Appeal (E-Filed) by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 505.00, receipt number 15454561. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | <u>125</u> | SCHEDULING ORDER: Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Amended Pleadings due by 1/22/2022, Discovery due by 5/13/2022, Joinder of Parties due by 1/22/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/19/2021) |
| 11/19/2021 | <u>126</u> | Transcript filed of Proceedings held on 11-16-21, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased |

| | | |
|---|---|---|
| | | from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/10/2021, Redacted Transcript Deadline set for 12/20/2021, Release of Transcript Restriction set for 2/17/2022, Appeal Record due by 12/6/2021, (gs) (Entered: 11/19/2021) |
| 11/23/2021 | 127 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of STATE OF TEXAS, John Scott. Attorney Patrick K. Sweeten added to party STATE OF TEXAS(pty:condft), Attorney Patrick K. Sweeten added to party John Scott(pty:condft) (Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/23/2021 | 128 | Unopposed MOTION for Extension of Time to File *United States of America's Complaint (consolidated case 5:21-cv-1085)* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/26/2021 | 129 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 11/16/2021. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox.. (Gore, John)***Modified TEXT on 12/1/2021 (dtg).***TRANSCRIPT IS ALREADY ON FILE IN THE CLERK'S OFFICE.***SEE DOCKET ENTRY #126.***STATUS CONFERENCE OF 11/16/2021.*** (Entered: 11/26/2021) |
| 11/29/2021 | | Text Order GRANTING 128 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the State of Texas and Secretary Scott to Complaint filed by the United States is hereby extended to December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/29/2021) |
| 11/30/2021 | 130 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Kevin Zen* ( Filing fee $ 100 receipt number 0542-15484074) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/30/2021) |
| 11/30/2021 | 131 | AMENDED COMPLAINT against STATE OF TEXAS, John Scott amending, filed by United States Of America.(Freeman, Daniel) (Entered: 11/30/2021) |
| 12/01/2021 | | Text Order GRANTING 130 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/01/2021) |
| 12/01/2021 | 132 | NOTICE *of Amended Initial Disclosures* by United States Of America (Attachments: # 1 Exhibit 1: US Amended Initial Disclosures)(Freeman, Daniel) (Entered: 12/01/2021) |
| 12/01/2021 | 133 | Pretrial Disclosures *Amended Initial Disclosures* by Lisa Wise. (Armon, Orion) (Entered: 12/01/2021) |
| 12/01/2021 | 134 | Pretrial Disclosures *Amended Initial Disclosures* by Lupe C. Torres. (Henneke, Robert) (Entered: 12/01/2021) |

| 12/01/2021 | <u>135</u> | NOTICE *of Amended Initial Disclosures* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # <u>1</u> Exhibit State Defendants' Initial Disclosures)(Sweeten, Patrick) (Entered: 12/01/2021) |
|---|---|---|
| 12/01/2021 | <u>136</u> | AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise amending <u>1</u> Complaint., filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(Nkwonta, Uzoma) (Entered: 12/01/2021) |
| 12/01/2021 | <u>137</u> | AMENDED COMPLAINT against Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project.(Cox, Ryan) (Entered: 12/01/2021) |
| 12/01/2021 | <u>138</u> | NOTICE of Voluntary Dismissal by Isabel Longoria (Attachments: # <u>1</u> Exhibit 1)(Birring, Sameer) (Entered: 12/01/2021) |
| 12/01/2021 | <u>139</u> | AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Jose A. Esparza, Isabel Longoria, Warren K. Paxton amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(Olson, Wendy) (Entered: 12/01/2021) |
| 12/01/2021 | <u>140</u> | AMENDED COMPLAINT against STATE OF TEXAS amending, filed by La Union Del Pueblo Entero.(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | <u>141</u> | NOTICE of Filing PLAINTIFFS' JOINT AMENDED INITIAL DISCLOSURES by La Union Del Pueblo Entero (Attachments: # <u>1</u> Exhibit AMENDED INITIAL DISCLOSURES)(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>53</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 140, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>54</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 136, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>55</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 137, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>64</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>67</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>68</u> Motion to Dismiss entered by Judge Xavier Rodriguez. On |

| | | |
|---|---|---|
| | | November 30, 2021, the United States of America filed an amended complaint. ECF No. 131. On December 1, 2021, the remaining plaintiffs in these consolidated cases filed amended complaints. ECF Nos. 136, 137, 139. 140. None of these complaints identify Lupe C. Torres as a defendant. Thus, it appears that Lupe C. Torres is no longer a defendant in these cases. Accordingly, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/08/2021 | 142 | Agreed MOTION *Regarding the Disclosure of Privileged Information* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 12/08/2021) |
| 12/08/2021 | 143 | ORDER GRANTING 142 Motion regarding the disclosure of privileged information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2021) |
| 12/10/2021 | | Certification of the Electronic Record on Appeal in USCA #21-51145 has been accepted by the 5th Circuit. re 123 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/10/2021) |
| 12/14/2021 | 144 | Unopposed MOTION for Extension of Time to File Answer re 137 Amended Complaint, 139 Amended Complaint, 140 Amended Complaint, 136 Amended Complaint, by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 12/14/2021) |
| 12/14/2021 | | Text Order GRANTING 144 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for the State Defendants to respond to the Amended Complaint is hereby extended to January 5, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/14/2021) |
| 12/14/2021 | 145 | MOTION to Dismiss *the Federal Government's Claims* by STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 12/14/2021) |
| 12/15/2021 | 146 | ANSWER to 137 Amended Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 147 | ANSWER to 136 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 12/15/2021) |
| 12/15/2021 | 148 | ANSWER to 136 Amended Complaint, with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 149 | ANSWER to 136 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 150 | ANSWER to 140 Amended Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 151 | ANSWER to 136 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 152 | ANSWER to 139 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 153 | *Defendant's* ANSWER to 136 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 154 | *Defendant's* ANSWER to 140 Amended Complaint by Lisa Wise.(Armon, Orion) |

| | | |
|---|---|---|
| | | (Entered: 12/15/2021) |
| 12/15/2021 | 155 | ANSWER to 137 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 156 | ANSWER to 139 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 157 | ANSWER to 136 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/17/2021 | 158 | Unopposed MOTION for Extension of Time to File Response/Reply as to 145 MOTION to Dismiss *the Federal Government's Claims* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/17/2021) |
| 12/20/2021 | | Text Order GRANTING 158 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for the United States to file a response to the State Defendants' Motion to Dismiss 145 is hereby extended to January 18, 2022. The deadline for the State Defendants' reply is extended to February 1, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2021) |
| 12/21/2021 | 159 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Noah B. Baron]* ( Filing fee $ 100 receipt number 0542-15556846) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/21/2021) |
| 12/22/2021 | | Text Order GRANTING 159 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/22/2021) |
| 12/22/2021 | 160 | Unopposed MOTION for Protective Order *Stipulated Between the United States of America and Defendants the State of Texas and Secretary of State John Scott* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/22/2021) |
| 12/22/2021 | 161 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 12/22/2021) |
| 12/23/2021 | 162 | STIPULATED PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 12/28/2021) |
| 12/28/2021 | 168 | Pro Hac Vice Fee Paid by Mark F. Hearne; Filing fee $100.00, receipt number 500059574. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 169 | Pro Hac Vice Fee Paid by Stephen S. Davis; Filing fee $100.00, receipt number 500059575. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 170 | Pro Hac Vice Fee Paid by John R. Ashcroft; Filing fee $100.00, receipt number 500059573. (rg) (Entered: 01/03/2022) |
| 12/29/2021 | 163 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Marcos Mocine-McQueen* ( Filing fee $ 100 receipt number 0542-15568912) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/29/2021) |

| | | |
|---|---|---|
| 12/30/2021 | | Text Order GRANTING 163 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/30/2021) |
| 12/30/2021 | 164 | NOTICE *of Initial Disclosures by Lisa Wise* by Lisa Wise (Attachments: # 1 Initial Disclosures by Lisa Wise)(Armon, Orion) (Entered: 12/30/2021) |
| 01/03/2022 | 165 | MOTION to Appear Pro Hac Vice by Mark F. Hearne by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 166 | MOTION to Appear Pro Hac Vice by Stephen S. Davis by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 167 | MOTION to Appear Pro Hac Vice by John R. Ashcroft by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 171 | MOTION for Leave to File Amicus Brief by John R. Ashcroft. by John R. Ashcroft. (Attachments: # 1 Brief)(rg) (Entered: 01/03/2022) |
| 01/04/2022 | 172 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 01/04/2022) |
| 01/04/2022 | 173 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Haley Costello Essig]* ( Filing fee $ 100 receipt number 0542-15579725) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/04/2022) |
| 01/04/2022 | | Text Order GRANTING 173 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/04/2022) |
| 01/05/2022 | 174 | ORDER - Set Motion Hearing for 172 Opposed MOTION to Consolidate Cases (Motion Hearing set for 1/11/2022 10:30 AM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/05/2022) |
| 01/05/2022 | 175 | MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of November 16, 2021 Hearing)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 176 | MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 177 | MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 178 | Unopposed MOTION for Leave to Exceed Page Limitation *for the State Defendants' Motion to Dismiss the Houston Justice Plaintiffs' Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order Proposed Order on Motion for Leave, # 2 Exhibit Proposed Motion to Dismiss, # 3 Exhibit November 16, 2021 Hearing Transcript)(Sweeten, Patrick) (Entered: 01/05/2022) |

| 01/06/2022 | <u>179</u> | NOTICE of Attorney Appearance by William Thomas Thompson on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney William Thomas Thompson added to party Gregory W. Abbott(pty:dft), Attorney William Thomas Thompson added to party Warren K. Paxton(pty:dft), Attorney William Thomas Thompson added to party John Scott(pty:condft) (Thompson, William) (Entered: 01/06/2022) |
|---|---|---|
| 01/07/2022 | | Text Order GRANTING <u>178</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. Pursuant to the Fact Sheet for Judge Xavier Rodriguez, found on the TXWD website, any brief or memorandum less than 30 pages may be submitted without leave of Court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/07/2022) |
| 01/07/2022 | <u>180</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Michael B. Jones* ( Filing fee $ 100 receipt number 0542-15593872) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/07/2022) |
| 01/07/2022 | <u>182</u> | MOTION to Dismiss the Houston Justice Plaintiffs' Amended Complaint by Gregory W. Abbott, Warren K. Paxton, John Scott. (rg) (Entered: 01/10/2022) |
| 01/09/2022 | <u>181</u> | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re <u>172</u> Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott *jointly filed by all private plaintiffs* (Cox, Ryan) (Entered: 01/09/2022) |
| 01/10/2022 | | Text Order GRANTING <u>180</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2022) |
| 01/10/2022 | <u>183</u> | Response in Opposition to Motion, filed by United States Of America, re <u>172</u> Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Paikowsky, Dana) (Entered: 01/10/2022) |
| 01/11/2022 | | Text Order DENYING <u>172</u> Motion to Consolidate Cases entered by Judge Xavier Rodriguez. For the reasons discussed at today's hearing, the motion to consolidate Longoria v. Paxton, No. 5-21-cv-1223 (W.D. Tex.) with La Union del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) is hereby DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/11/2022) |
| 01/11/2022 | <u>184</u> | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Sarah Chen* ( Filing fee $ 100 receipt number 0542-15602998) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 01/11/2022) |
| 01/11/2022 | | Text Order GRANTING <u>184</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/11/2022) |
| 01/11/2022 | <u>185</u> | |

| | | |
|---|---|---|
| | | ORDER DENYING 171 Motion for Leave to File Amicus Brief. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/11/2022) |
| 01/11/2022 | 186 | Unopposed MOTION to Withdraw as Attorney ,*Lora Spencer,* by Houston Justice. (Attachments: # 1 Proposed Order)(Spencer, Lora) (Entered: 01/11/2022) |
| 01/11/2022 | 190 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 1/11/2022. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 01/13/2022) |
| 01/12/2022 | | Text Order DENYING 165 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 166 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 167 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 186 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. IT IS THEREFORE ORDERED that Lora Spencer shall be withdrawn as counsel of record for Plaintiffs. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | 187 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607042) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 01/12/2022) |
| 01/12/2022 | 188 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607268) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion). Duplicate Filing fee was refunded by Finance on 1/24/2022 (kc). (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 187 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order MOOTING 188 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Louk's previous motion 187 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/13/2022 | 189 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute for proceedings held on 1/11/2022.. (Perales, Nina)***Modified TEXT on 1/14/2022 (dtg).***STATUS |

| | | |
|---|---|---|
| | | CONFERENCE (VIDEO) OF 1/11/2022 BEFORE JUDGE XAVIER RODRIGUEZ.***COURT REPORTER: GIGI SIMCOX.*** (Entered: 01/13/2022) |
| 01/14/2022 | 191 | MOTION to Amend Complaint by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Attachments: # 1 Exhibit A - Second Amended Complaint, # 2 Proposed Order)(Holmes, Jennifer) (Entered: 01/14/2022) |
| 01/14/2022 | 192 | MOTION to Amend Complaint by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Proposed Order)(Cox, Ryan) (Entered: 01/14/2022) |
| 01/18/2022 | | Text Order GRANTING 191 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [191-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | | Text Order GRANTING 192 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [192-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | 193 | Transcript filed of Proceedings held on 1-11-22, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/8/2022, Redacted Transcript Deadline set for 2/18/2022, Release of Transcript Restriction set for 4/18/2022, Appeal Record due by 2/2/2022, (gs) (Entered: 01/18/2022) |
| 01/18/2022 | 194 | MOTION for Leave to File Second Amended Complaint by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Exhibit A- Second Amended Complaint, # 2 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/18/2022) |
| 01/18/2022 | 195 | Memorandum in Opposition to Motion, filed by United States Of America, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Freeman, Daniel) (Entered: 01/18/2022) |
| 01/18/2022 | 199 | SECOND AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Isabel Longoria, Warren K. Paxton, John Scott, Kim Ogg, Joe Gonzales, Jose Garza amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(rg) (Entered: 01/20/2022) |
| 01/18/2022 | 200 | SECOND AMENDED COMPLAINT against Dana DeBeauvoir, Jose Garza, Isabel Longoria, Kim Ogg, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas.(rg) (Entered: 01/20/2022) |

| 01/19/2022 | <u>196</u> | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re <u>177</u> MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Nkwonta, Uzoma) (Entered: 01/19/2022) |
|---|---|---|
| 01/19/2022 | | Text Order GRANTING <u>194</u> Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [194-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/19/2022) |
| 01/19/2022 | <u>197</u> | Memorandum in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re <u>176</u> MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Perales, Nina) (Entered: 01/19/2022) |
| 01/19/2022 | <u>198</u> | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re <u>175</u> MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Cox, Ryan) (Entered: 01/19/2022) |
| 01/19/2022 | <u>207</u> | SECOND AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Jose Garza, Joe Gonzales, Isabel Longoria, Kim Ogg, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise, John Creuzot, Ricardo Rodriguez, Jr., Yvonne Rosales amending, filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(rg) (Entered: 01/25/2022) |
| 01/20/2022 | | Text Order MOOTING <u>182</u> Motion to Dismiss in light of the filing of the Houston Justice Plaintiffs' Second Amended Complaint <u>199</u> entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/20/2022 | | Text Order MOOTING <u>175</u> Motion to Dismiss in light of the filing of the OCA-Greater Houston Plaintiffs' Second Amended Complaint <u>200</u> entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/21/2022 | <u>201</u> | NOTICE of Attorney Appearance by Christina Marie Beeler on behalf of Isabel Longoria. Attorney Christina Marie Beeler added to party Isabel Longoria(pty:condft) (Beeler, Christina) (Entered: 01/21/2022) |
| 01/21/2022 | <u>202</u> | NOTICE of Attorney Appearance by Tiffany Sue Bingham on behalf of Isabel Longoria. Attorney Tiffany Sue Bingham added to party Isabel Longoria(pty:condft) (Bingham, Tiffany) (Entered: 01/21/2022) |
| 01/21/2022 | <u>203</u> | MOTION for Leave to File Amicus Brief by Young Black Lawyers' Organizing Coalition. (Attachments: # <u>1</u> Proposed Amicus Curiae Brief)(Moye, Veronica) (Entered: 01/21/2022) |
| 01/22/2022 | <u>204</u> | |

| | | |
|---|---|---|
| | | MOTION for Leave to File Second Amended Complaint by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A (Proposed Second Amended Complaint), # 2 Proposed Order)(Morales-Doyle, Sean) (Entered: 01/22/2022) |
| 01/24/2022 | 205 | MOTION to Compel *Production* by United States Of America. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4)(Stewart, Michael) (Entered: 01/24/2022) |
| 01/24/2022 | 206 | Unopposed MOTION for Extension of Time to File Response/Reply as to 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint*, 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 01/24/2022) |
| 01/25/2022 | | Text Order GRANTING 204 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint [204-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 208 | SECOND AMENDED COMPLAINT against John Creuzot, Jose Garza, Warren K. Paxton, Yvonne Rosales, STATE OF TEXAS, Michael Scarpello, John Scott, Lisa Wise amending, filed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact.(rg) (Entered: 01/25/2022) |
| 01/25/2022 | | Text Order MOOTING 176 Motion to Dismiss in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 209 | STIPULATION *Extension of Expert Discovery Deadline* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/25/2022) |
| 01/26/2022 | | Text Order MOOTING 177 Motion to Dismiss in light of the filing of the LULAC Plaintiffs' Second Amended Complaint 207 entered by Judge Xavier Rodriguez. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | | Text Order MOOTING 206 Unopposed Motion for Extension of Time to File Reply to Motions to Dismiss the LUPE Plaintiffs' First Amended Complaint 176 and the LULAC Plaintiffs' First Amended Complaint 177 entered by Judge Xavier Rodriguez. The Motions to Dismiss have been mooted in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 and the LULAC Plaintiffs' Second Amended Complaint 207 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | 210 | Unopposed MOTION for Extension of Time to File Response/Reply as to 205 MOTION to Compel *Production* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/26/2022) |

| 01/26/2022 | 211 | ORDER GRANTING 210 Motion for Extension of Time to File Response/Reply. Defendants are hereby ORDERED to file a response no later than February 9, 2022. Any reply must be filed no later than February 16, 2022. The Court hereby SETS a hearing on this motion for Wednesday, February 23, 2022, at 10:30 a.m. The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
|---|---|---|
| 01/26/2022 | | Motion Hearing: 205 MOTION to Compel Production. Motion Hearing set for 2/23/2022 10:30 AM before Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/27/2022 | 212 | Opposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, 200 Amended Complaint, 208 Amended Complaint, 199 Amended Complaint, by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/27/2022) |
| 01/27/2022 | | Text Order GRANTING 212 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for State Defendants to respond to the Houston Justice Plaintiffs' Second Amended Complaint 199 and the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to February 8, 2022. The deadline for State Defendants to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is extended to February 9, 2022. The deadline for State Defendants to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is extended to February 15, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/27/2022) |
| 01/27/2022 | 213 | MOTION to Withdraw as Attorney - *Christopher Bell,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Bell, Christopher) (Entered: 01/27/2022) |
| 01/28/2022 | | Text Order GRANTING 213 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christopher H. Bell is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/28/2022) |
| 01/28/2022 | 214 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | 215 | ANSWER to 200 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 216 | ANSWER to 199 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 217 | ANSWER to 200 Amended Complaint by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 01/28/2022) |
| 01/28/2022 | 218 | MOTION to Withdraw as Attorney *ZACK GOLDBERG* by Lisa Wise. (Attachments: # 1 Proposed Order)(Natarajan, Ranjana) (Entered: 01/28/2022) |
| 01/31/2022 | | Text Order GRANTING 218 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Zack Goldberg for Defendant Lisa Wise is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/31/2022) |

| 01/31/2022 | 219 | ANSWER to 207 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/31/2022) |
| --- | --- | --- |
| 02/01/2022 | 220 | ANSWER to 207 Amended Complaint, by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 02/01/2022) |
| 02/01/2022 | 221 | ANSWER to 199 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 222 | ANSWER to 207 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 223 | REPLY to Response to Motion, filed by STATE OF TEXAS, John Scott, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 02/01/2022) |
| 02/02/2022 | 224 | ANSWER to 207 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 02/02/2022) |
| 02/02/2022 | 225 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *on [Doc #199] Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 226 | ANSWER to 207 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 02/02/2022) |
| 02/02/2022 | 227 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Danielle V. Ahlrich* ( Filing fee $ 100 receipt number 0542-15674143) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 228 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Harris DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | 229 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Travis DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | | Text Order GRANTING 227 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/02/2022) |
| 02/02/2022 | 230 | *Defendant Lisa Wise's* ANSWER to 207 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/02/2022) |
| 02/03/2022 | 231 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 02/03/2022) |

| 02/04/2022 | 232 | Consent MOTION for Protective Order by United States Of America. (Attachments: # 1 Exhibit 1: Stipulated Protective Order)(Freeman, Daniel) (Entered: 02/04/2022) |
| 02/04/2022 | 233 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Attachments: # 1 Proposed Order)(Olson, Leif) (Entered: 02/04/2022) |
| 02/04/2022 | 234 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ROBERT COTTER* ( Filing fee $ 100 receipt number 0542-15682493) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 02/04/2022) |
| 02/04/2022 | 235 | Summons Issued as to Jose Garza, Joe Gonzales, Kim Ogg, Yvonne Rosales. (wg) (Entered: 02/04/2022) |
| 02/04/2022 |  | Text Order GRANTING 234 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/04/2022) |
| 02/08/2022 | 236 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/08/2022) |
| 02/08/2022 | 237 | STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/08/2022) |
| 02/08/2022 | 238 | ANSWER to 208 Amended Complaint, with Jury Demand by Michael Scarpello.(Stool, Ben) (Entered: 02/08/2022) |
| 02/08/2022 | 239 | MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 240 | MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 241 | MOTION *for Entry of Order Regarding Discovery of Electronically Stored Information* by United States Of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Yun, Jennifer) (Entered: 02/08/2022) |
| 02/08/2022 | 242 | *Defendant Lisa Wise's* ANSWER to 208 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/08/2022) |
| 02/09/2022 | 243 | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 244 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) |

| | | |
|---|---|---|
| | | (Entered: 02/09/2022) |
| 02/09/2022 | 245 | NOTICE of Attorney Appearance by Jack Buckley Disorbo on behalf of Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney Jack Buckley Disorbo added to party Warren K. Paxton(pty:dft), Attorney Jack Buckley Disorbo added to party STATE OF TEXAS(pty:condft), Attorney Jack Buckley Disorbo added to party John Scott(pty:condft) (Disorbo, Jack) (Entered: 02/09/2022) |
| 02/09/2022 | 246 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Joe Gonzales served on 2/8/2022, answer due 3/1/2022; Kim Ogg served on 2/8/2022, answer due 3/1/2022. (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/09/2022 | 247 | RESPONSE to Motion, filed by STATE OF TEXAS, John Scott, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit A- Defendants' Obj. and Resp. to USA's First RFPs, # 2 Exhibit B- Gipson Declaration 2.7.22- Final- Executed, # 3 Exhibit C- SB1- Crawford Declaration 2.8.22 - FINAL signed, # 4 Exhibit D- 211117 LUPE Transcript of Status Conference, # 5 Exhibit E- 20211230 USA's 1st Interrogatories to State Defs)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 248 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. *[doc 199] Plaintiffs' Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/10/2022 | 251 | STIPULATED ORDER 241 regarding discovery of electronically stored information Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/11/2022) |
| 02/11/2022 | 249 | REPLY to Response to Motion, filed by Young Black Lawyers' Organizing Coalition, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Moye, Veronica) (Entered: 02/11/2022) |
| 02/11/2022 | 250 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Liliana Zaragoza* ( Filing fee $ 100 receipt number 0542-15706486) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Exhibit A - Additional Bar Admission Information)(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/11/2022 | 252 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Attachments: # 1 Exhibit A - State of Texass Motion for Rehearing at 1, State v. Stephens, No. PD-1032-20 (Dec. 30, 2021))(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/14/2022 | | Text Order GRANTING 250 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/14/2022) |
| 02/14/2022 | | Text Order GRANTING 203 Motion for Leave to File Amicus Brief by the Young Black Lawyers Organizing Coalition (YBLOC) entered by Judge Xavier Rodriguez. YBLOC seeks to represent a unique perspective within the universe of civic organizations |

| | | |
|---|---|---|
| | | impacted by SB1--that of lawyers and law students dedicated to protecting and empowering Black voters. Because YBLOC conducts organizing and advocacy in support of its mission *in Texas* (along with six other states), the Court concludes that YBLOC has a "special interest that justifies [it] having a say." *Strasser v. Dooley*, 432 F.2d 567, 569 (1st Cir. 1970). The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to YBLOCs motion [203-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2022) |
| 02/14/2022 | 253 | AMICUS CURIAE BRIEF by Young Black Lawyers' Organizing Coalition. (rg) (Entered: 02/14/2022) |
| 02/15/2022 | 254 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *Jose Garza re Doc# 199 )* (Broughton, Kenneth) (Entered: 02/15/2022) |
| 02/15/2022 | 255 | MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- LUPE Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/15/2022) |
| 02/15/2022 | 256 | Summons Issued as to Jose Garza, in his official capacity as the Travis County District Attorney. (wg) (Entered: 02/15/2022) |
| 02/16/2022 | 257 | GOVT'S REPLY to Response to Motion, filed by United States Of America, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Stewart, Michael) (Entered: 02/16/2022) |
| 02/18/2022 | 258 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *John Creuzot, in his official capacity as Dallas County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 259 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Yvonne Rosales, in her official capacity as El Paso County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 260 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Ricardo Rodriguez, Jr., in his official capacity as Hidalgo County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 261 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Kim Ogg, in her official capacity as Harris County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 262 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Jose Garza, in his official capacity as Travis County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 263 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Joe Gonzales, in his official capacity as Bexar County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 264 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, John Scott, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Sweeten, Patrick) (Entered: 02/18/2022) |
| 02/22/2022 | 265 | SUMMONS Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican |

| | | |
|---|---|---|
| | | American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project. Yvonne Rosales served on 2/15/2022, answer due 3/8/2022. (Perales, Nina) (Entered: 02/22/2022) |
| 02/22/2022 | 266 | Summons Issued as to John Creuzot. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 267 | Summons Issued as to Yvonne Rosales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 268 | Summons Issued as to Ricardo Rodriguez, Jr. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 269 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Jose Garza served on 2/7/2022, answer due 2/28/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 270 | Summons Issued as to Kim Ogg. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 271 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Kim Ogg served on 2/11/2022, answer due 3/4/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 272 | Summons Issued as to Jose Garza. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 273 | Summons Issued as to Joe Gonzales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 274 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Jose Garza served on 2/17/2022, answer due 3/10/2022. (Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 275 | Unopposed MOTION *to Withdraw Houston Justice as a Party* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 276 | ANSWER to 199 Amended Complaint, with Jury Demand . Attorney Robert D. Green added to party Joe Gonzales(pty:dft) by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 277 | ANSWER to 207 Amended Complaint, with Jury Demand by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 278 | MOTION to Substitute Attorney by Jacque Callanen, Joe Gonzales. (Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 279 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Davis, Lia) (Entered: 02/22/2022) |
| 02/23/2022 | | Text Order GRANTING 275 Motion entered by Judge Xavier Rodriguez. Plaintiff Houston Justice is DISMISSED WITH PREJUDICE. All other Plaintiffs remain a party to this action, and the dismissal of Houston Justice does not affect remaining Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 278 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. The appearance of Robert D. Green is withdrawn and the appearance of Lisa V. Cubriel of the Bexar County Criminal District Attorney's Office is substituted as counsel for Joe Gonzales and Jacquelyn Callanen in all cases consolidated into this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 205 Motion to Compel entered by Judge Xavier Rodriguez. For the reasons stated in open court, the motion is hereby GRANTED. No later than March 31, 2022, State Defendants must produce under protective order updated contents of relevant fields, including the "Card Status" field, from the Texas Department of Public Safety database to the United States. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | 280 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Joe Gonzales served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 02/23/2022) |
| 02/23/2022 | 281 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Nkwonta, Uzoma) (Entered: 02/23/2022) |
| 02/23/2022 | 282 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 2/23/2022 re 205 MOTION to Compel *Production* filed by United States Of America (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox).(rg) (Entered: 02/24/2022) |
| 02/24/2022 | 283 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Ciara A. Sisco* ( Filing fee $ 100 receipt number 0542-15750860) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/24/2022) |
| 02/24/2022 | | Text Order GRANTING 283 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/24/2022) |
| 02/25/2022 | 284 | Transcript filed of Proceedings held on 2-23-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2022, Redacted Transcript Deadline set for 3/28/2022, Release of Transcript Restriction set for 5/26/2022, Appeal Record due by 3/14/2022, (gs) (Entered: 02/25/2022) |
| 02/25/2022 | 285 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *R. Gary Spencer* ( Filing fee $ 100 receipt number 0542-15753994) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, |

| | | |
|---|---|---|
| | | Jennifer) (Entered: 02/25/2022) |
| 02/25/2022 | 286 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Jose Garza served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 285 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | 287 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. John Creuzot served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | 288 | Unopposed MOTION for Extension of Time to File Response/Reply as to 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 289 | Unopposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 290 | Unopposed MOTION for Extension of Time to File Response/Reply as to 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 288 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LUPE Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 289 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LULAC Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 290 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to OCA-Greater Houston Plaintiffs' Second Amended Complaint on or before March 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/28/2022 | 291 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | 292 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 291 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as |

| | | |
|---|---|---|
| | | Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 292 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, and Jeffrey Lamar Clemmons. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | 293 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/28/2022) |
| 02/28/2022 | 294 | NOTICE of Filing Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Houston Area Urban League, JOLT Action, League of Women Voters of Texas, Mexican American Bar Association of Texas, OCA-Greater Houston, REVUP-Texas, Texas Hispanics Organized for Political Education, Texas Organizing Project, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | 295 | NOTICE of Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | 296 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Nkwonta, Uzoma) (Entered: 02/28/2022) |
| 02/28/2022 | 297 | NOTICE of Plaintiffs' Expert Designation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 02/28/2022) |
| 03/01/2022 | 298 | Pretrial Disclosures Defendant Lisa Wise's Designation of Potential Testifying Experts by Lisa Wise. (Armon, Orion) (Entered: 03/01/2022) |
| 03/01/2022 | 299 | NOTICE of Mi Familia Vota Plaintiffs' Expert Designations by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge (Watkins, Elijah) (Entered: 03/01/2022) |
| 03/01/2022 | 300 | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 240 MOTION to Dismiss the OCA-Greater Houston Plaintiffs' Second Amended Complaint filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/01/2022) |
| 03/01/2022 | 301 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 255 MOTION to Dismiss LUPE Plaintiffs' Second Amended Complaint filed by Consol Defendant John |

| | | Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Longoria, Julia) (Entered: 03/01/2022) |
|---|---|---|
| 03/01/2022 | 302 | Response in Opposition to Motion, filed by Lisa Wise, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Armon, Orion) (Entered: 03/01/2022) |
| 03/02/2022 | 303 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Ricardo Rodriguez, Jr. served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | 304 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Kim Ogg served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | 305 | NOTICE *Designation of Expert Witnesses* by Yvonne Ramon (Ramirez, Josephine) (Entered: 03/02/2022) |
| 03/02/2022 | 306 | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/02/2022) |
| 03/04/2022 | 307 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 03/04/2022) |
| 03/04/2022 | 308 | Consent MOTION to Amend/Correct 125 Scheduling Order, *Consent Motion to Modify Scheduling Order* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/04/2022) |
| 03/04/2022 | 309 | ANSWER to 208 Amended Complaint, with Jury Demand . Attorney Barbara S. Nicholas added to party John Creuzot(pty:dft) by John Creuzot.(Nicholas, Barbara) (Entered: 03/04/2022) |
| 03/04/2022 | 310 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 311 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 312 | Unopposed MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/07/2022 | | Text Order GRANTING 308 Consent Motion to Amend Scheduling Order entered by Judge Xavier Rodriguez. The Scheduling Order 125 shall be modified to include the following: *Number and Timing of Depositions.* Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 50 depositions or more than 250 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of |

| | | |
|---|---|---|
| | | the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order, including the May 13, 2022 deadline for completion of all fact discovery. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 310 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jos Garza shall to answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 14, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 311 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 312 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 307 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The deadline for the State Defendants to designate rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts is hereby extended to March 29, 2022. The State Defendants are cautioned that the Court will disfavor any requests to extend the dispositive motion deadline premised on this extension. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/08/2022 | 313 | REPLY to Response to Motion, filed by Warren K. Paxton, STATE OF TEXAS, John Scott, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 03/08/2022) |
| 03/08/2022 | 314 | ANSWER to 207 Amended Complaint, with Jury Demand by John Creuzot.(Nicholas, Barbara) (Entered: 03/08/2022) |
| 03/08/2022 | 315 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Brian Dimmick* ( Filing fee $ 100 receipt number 0542-15794984) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/08/2022 | 316 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Susan Mizner* ( Filing fee $ 100 receipt number 0542-15794996) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/10/2022 | | Text Order GRANTING 315 Motion to Appear Pro Hac Vice; GRANTING 316 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted permission to practice pro hac vice in this case must register for electronic filing with our |

| | | |
|---|---|---|
| | | court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/10/2022) |
| 03/10/2022 | 317 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/10/2022) |
| 03/10/2022 | 318 | AMENDED ANSWER to 208 Amended Complaint, by John Creuzot. (Nicholas, Barbara) (Entered: 03/10/2022) |
| 03/11/2022 | 319 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/11/2022 | 320 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/14/2022 | 321 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 317 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the HAUL Plaintiffs' Second Amended Complaint 199 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 319 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 320 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 321 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/15/2022 | 322 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Rosales served on 3/9/2022, answer due 3/30/2022. (Hardin, John) (Entered: 03/15/2022) |
| 03/15/2022 | 323 | Second MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | 324 | Second MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |

| 03/15/2022 | | Text Order GRANTING 323 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
|---|---|---|
| 03/15/2022 | | Text Order GRANTING 324 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the HAUL Plaintiffs' Second Amended Complaint 199 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/16/2022 | 325 | NOTICE of Attorney Appearance by Zachary Dolling on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Zachary Dolling added to party League of Women Voters of Texas(pty:conpla), Attorney Zachary Dolling added to party OCA-Greater Houston(pty:conpla), Attorney Zachary Dolling added to party REVUP-Texas(pty:conpla), Attorney Zachary Dolling added to party Texas Organizing Project(pty:conpla), Attorney Zachary Dolling added to party Workers Defense Action Fund(pty:conpla) (Dolling, Zachary) (Entered: 03/16/2022) |
| 03/16/2022 | 326 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Michael J Garza* ( Filing fee $ 100 receipt number 0542-15823828) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order)(Tognetti, Leigh). According to our records, filing party submitted duplicate PHV payments. This fee was returned back to the filer by their financial institution. The original payment made on 3/16/22 via a previous incomplete docket entry is the actual payment assigned to this matter: 0542-15823549(kc). (Entered: 03/16/2022) |
| 03/16/2022 | 327 | ANSWER to 207 Amended Complaint, with Jury Demand by Ricardo Rodriguez, Jr..(Tognetti, Leigh) (Entered: 03/16/2022) |
| 03/16/2022 | 328 | *Defendant Garza's* ANSWER to 207 Amended Complaint, *by LULAC Plaintiffs*. Attorney Anthony J. Nelson added to party Jose Garza(pty:dft) by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/16/2022 | 329 | *Defendant Garza's* ANSWER to 208 Amended Complaint, *by LUPE Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/17/2022 | | Text Order GRANTING 326 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/17/2022) |
| 03/17/2022 | 330 | *Defendant Garza's* ANSWER to 199 Amended Complaint, *by HAUL Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | 331 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan ( Filing fee $ 100 receipt number 0542-15828577) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 03/17/2022) |
| 03/17/2022 | 332 | *Defendant Garza's* ANSWER to 200 Amended Complaint *by OCA-GH Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |

| | | |
|---|---|---|
| 03/17/2022 | | Text Order GRANTING 331 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/17/2022) |
| 03/18/2022 | 333 | NOTICE *OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTIONS TO DISMISS* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott re 300 Reply to Response to Motion, 195 Memorandum in Opposition to Motion, 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint*, 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint*, 301 Response in Opposition to Motion,, 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint*, 264 Reply to Response to Motion, 313 Reply to Response to Motion, 306 Reply to Response to Motion, 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint*, 223 Reply to Response to Motion, 145 MOTION to Dismiss *the Federal Government's Claims*, 281 Response to Motion, 252 Response in Opposition to Motion,, (Hudson, Eric) (Entered: 03/18/2022) |
| 03/21/2022 | 334 | MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Declaration of John B. Scott, # 2 Exhibit B - United States' First Set of Interrogatories, # 3 Exhibit C - United States' First Set of Requests for Admission, # 4 Exhibit D - United States' First Set of Requests for Production, # 5 Exhibit E - United States' Second Set of Requests for Production, # 6 Exhibit F - United States' Third Set of Requests for Production, # 7 Exhibit G - State Defs' Objections and Responses to the United States' First Set of Interrogatories, # 8 Exhibit H - United States' Notice of Rule 30(b)(6) Deposition of the Texas Secretary of State, # 9 Exhibit I - United States' Notice of Deposition of John Scott, # 10 Proposed Order)(Sweeten, Patrick) (Entered: 03/21/2022) |
| 03/22/2022 | 335 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Mark L. Bieter* ( Filing fee $ 100 receipt number 0542-15839066) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | 336 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Bradley R. Prowant* ( Filing fee $ 100 receipt number 0542-15839126) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 335 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 336 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | 337 | ORDER The Court hereby STAYS the deposition of Texas Secretary of State John B. Scott pending resolution of the instant discovery motion and the State Defendants motion |

| | | |
|---|---|---|
| | | to dismiss the claims brought by the United States. A response to the instant discovery motion must be filed no later than March 29, 2022. Any reply must be filed no later than April 1, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/22/2022) |
| 03/23/2022 | 338 | RESPONSE to 333 Notice (Other),,, by United States Of America. (Freeman, Daniel) (Entered: 03/23/2022) |
| 03/23/2022 | 339 | NOTICE *of Designation of Potential Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 03/23/2022) |
| 03/23/2022 | 340 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/23/2022 | 341 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/24/2022 | 342 | THIS DEFICIENCY WAS ISSUED IN ERROR. ACCESS WILL BE RESTRICTED. DEFICIENCY NOTICE  Discovery Documents, responses to requests for production, any kind of information regarding this type of documents does not get filed here in Federal Court. That information stays between parties and attorneys. re 340 Notice Regarding Requests for Production (rg) Modified on 3/25/2022 (rg). (Entered: 03/25/2022) |
| 03/28/2022 | 343 | Unopposed MOTION for Entry of Confidentiality and Protective Order *Regarding Production of Ultrasensitive Information* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 03/28/2022) |
| 03/29/2022 | 344 | MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Exhibit)(Nichols, Eric) (Entered: 03/29/2022) |
| 03/29/2022 | 345 | Response in Opposition to Motion, filed by United States Of America, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Paikowsky, Dana) (Entered: 03/29/2022) |
| 03/29/2022 | 346 | ORDER GRANTING 343 Motion for Entry of Confidentiality and Protective Order Regarding Production of Ultrasensitive Information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/29/2022) |
| 03/29/2022 | 347 | DESIGNATION OF EXPERT WITNESSES by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 03/29/2022) |
| 03/30/2022 | 348 | Unopposed MOTION for Extension of Time to File Answer by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 03/30/2022) |
| 03/31/2022 | | Text Order GRANTING 348 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Yvonne Rosales must file an answer or otherwise respond to the complaint at ECF No. 208, no later than April 7, 2022.(This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/31/2022) |
| 03/31/2022 | | Reset Deadlines: Yvonne Rosales answer due 4/7/2022. (rg) (Entered: 03/31/2022) |

| 04/01/2022 | <u>349</u> | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re <u>334</u> MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/01/2022) |
|---|---|---|
| 04/02/2022 | <u>350</u> | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Kim Ogg's motion to dismiss, Dkt. # 344,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # <u>1</u> Proposed Order Proposed order granting motion and extending deadline to respond to Defendant Kim Ogg's motion to dismiss until April 19, 2022.)(Dolling, Zachary) (Entered: 04/02/2022) |
| 04/03/2022 | <u>351</u> | Unopposed MOTION to Withdraw as Attorney *Kathryn E. Yukevich* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Yukevich, Kathryn) (Entered: 04/03/2022) |
| 04/04/2022 | | Text Order GRANTING <u>350</u> Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUPTexas, Texas Organizing Project, and Workers Defense Action Fund's deadline to respond to Defendant Kim Ogg's Motion to Dismiss is extended to April 19, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/04/2022 | | Text Order GRANTING <u>351</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kathryn E. Yukevich is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/05/2022 | <u>352</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Christopher D. Dodge* ( Filing fee $ 100 receipt number 0542-15888929) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # <u>1</u> Supplement)(Hardin, John) (Entered: 04/05/2022) |
| 04/05/2022 | | Text Order GRANTING <u>352</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/05/2022) |
| 04/06/2022 | <u>353</u> | MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Exhibit A- Declaration of Ruth R. Hughs, # <u>2</u> Exhibit B- State Defendant's Correspondence with MFV and US)(Sweeten, Patrick) (Entered: 04/06/2022) |
| 04/07/2022 | <u>354</u> | ORDER Plaintiff Mi Familia Vota is hereby ORDERED to file a response to the State Defendants motion, no later than April 12, 2022. Any reply must be filed no later than April 14, 2022. Set Motion Hearing for <u>353</u> MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State (Motion Hearing set for 4/18/2022 3:30 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg). (Entered: 04/07/2022) |
| 04/07/2022 | <u>355</u> | NOTICE *of Designation of Potential Rebuttal Testifying Experts* by Jose Garza, Rebecca Guerrero re <u>125</u> Scheduling Order, (Nelson, Anthony) (Entered: 04/07/2022) |

| | | |
|---|---|---|
| 04/07/2022 | <u>356</u> | Unopposed MOTION *to Be Excused from Active Participation* by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 04/07/2022) |
| 04/08/2022 | <u>357</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Sophia Cai* ( Filing fee $ 100 receipt number 0542-15903606) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/08/2022) |
| 04/08/2022 | <u>358</u> | RESPONSE *to State Defendants' Notice of Supplemental Authority* to <u>333</u> Notice (Other),,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 04/08/2022) |
| 04/08/2022 | <u>359</u> | RESPONSE *State Defendants' Notice of Supplemental Authority* to <u>333</u> Notice (Other),,, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Yeomans, Georgina) (Entered: 04/08/2022) |
| 04/11/2022 | | Text Order GRANTING <u>357</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/11/2022 | | Text Order GRANTING <u>356</u> Motion entered by Judge Xavier Rodriguez. Defendant DA Yvonne Rosales is excused from active participation in Case Nos. 5:21-CV-00844-XR and 1:21-CV-0786-XR, including any obligation to file responsive pleadings and to attend hearings, conferences, and trial, unless otherwise ordered. Defendant DA Rosales must comply with any and all discovery obligations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/12/2022 | <u>360</u> | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re <u>344</u> MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Yeomans, Georgina) (Entered: 04/12/2022) |
| 04/12/2022 | <u>361</u> | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re <u>344</u> MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nkwonta, Uzoma) (Entered: 04/12/2022) |
| 04/13/2022 | <u>362</u> | NOTICE of Attorney Appearance by Lisa A. Snead on behalf of League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Lisa A. Snead added to party League of Women Voters of Texas(pty:conpla), Attorney Lisa A. Snead added to party REVUP-Texas(pty:conpla), Attorney Lisa A. Snead added to party Texas Organizing Project(pty:conpla), Attorney Lisa A. Snead added to party Workers Defense Action Fund(pty:conpla) (Snead, Lisa) (Entered: 04/13/2022) |
| 04/13/2022 | <u>363</u> | MOTION to Extend Scheduling Order Deadlines *for Rule 26(a)(3) Disclosures* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Freeman, Daniel) (Entered: 04/13/2022) |

| 04/13/2022 | [364](#) | NOTICE of Attorney Appearance by Laura Brady Bender on behalf of United States Of America. Attorney Laura Brady Bender added to party United States Of America(pty:conpla) (Bender, Laura) (Entered: 04/13/2022) |
|---|---|---|
| 04/13/2022 | [365](#) | NOTICE of Attorney Appearance by Jaywin Singh Malhi on behalf of United States Of America. Attorney Jaywin Singh Malhi added to party United States Of America(pty:conpla) (Malhi, Jaywin) (Entered: 04/13/2022) |
| 04/13/2022 | [366](#) | Unopposed MOTION *to Withdraw Texas Organizing Project as a Party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # [1](#) Proposed Order)(Dolling, Zachary) (Entered: 04/13/2022) |
| 04/13/2022 | [367](#) | Memorandum in Opposition to Motion, filed by Mi Familia Vota, re [334](#) MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # [1](#) Exhibit 3.21.22 Email, # [2](#) Exhibit 4.1.22 Email)(Watkins, Elijah) (Entered: 04/13/2022) |
| 04/14/2022 | | Text Order GRANTING [366](#) Motion entered by Judge Xavier Rodriguez. Plaintiff Texas Organizing Project is DISMISSED WITH PREJUDICE. All other OCA-GH Plaintiffs remain a party to this action, and the dismissal of Texas Organizing Project does not affect remaining OCA-GH Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/14/2022) |
| 04/14/2022 | [368](#) | ORDER GRANTING [363](#) Motion to Extend Scheduling Order Deadlines. Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Discovery due by 5/13/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 04/14/2022) |
| 04/14/2022 | [369](#) | NOTICE *VACATION LETTER* by John Creuzot (Stool, Ben) (Entered: 04/14/2022) |
| 04/18/2022 | [370](#) | NOTICE of Attorney Appearance by Larry L. Roberson on behalf of Jacque Callanen, Joe Gonzales. Attorney Larry L. Roberson added to party Jacque Callanen(pty:condft), Attorney Larry L. Roberson added to party Joe Gonzales(pty:dft) (Roberson, Larry) (Entered: 04/18/2022) |
| 04/18/2022 | [371](#) | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re [353](#) MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/18/2022) |
| 04/18/2022 | [372](#) | ORDER GRANTING IN PART AND DENYING IN PART [353](#) Motion for Protective Order Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/18/2022) |
| 04/18/2022 | [376](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 4/18/2022 re [353](#) MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State filed by John Scott, Warren K. Paxton, Gregory W. Abbott, STATE OF TEXAS. (Minute entry documents are not available electronically.). (Court Reporter GiGi Simcox)(rg) (Entered: 04/19/2022) |
| 04/19/2022 | [373](#) | NOTICE of Filing *Plaintiffs' Supplemental Initial Disclosures* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, |

| | | |
|---|---|---|
| | | and Texoma (Attachments: # 1 Exhibit Supplemental Initial Disclosures)(Singh, Jasleen) (Entered: 04/19/2022) |
| 04/19/2022 | 374 | MOTION to Withdraw as Attorney *for Marc Rasich* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 374 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Marc Rasich, formerly of Stoel Rives LLP, admitted pro hac vice on October 6, 2021, is hereby withdrawn as counsel for Plaintiffs Mi Familia Vota, et al. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 375 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Applicant Victor Genecin* ( Filing fee $ 100 receipt number 0542-15940326) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 04/19/2022) |
| 04/19/2022 | 377 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Dolling, Zachary) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 375 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 378 | RESPONSE in Support, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nichols, Eric) (Entered: 04/19/2022) |
| 04/21/2022 | 379 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/21/2022) |
| 04/22/2022 | 380 | REPLY to Response to Motion, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg *Defendant Kim Ogg's Reply to The OCA Plaintiffs' Responses to Ogg's Motion to Dismiss* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Nichols, Eric) (Entered: 04/22/2022) |
| 04/26/2022 | 381 | NOTICE *of Private Plaintiffs' 2nd Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit)(Dolling, Zachary) (Entered: 04/26/2022) |
| 04/26/2022 | 382 | SUPPLEMENT *to Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 04/26/2022) |
| 04/27/2022 | 383 | MOTION for Hearing *on the State Defendants' Motions to Dismiss* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 04/27/2022) |
| 04/28/2022 | | Text Order DENYING 383 Motion for Hearing entered by Judge Xavier Rodriguez. The Court is aware of the importance of the issues raised in the State Defendants' motions to |

| | | |
|---|---|---|
| | | dismiss and is working as expeditiously as possible to resolve these motions. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/28/2022) |
| 04/29/2022 | 384 | NOTICE *of Service of Rebuttal Expert Reports* by Mi Familia Vota (Olson, Wendy) (Entered: 04/29/2022) |
| 04/29/2022 | 385 | NOTICE *of Service of Supplemental Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 295 Notice (Other) (Broughton, Kenneth) (Entered: 04/29/2022) |
| 04/29/2022 | 386 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 04/29/2022) |
| 04/29/2022 | 387 | NOTICE *Amended Initial Disclosures* by Isabel Longoria (Bingham, Tiffany) (Entered: 04/29/2022) |
| 04/29/2022 | | Text Order GRANTING 386 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jeffrey M. White is hereby withdrawn as counsel for the State Defendants in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/29/2022) |
| 04/29/2022 | 388 | NOTICE *of Service of Supplements to Expert Reports* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Dodge, Christopher) (Entered: 04/29/2022) |
| 04/29/2022 | 389 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Stewart, Michael) (Entered: 04/29/2022) |
| 05/02/2022 | 390 | ORDER GRANTING IN PART AND DENYING IN PART 334 Motion for Protective Order. The deposition of Texas Secretary of State John B. Scott is STAYED until such time as the United States completes the depositions of Keith Ingram, ChristinaAdkins, and the 30(b)(6) deposition of the Office of the Texas Secretary of State. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/02/2022) |
| 05/03/2022 | 391 | MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/03/2022) |
| 05/03/2022 | 392 | APPENDIX to 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Dodge, Christopher) (Entered: 05/03/2022) |
| 05/04/2022 | 393 | ORDER Setting Hearing on 391 MOTION to Compel Discovery Responses from Texas Lawmakers: Motion Hearing set for 5/13/2022 3:30 PM before Judge Xavier Rodriguez. Counsel for the State Legislators is hereby ORDERED to file a response to Plaintiffs motion no later than May 9, 2022. Any reply must be filed no later than May 11, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/04/2022) |
| 05/04/2022 | 394 | NOTICE *of Lupe, OCA-Greater Houston, Haul, Lulac, and Mi Familia Vota Plaintiffs' Third Supplemental Rule 26(a)(1) Initial Disclosures* by La Union Del Pueblo Entero (Attachments: # 1 Exhibit 1 to Notice of Private Plaintiffs Third Supplemental Initial Disclosures)(Broughton, Kenneth) (Entered: 05/04/2022) |
| 05/04/2022 | 395 | NOTICE *VACATION LETTER, ATTORNEY* by John Creuzot (Nicholas, Barbara) (Entered: 05/04/2022) |

| 05/04/2022 | [396](#) | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Freeman, Daniel) (Entered: 05/04/2022) |
|---|---|---|
| 05/09/2022 | [397](#) | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re [391](#) MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Attachments: # [1](#) Exhibit Email of 02.24.2022, # [2](#) Exhibit Email of 03.14.2022, # [3](#) Exhibit Deposition subpoenas, # [4](#) Exhibit Email of 03.29.2022, # [5](#) Exhibit Written discovery to LULAC Plaintiffs, # [6](#) Exhibit Letter of 04.15.2022, # [7](#) Exhibit Declaration of Senator Bryan Hughes, # [8](#) Exhibit Declaration of Senator Paul Bettencourt, # [9](#) Exhibit Declaration of Representative Andrew Murr, # [10](#) Exhibit Declaration of Representative Briscoe Cain, # [11](#) Exhibit Declaration of Jonathan White)(Sweeten, Patrick) (Entered: 05/09/2022) |
| 05/11/2022 | [398](#) | NOTICE *of Service of Corrected Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 05/11/2022) |
| 05/11/2022 | [399](#) | NOTICE of Filing Private Plaintiffs' Fifth Supplemental Rule 26(a)(1) Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Attachments: # [1](#) Exhibit 1 - PLAINTIFFS FIFTH SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES)(Yeomans, Georgina) (Entered: 05/11/2022) |
| 05/11/2022 | [400](#) | NOTICE of Filing Private Plaintiffs' Fourth Supplemental Rule 26(a)(1) Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 05/11/2022) |
| 05/11/2022 | [401](#) | NOTICE of Filing Defendant DA Rosales's Response to State Defendant's Request for Production by Yvonne Rosales (Rodriguez, Rogelio) (Entered: 05/11/2022) |
| 05/11/2022 | [402](#) | Opposed MOTION *to Intervene* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # [1](#) Proposed Answer, # [2](#) Proposed Answer, # [3](#) Proposed Answer, # [4](#) Proposed Answer, # [5](#) Proposed Answer)(Gore, John) (Entered: 05/11/2022) |
| 05/11/2022 | [403](#) | REPLY to Response to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re [391](#) MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Dodge, Christopher) (Entered: 05/11/2022) |
| 05/12/2022 | [404](#) | DEFICIENCY NOTICE: to attorney Rogelio Rodriguez Responses to requests for production do not get filed here in Federal Court. This is part of the Discovery process which goes between attorneys. re [401](#) Notice of Filing (rg) (Entered: 05/12/2022) |
| 05/12/2022 | [405](#) | Unopposed MOTION to Withdraw as Attorney *for Angelica Lien Leo* by Lisa Wise. (Attachments: # [1](#) Proposed Order)(Armon, Orion) (Entered: 05/12/2022) |
| 05/12/2022 | [406](#) | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # [1](#) Proposed Order)(Sweeten, |

| | | |
|---|---|---|
| | | Patrick) (Entered: 05/12/2022) |
| 05/12/2022 | | Text Order GRANTING 405 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Angelica Lien Leo is withdrawn as counsel of record for Defendant Lisa Wise. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/12/2022) |
| 05/13/2022 | | Text Order GRANTING 402 Renewed Motion to Intervene entered by Judge Xavier Rodriguez. The motion is GRANTED in light of the Fifth Circuits conclusion that the Republican Committees have satisfied Rule 24(a)(2)s requirements for intervention as of right. *See La Union del Pueblo Entero v. Abbott*, 29 F.4th 299 (5th Cir. 2022). The Clerk is DIRECTED to file the proposed Answers, attached as exhibits to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/13/2022) |
| 05/13/2022 | 407 | Response in Opposition to Motion, filed by United States Of America, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 1 (Supplement to Initial Disclosures), # 2 Exhibit Exhibit 2 (Garza Subpoena), # 3 Exhibit Exhibit 3 (Anchia Subpoena), # 4 Exhibit Exhibit 4 (State Defendants' First Set of RFPs and Interrogatories), # 5 Exhibit Exhibit 5 (Appendix A to US Second RFPs), # 6 Exhibit Exhibit 6 (Guillen Subpoena), # 7 Exhibit Exhibit 7 (LULAC v Abbott Scheduling Order))(Stewart, Michael) (Entered: 05/13/2022) |
| 05/13/2022 | 408 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 409 | NOTICE *of Filing Exhibits 1 - 8* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute re 408 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit 1 - May 2 2022 Email - RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosure, # 2 Exhibit 2 - US Supplement to Amended Initial Disclosures (April 1, 2022), # 3 Exhibit 3 - Emails RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosures, # 4 Exhibit 4 - Emails Re_ OCA-GH Witness Availability, # 5 Exhibit 5 - Email with attachment Plaintiffs' Fifth Supplemental Initial Disclosures, LUPE v. Texas, No. 5_21-CV-0844-XR, # 6 Exhibit 6 - Email re LUPE v. Texas 5_21-cv-844 (W.D. Tex.) - Availability of Tanesa Lee, # 7 Exhibit 7 - 2021.11.16 La Union v. Abbott Hearing Transcript, # 8 Exhibit 8 - March 23 2022 Rule 45 Subpoena L. Hidalgo)(Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 410 | |

| | | |
|---|---|---|
| | | SUPPLEMENT *Disclosures by State Defendants'* by Gregory W. Abbott. (Sweeten, Patrick) (Entered: 05/13/2022) |
| 05/13/2022 | 411 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 5/13/2022 re 391 MOTION to Compel Discovery Responses from Texas Lawmakers filed by Texas AFT, LULAC Texas, Texas Alliance for Retired Americans, Vote Latino (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcix.)(rg) (Entered: 05/16/2022) |
| 05/13/2022 | 412 | ANSWER to 199 Amended Complaint, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 1:20-CV-786, # 2 5:21-CV-848, # 3 1:21-CV-780)(rg) (Entered: 05/16/2022) |
| 05/14/2022 | | Text Order MOOTING 406 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. For the reasons stated in open court, this motion is hereby moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/14/2022) |
| 05/17/2022 | 413 | MOTION to Withdraw as Attorney by LULAC Texas. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/17/2022) |
| 05/17/2022 | | Text Order GRANTING 413 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Domingo A. Garcia for Plaintiff LULAC Texas is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/17/2022) |
| 05/17/2022 | 415 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 123 Notice of Appeal (E-Filed), filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/19/2022) |
| 05/18/2022 | 414 | Unopposed MOTION to Vacate *Deadlines* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 05/18/2022) |
| 05/18/2022 | | Text Order GRANTING 414 Motion to Vacate entered by Judge Xavier Rodriguez. No later than June 1, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/18/2022) |
| 05/19/2022 | 416 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS, John Scott for proceedings held on 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel Discovery. Court Reporter: Gigi Simcox. (Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 417 | NOTICE by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott re 397 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit)(Sweeten, Patrick) |

| | | |
|---|---|---|
| | | (Entered: 05/19/2022) |
| 05/19/2022 | <u>418</u> | NOTICE of Attorney Appearance by Roswill Mejia on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Roswill Mejia added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Roswill Mejia added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Roswill Mejia added to party Houston Area Urban League(pty:conpla), Attorney Roswill Mejia added to party The Arc of Texas(pty:conpla) (Mejia, Roswill) (Entered: 05/19/2022) |
| 05/20/2022 | <u>419</u> | TRANSCRIPT REQUEST *Hearing on Motion to Compel Discovery* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on May 13, 2022.. (Perales, Nina)***Modified TEXT on 5/24/2022 (dtg).***COURT REPORTER: GIGI SIMCOX.*** (Entered: 05/20/2022) |
| 05/20/2022 | <u>420</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Elena Rodriguez Armenta* ( Filing fee $ 100 receipt number 0542-16058928) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # <u>1</u> Proposed Order)(Hardin, John) (Entered: 05/20/2022) |
| 05/20/2022 | | Text Order GRANTING <u>420</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/20/2022) |
| 05/20/2022 | <u>421</u> | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of Caroline A. Lebel* ( Filing fee $ 100 receipt number 0542-16059592) by on behalf of Lisa Wise. (Attachments: # <u>1</u> Proposed Order)(Armon, Orion) (Entered: 05/20/2022) |
| 05/23/2022 | | Text Order GRANTING <u>421</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/23/2022) |
| 05/23/2022 | <u>422</u> | TRANSCRIPT REQUEST by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino for proceedings held on 5/13/2022. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcix. (Nkwonta, Uzoma) (Entered: 05/23/2022) |
| 05/24/2022 | <u>423</u> | Transcript filed of Proceedings held on 5-13-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/14/2022, Redacted Transcript Deadline set for 6/24/2022, Release of Transcript Restriction set for 8/22/2022, (gs) (Entered: 05/24/2022) |
| 05/24/2022 | <u>424</u> | |

| | | |
|---|---|---|
| | | ORDER DENYING 145 Motion to Dismiss Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/24/2022) |
| 05/25/2022 | 425 | ORDER GRANTING 391 Motion to Compel. The State Legislators are ORDERED to produce all documents, with the exception of DOC_0000477, as specified in Appendix A below, by June 3, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/25/2022) |
| 05/26/2022 | 426 | Appeal of Order entered by District Judge 425 by Paul Bettencourt, Bryan Hughes, Andrew Murr, Briscoe Cain.. Attorney Patrick K. Sweeten added to party Paul Bettencourt(pty:oth), Attorney Patrick K. Sweeten added to party Bryan Hughes(pty:oth), Attorney Patrick K. Sweeten added to party Andrew Murr(pty:oth), Attorney Patrick K. Sweeten added to party Briscoe Cain(pty:oth) (Sweeten, Patrick) (Entered: 05/26/2022) |
| 05/26/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 425 Order on Motion to Compel by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 05/27/2022) |
| 05/27/2022 | 427 | Unopposed MOTION to Withdraw as Attorney *Liliana Zaragoza* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Zaragoza, Liliana) (Entered: 05/27/2022) |
| 05/27/2022 | 428 | Unopposed MOTION to Stay *Pending Appeal* by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. (Sweeten, Patrick) (Entered: 05/27/2022) |
| 05/31/2022 | | Text Order GRANTING 427 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Liliana Zaragoza for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/31/2022) |
| 05/31/2022 | 429 | ORDER GRANTING 428 Motion to Stay. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/31/2022) |
| 05/31/2022 | 430 | NOTICE of Attorney Appearance by Charles E.T. Roberts on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Roberts, Charles) (Entered: 05/31/2022) |
| 06/01/2022 | 431 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/01/2022) |
| 06/01/2022 | | Text Order GRANTING 431 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. No later than June 6, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/01/2022) |
| 06/03/2022 | 432 | MOTION to Withdraw as Attorney *Christina M. Beeler* by Isabel Longoria. (Attachments: # 1 Proposed Order)(Beeler, Christina) (Entered: 06/03/2022) |
| 06/03/2022 | 433 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr for dates of 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox.. (Sweeten, Patrick) (Entered: 06/03/2022) |

| 06/06/2022 | | Text Order GRANTING 432 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christina M. Beeler for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/06/2022) |
|---|---|---|
| 06/06/2022 | 434 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/06/2022) |
| 06/07/2022 | | Text Order GRANTING 434 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties must file a proposed scheduling order no later than today, June 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/07/2022) |
| 06/07/2022 | 435 | ANSWER to 131 Amended Complaint by STATE OF TEXAS, John Scott.(Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/07/2022 | 436 | NOTICE *of Partly Agreed Proposed Amended Schedule* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott (Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/08/2022 | 437 | AMENDED SCHEDULING ORDER: Bench Trial set for 7/17/2023 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 7/6/2023 10:30 AM before Judge Xavier Rodriguez, Dispositive Motions due by 4/28/2023. Signed by Judge Xavier Rodriguez. (rg) (Entered: 06/08/2022) |
| 06/13/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50435 has been accepted by the 5th Circuit. re 426 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 06/13/2022) |
| 06/14/2022 | 438 | NOTICE *of Modified Permanent Injunction Regarding Sections 61.032, 61.033, and 64.0321 of the Texas Election Code* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit Order Modifying Permanent Injunction)(Dolling, Zachary) (Entered: 06/14/2022) |
| 06/15/2022 | 439 | Unopposed MOTION to Withdraw as Attorney *Haley Costello Essig* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Essig, Haley) (Entered: 06/15/2022) |
| 06/15/2022 | | Text Order GRANTING 439 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Haley K. Costello Essig is withdrawn as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/15/2022) |
| 06/15/2022 | 440 | NOTICE *Plaintiffs' Joint Notice related to the OCA Injunction Modification Order* by United States Of America re 438 Notice (Other), (Yun, Jennifer) (Entered: 06/15/2022) |
| 06/30/2022 | 441 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Daniela Lorenzo* ( Filing fee $ 100 receipt number 0542-16205525) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 06/30/2022) |
| 06/30/2022 | | Text Order GRANTING 441 Motion to Appear Pro Hac Vice entered by Judge Xavier |

| | | |
|---|---|---|
| | | Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/30/2022) |
| 07/07/2022 | 442 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jasmine M. Johnson* ( Filing fee $ 100 receipt number 0542-16225698) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 07/07/2022) |
| 07/07/2022 | | Text Order GRANTING 442 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/07/2022) |
| 07/11/2022 | 443 | NOTICE of Attorney Appearance by James A. Rodman on behalf of Texas AFT. Attorney James A. Rodman added to party Texas AFT(pty:conpla) (Rodman, James) (Entered: 07/11/2022) |
| 07/12/2022 | 444 | ORDER GRANTING IN PART AND DENYING IN PART 243 Motion to Dismiss. Any and all claims challenging section 7.04 of S.B. 1, as codified in section 276.018 of the Texas Election Code, are DISMISSED WITHOUT PREJUDICE. Any and all claims challenging portions of section 6.04 of S.B. 1 that the district courtenjoined in OCA Greater Hous. v. Texas, No. 1:15-CV-679-RP, 2022 WL 2019295 (W.D. Tex. June 6, 2022) are MOOT. All other claims that LULAC Texas, Voto Latino, the Texas Alliance for Retired Americans, and Texas AFT have asserted against the Texas Secretary of State and the Texas Attorney General may proceed. Signed by Judge Xavier Rodriguez. (rg) (Entered: 07/12/2022) |
| 07/14/2022 | 445 | NOTICE of Attorney Appearance by Peter Hofer on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Peter Hofer added to party League of Women Voters of Texas(pty:conpla), Attorney Peter Hofer added to party OCA-Greater Houston(pty:conpla), Attorney Peter Hofer added to party REVUP-Texas(pty:conpla), Attorney Peter Hofer added to party Workers Defense Action Fund(pty:conpla) (Hofer, Peter) (Entered: 07/14/2022) |
| 07/18/2022 | 446 | Unopposed MOTION to Withdraw as Attorney by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Davis, Lia) (Entered: 07/18/2022) |
| 07/18/2022 | | Text Order GRANTING 446 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lia Sifuentes Davis is withdrawn as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/18/2022) |
| 08/02/2022 | 447 | ORDER GRANTING IN PART AND DENYING IN PART 239 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 448 | ORDER GRANTING IN PART AND DENYING IN PART 240 Motion to Dismiss the claims that OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense Action Fund have asserted against them Signed by Judge Xavier |

| | | |
|---|---|---|
| | | Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 449 | ORDER GRANTING IN PART AND DENYING IN PART 255 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 450 | ORDER GRANTING IN PART AND DENYING IN PART 344 Motion to Dismiss all claims asserted against Kim Ogg. Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/10/2022 | 451 | Appeal of Order entered by District Judge 450 by Kim Ogg. ( Filing fee $ 505 receipt number ATXWDC-16384323) (Nichols, Eric) (Entered: 08/10/2022) |
| 08/10/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 450 Order on Motion to Dismiss by Kim Ogg. Filing fee $505.00, receipt number ATXWDC-16384323. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 08/11/2022) |
| 08/15/2022 | 452 | MOTION to Stay by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Nichols, Eric) (Entered: 08/15/2022) |
| 08/15/2022 | | Text Order DENYING 452 Motion to Stay entered by Judge Xavier Rodriguez. The Court has already addressed the merits of Defendant Kim Ogg's arguments in its order granting in part and denying part her motion to dismiss. Further, the discovery requests are relevant and responses thereto may be secured from Defendant Ogg either as a party to this case or a third party. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/15/2022) |
| 08/19/2022 | 453 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Hawley, Jonathan) (Entered: 08/19/2022) |
| 08/19/2022 | | Text Order GRANTING 453 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jonathan P. Hawley is withdrawn as counsel of record for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/19/2022) |
| 08/24/2022 | 454 | NOTICE of Filing Transcript Order Form by Kim Ogg (Nichols, Eric) (Entered: 08/24/2022) |
| 08/24/2022 | 455 | DEFICIENCY NOTICE: to attorney Eric Nichols The wrong event was used for this document. Please refile using the event "Appeal Transcript Request" even though you are not requesting a transcript the Fifth Circuit needs to receive a copy of this Transcript Order Form. re 454 Notice of Filing (rg) (Entered: 08/24/2022) |
| 08/26/2022 | 456 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order)(Disorbo, Jack) (Entered: 08/26/2022) |
| 08/26/2022 | | Text Order GRANTING 456 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mr. Jack DiSorbo is WITHDRAWN from his representation in this case. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldlc) (Entered: 08/26/2022) |
| 08/30/2022 | 457 | Appeal of Order entered by District Judge 449 by Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |

| 08/30/2022 | 458 | Appeal of Order entered by District Judge 447 by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| --- | --- | --- |
| 08/30/2022 | 459 | Appeal of Order entered by District Judge 448 by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 448 Order on Motion to Dismiss, 447 Order on Motion to Dismiss, 449 Order on Motion to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 08/30/2022) |
| 09/06/2022 | 460 | Unopposed MOTION to Withdraw as Attorney *John R. Hardin* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 09/06/2022) |
| 09/06/2022 | | Text Order GRANTING 460 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. John R. Hardin is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2022) |

No. 22-50732

# In the United States Court of Appeals
## for the Fifth Circuit

MI FAMILIA VOTA; MARLA LOPEZ; MARLON LOPEZ; PAUL RUTLEDGE,

*Plaintiff-Appellee,*

v.

KIM OGG,

*Defendant-Appellant.*

---

On Appeal from the United States District Court
for the Western District of Texas, San Antonio Division
Civil Action No. 5:21-CV-844 (lead case);
Civil Action No. 1:21-CV-780; Civil Action No. 1:21-CV-786;
Civil Action No. 5:21-CV-848; Civil Action No. 5:21-CV-920
Honorable Xavier Rodriguez, United States District Judge, presiding

---

## RECORD EXCERPTS OF APPELLANT

### TAB 2

**Docket Sheet**

**ROA.11163-11173**

---

CLOSED,CONSOLIDATED,MEMBER_CASE,ML

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CIVIL DOCKET FOR CASE #: 1:21-cv-00780-XR

| | |
|---|---|
| OCA-Greater Houston et al v. Jose A. Esparza et al | Date Filed: 09/03/2021 |
| Assigned to: Judge Xavier Rodriguez | Date Terminated: 09/30/2021 |
| Lead case: 5:21-cv-00844-XR | Jury Demand: None |
| Member case: (View Member Case) | Nature of Suit: 441 Civil Rights: Voting |
| Related Case: 1:21-cv-00786-XR | Jurisdiction: Federal Question |
| Cause: 42:1973 Voting Rights Act | |

**Plaintiff**

**OCA-Greater Houston**                 represented by   **Adriel Cepeda-Derieux**
American Civil Liberties Union Foundation
125 Broadway Street, 18th Floor
New York, NY 10004
(212) 284-7334
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan V. Cox**
Texas Civil Rights Project
2911 N. Main Ave.
San Antonio, TX 78212
210-268-6286

Email: ryan@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
Fax: (713) 942-8966
Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: umittal@jenner.com
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Texas Civil Rights Project
1412 Main Street
Suite 608
Dallas, TX 75202
972-333-9200 ext. 171
Fax: 972-957-7867
Email: hani@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
Disability Rights Texas
2222 West Braker Lane
Austin, TX 78758
512-454-4816
Fax: 512-454-3999
Email: ldavis@drtx.org
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691
Fax: 713/974-7695
Email: lromano@drtx.org
*ATTORNEY TO BE NOTICED*

**Mimi M.D. Marziani**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073 x108
Fax: 512-474-0726
Email: mimi@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288

713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**League of Women Voters of Texas**              represented by   **Adriel Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan V. Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mimi M.D. Marziani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**REVUP-Texas**                    represented by **Adriel Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan V. Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mimi M.D. Marziani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Organizing Project**                    represented by    **Adriel Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan V. Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mimi M.D. Marziani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Workers Defense Action Fund**              represented by    **Adriel Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mimi M.D. Marziani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan V. Cox**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Jose A. Esparza**                    represented by    **Patrick K. Sweeten**
*in his official capacity as Texas Secretary of*                          Texas Attorney General
*State (acting)*                                                          P.O. Box 12548
                                                                          MC 009

Austin, TX 78711
(512) 463-4139
Fax: 5124574410
Email: Patrick.Sweeten@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@jeffwhitelaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ken Paxton**                                    represented by **Patrick K. Sweeten**
*Texas Attorney General*                                    (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jeffrey Michael White**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Isabel Longoria**
*in her official capacity as Harris County*
*Elections Administrator*

**Defendant**

**Dana DeBeauvoir**
*in her official capacity as Travis County*
*Clerk*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 1 (p.11174) | COMPLAINT ( Filing fee $ 402 receipt number 0542-15189245). No Summons requested at this time, filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 (p.11174) Exhibit Exhibit A - SB1, # 2 (p.11317) Civil Cover Sheet)(Cox, Ryan) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Robert Pitman. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (dl) (Entered: 09/03/2021) |
| 09/03/2021 | | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Lane. (dl) (Entered: 09/03/2021) |
| 09/03/2021 | | |

| | | |
|---|---|---|
| | 2<br>(p.11317) | Pro Hac Vice Letters mailed to Savannah Kumar, Adriel I. Cepeda Derieux,Sophia Lin Lakin, Samantha Osaki, Susan Mizner, Jerry Vattamala, Susana Lorenzo-Giguere, Jessica Ring Amunson andUrja Mittal. (dl) (Entered: 09/03/2021) |
| 09/14/2021 | 3<br>(p.11325) | NOTICE of Filing Partially-Opposed Motion to Consolidate in Case No. 5:21-cv-844 by Jose A. Esparza, Ken Paxton (Attachments: # 1 (p.11174) Exhibit A)(Sweeten, Patrick) (Entered: 09/14/2021) |
| 09/15/2021 | 4<br>(p.11343) | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Jerry Vattamala* ( Filing fee $ 100 receipt number 0542-15225065) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 (p.11174) Proposed Order)(Cox, Ryan) (Entered: 09/15/2021) |
| 09/15/2021 | 5<br>(p.11348) | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Susana Lorenzo-Giguere* ( Filing fee $ 100 receipt number 0542-15225297) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 (p.11174) Proposed Order)(Cox, Ryan) (Entered: 09/15/2021) |
| 09/15/2021 | 6<br>(p.11353) | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Jessica Amunson* ( Filing fee $ 100 receipt number 0542-15225363) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 (p.11174) Proposed Order)(Cox, Ryan) (Entered: 09/15/2021) |
| 09/15/2021 | 7<br>(p.11358) | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Urja Mittal* ( Filing fee $ 100 receipt number 0542-15225396) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 (p.11174) Proposed Order)(Cox, Ryan) (Entered: 09/15/2021) |
| 09/15/2021 | 8<br>(p.11363) | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Robert Pitman no longer assigned to case. Signed by Judge Robert Pitman. (dm) (Entered: 09/15/2021) |
| 09/16/2021 | 9<br>(p.11365) | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Savannah Kumar* ( Filing fee $ 100 receipt number 0542-15229731) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 09/16/2021) |
| 09/16/2021 | 10<br>(p.11370) | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Adriel Cepeda-Derieux* ( Filing fee $ 100 receipt number 0542-15229732) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 09/16/2021) |
| 09/16/2021 | 11<br>(p.11375) | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Sophia Lin Lakin* ( Filing fee $ 100 receipt number 0542-15229733) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 09/16/2021) |
| 09/16/2021 | | |

| | 12 (p.11380) | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Samantha Osaki* ( Filing fee $ 100 receipt number 0542-15229734) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 09/16/2021) |
|---|---|---|
| 09/16/2021 | | Text Order GRANTING 4 (p.11343) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 5 (p.11348) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 6 (p.11353) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 7 (p.11358) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 9 (p.11365) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 10 (p.11370) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 11 (p.11375) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/16/2021) |

| 09/16/2021 | | Text Order GRANTING 12 (p.11380) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/16/2021) |
|---|---|---|
| 09/21/2021 | 13 (p.11385) | Unopposed MOTION for Extension of Time to File Answer re 1 (p.11174) Complaint, by Jose A. Esparza, Ken Paxton. (Attachments: # 1 (p.11174) Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | 14 (p.11389) | NOTICE *Regarding Pending Motion to Consolidate* by Jose A. Esparza, Ken Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | | Text Order GRANTING 13 (p.11385) Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/22/2021) |
| 09/22/2021 | 15 (p.11393) | WAIVER OF SERVICE Returned Executed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Texas Organizing Project, Workers Defense Action Fund as to Jose A. Esparza. Waiver sent on 9/15/2021, answer due 11/15/2021. (Cox, Ryan) (Entered: 09/22/2021) |
| 09/22/2021 | 16 (p.11394) | WAIVER OF SERVICE Returned Executed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Texas Organizing Project, Workers Defense Action Fund as to Ken Paxton. Waiver sent on 9/15/2021, answer due 11/15/2021. (Cox, Ryan) (Entered: 09/22/2021) |
| 09/22/2021 | 17 (p.11395) | WAIVER OF SERVICE Returned Executed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Texas Organizing Project, Workers Defense Action Fund as to Dana DeBeauvoir. Waiver sent on 9/15/2021, answer due 11/15/2021. (Cox, Ryan) (Entered: 09/22/2021) |
| 09/29/2021 | 18 (p.11396) | WAIVER OF SERVICE Returned Executed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Texas Organizing Project, Workers Defense Action Fund as to Isabel Longoria. Waiver sent on 9/15/2021, answer due 11/15/2021. (Cox, Ryan) (Entered: 09/29/2021) |
| 09/30/2021 | 19 (p.11397) | ORDER on Defendants Motion to Consolidate is GRANTED. It is ORDERED that all future filings be filed in La Unin del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.). Signed by Judge Xavier Rodriguez. (cc3) (Entered: 09/30/2021) |
| 09/30/2021 | 20 (p.11402) | ORDER CLOSING CASE Signed by Judge Xavier Rodriguez. (cc3) (Entered: 09/30/2021) |

No. 22-50732

# In the United States Court of Appeals
# for the Fifth Circuit

MI FAMILIA VOTA; MARLA LOPEZ; MARLON LOPEZ; PAUL RUTLEDGE,

Plaintiff-Appellee,

v.

KIM OGG,

Defendant-Appellant.

On Appeal from the United States District Court
for the Western District of Texas, San Antonio Division
Civil Action No. 5:21-CV-844 (lead case);
Civil Action No. 1:21-CV-780; Civil Action No. 1:21-CV-786;
Civil Action No. 5:21-CV-848; Civil Action No. 5:21-CV-920
Honorable Xavier Rodriguez, United States District Judge, presiding

**RECORD EXCERPTS OF APPELLANT**

**TAB 3**

**Docket Sheet**

**ROA.11415-11428**

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CIVIL DOCKET FOR CASE #: 1:21-cv-00786-XR

LULAC Texas et al v. Esparza et al
Assigned to: Judge Xavier Rodriguez
Lead case: 5:21-cv-00844-XR
Member case: (View Member Case)
Related Case: 1:21-cv-00780-XR
Cause: 42:1973 Voting Rights Act

**Plaintiff**

Date Filed: 09/07/2021
Date Terminated: 09/30/2021
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**LULAC Texas**

represented by **Domingo A. Garcia**
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Elias Law Group LLP
10 G Street Ne, Suite 600
Washington, DC 20002
(202) 968-4591
Fax: (202) 968-4498
Email: jposimato@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000
Fax: (214) 978-4044
Email: kyukevich@elias.law

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
10 G Street NE, Suite 600
Washington, DC 20002
(202) 968-4662
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
10 G Street NE, Suite 600
Washington, DC 20002
(202) 968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743
Email: johnhardin@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vote Latino**                                    represented by   **Jonathan Patrick Hawley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Alliance for Retired Americans**          represented by    **Jonathan Patrick Hawley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas AFT**                            represented by    **Jonathan Patrick Hawley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Jose Esparza**                         represented by    **Eric A. Hudson**
*in his official capacity as the Texas Deputy*             Terrazas, PLLC
*Secretary of State*                                       1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC

7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@jeffwhitelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leif A. Olson**
Office of the Attorney General of Texas
PO Box 12548, Capitol Station MC019
Austin, TX 78711
512-475-4031
Fax: 512-320-0667
Email: leif.olson@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Texas Attorney General
P.O. Box 12548
MC 009
Austin, TX 78711
(512) 463-4139
Fax: 5124574410
Email: Patrick.Sweeten@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Office of the Attorney General
Special Litigation Unit
PO Box 12548 (MC-009)
Austin, TX 78711-2548
512-936-2567
Fax: 512-457-4410
Email: Will.Thompson@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ken Paxton**
*in his official capacity as the Texas
Attorney General*

represented by **Eric A. Hudson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leif A. Olson**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jacquelyn Callanen**
*in her official capacity as the Bexar County Elections Administrator*

**Defendant**

**Dana DeBeauvoir**
*in her official capacity as the Travis County Clerk*

**Defendant**

**Isabel Longoria**
*in her official capacity as the Harris County Elections Administrator*

represented by **Sameer Singh Birring**
Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002
(713) 274-5142
Email: sameer.birring@harriscountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yvonne Ramon**
*in her official capacity as the Hidalgo County Elections Administrator*

**Defendant**

**Michael Scarpello**
*in his official capacity as the Dallas County Elections Administrator*

represented by **Barbara S. Nicholas**
Assistant District Attorney
Civil Division Administration Building, 5th Floor
500 Elm Street, Suite 6300
Dallas, TX 75202
(214) 653-6068
Fax: (214) 653-6134
Email: Barbara.Nicholas@dallascounty.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ben L Stool**
Criminal District Attorney's Office of Dallas
County, T
500 Elm Street
Suite 6300
Dallas, TX 75202
(214) 653-6234
Fax: (214) 653-6134
Email: ben.stool@dallascounty.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl S. Nesbitt**
WALTERS BALIDO & CRAIN L.L.P.
Meadow Park Tower
10440 North Central Expressway, Suite 1500
Dallas, TX 75231
(214) 749-4805
Fax: (214) 760-1670
Email: earl.nesbitt@wbclawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Wise**
*in her official capacity as the El Paso
County Elections Administrator*

represented by **Angelica Lien Leo**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5075
Fax: (650) 849-7400
Email: aleo@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Beatriz Mejia**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: mejiab@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Sun**
States United Democracy Center
3749 Buchanan St., No. 475165
San Francisco, CA 94147
(615) 574-9108
Fax: n/a
Email: christine@statesuniteddemocracy.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Germaine Habell**
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121
(858) 550-6000
Fax: (858) 550-6420
Email: ghabell@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**

States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2021 | 1 (p.11429) | COMPLAINT ( Filing fee $ 402 receipt number 0542-15192824). No Summons requested at this time, filed TEXAS ALLIANCE FOR RETIRED AMERICANS, VOTO LATINO, LULAC TEXAS, TEXAS AFT. (Attachments: # 1 (p.11429) Civil Cover Sheet)(Hardin, John) (Entered: 09/07/2021) |
| 09/07/2021 | | Case assigned to Judge Robert Pitman. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (dl) (Entered: 09/07/2021) |
| 09/07/2021 | | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Lane. (dl) (Entered: 09/07/2021) |
| 09/07/2021 | 2 (p.11490) | Pro Hac Vice Letters mailed to Marc E. Elias, Uzoma N. Nkwonta, Kathryn E. Yukevich, Joseph Posimato, Meghan E. Mixon and Jonathan P. Hawley. (dl) (Entered: 09/07/2021) |
| 09/07/2021 | 3 (p.11496) | RULE 7 DISCLOSURE STATEMENT filed by Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 09/07/2021) |
| 09/07/2021 | 4 (p.11500) | REQUEST FOR ISSUANCE OF SUMMONS by Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 09/07/2021) |
| 09/08/2021 | 5 (p.11516) | Summons Issued as to Jacquelyn Callanen, Dana DeBeauvoir, Jose Esparza, Isabel Longoria, Ken Paxton, Yvonne Ramon, Michael Scarpello, Lisa Wise. (dm) (Entered: 09/08/2021) |
| 09/08/2021 | 6 (p.11532) | REQUEST FOR ISSUANCE OF SUMMONS by Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 09/08/2021) |
| 09/08/2021 | 7 (p.11534) | Summons Issued as to Lisa Wise. (dm) (Entered: 09/08/2021) |
| 09/14/2021 | 8 (p.11536) | NOTICE of Filing Partially-Opposed Motion to Consolidate in Case No. 5:21-cv-844 by Jose Esparza, Ken Paxton (Attachments: # 1 (p.11429) Ex. A)(Sweeten, Patrick) (Entered: 09/14/2021) |

| | | |
|---|---|---|
| 09/15/2021 | 9 (p.11554) | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Robert Pitman no longer assigned to case. Signed by Judge Robert Pitman. (dm) (Entered: 09/15/2021) |
| 09/16/2021 | 10 (p.11556) | SUMMONS Returned Executed by Texas Alliance for Retired Americans, Vote Latino, Lulac Texas, Texas AFT. Lisa Wise served on 9/10/2021, answer due 10/1/2021. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 11 (p.11557) | SUMMONS Returned Executed by Texas Alliance for Retired Americans, Vote Latino, Lulac Texas, Texas AFT. Ken Paxton served on 9/13/2021, answer due 10/4/2021. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 12 (p.11558) | SUMMONS Returned Executed by Texas Alliance for Retired Americans, Vote Latino, Lulac Texas, Texas AFT. Jose Esparza served on 9/10/2021, answer due 10/1/2021. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 13 (p.11559) | SUMMONS Returned Executed by Texas Alliance for Retired Americans, Vote Latino, Lulac Texas, Texas AFT. Dana DeBeauvoir served on 9/10/2021, answer due 10/1/2021. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 14 (p.11560) | SUMMONS Returned Executed by Texas Alliance for Retired Americans, Vote Latino, Lulac Texas, Texas AFT. Michael Scarpello served on 9/9/2021, answer due 9/30/2021. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 15 (p.11563) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Uzoma N. Nkwonta* ( Filing fee $ 100 receipt number 0542-15233215) by on behalf of Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 16 (p.11570) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Kathryn Yukevich* ( Filing fee $ 100 receipt number 0542-15233287) by on behalf of Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 17 (p.11576) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Joseph N. Posimato* ( Filing fee $ 100 receipt number 0542-15233322) by on behalf of Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 18 (p.11581) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Meaghan Mixon* ( Filing fee $ 100 receipt number 0542-15233355) by on behalf of Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 19 (p.11586) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Jonathan Patrick Hawley* ( Filing fee $ 100 receipt number 0542-15233393) by on behalf of Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 20 (p.11592) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Marc E. Elias* ( Filing fee $ 100 receipt number 0542-15233424) by on behalf of Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 (p.11429) Supplement)(Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 15 (p.11563) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures |

| | | |
|---|---|---|
| | | for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 16 (p.11570) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 17 (p.11576) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 18 (p.11581) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 19 (p.11586) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/16/2021) |
| 09/17/2021 | | Text Order GRANTING 20 (p.11592) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/17/2021) |
| 09/20/2021 | 21 (p.11613) | NOTICE of Attorney Appearance by Orion Armon on behalf of Lisa Wise. Attorney Orion Armon added to party Lisa Wise(pty:dft) (Armon, Orion) (Entered: 09/20/2021) |
| 09/20/2021 | 22 (p.11616) | MOTION to Appear Pro Hac Vice by Orion Armon *for Angelica Leo* ( Filing fee $ 100 receipt number 0542-15244722) by on behalf of Lisa Wise. (Armon, Orion) (Entered: 09/20/2021) |
| 09/20/2021 | 23 (p.11621) | MOTION to Appear Pro Hac Vice by Orion Armon *for Kathleen Hartnett* ( Filing fee $ 100 receipt number 0542-15244814) by on behalf of Lisa Wise. (Armon, Orion) (Entered: 09/20/2021) |
| 09/20/2021 | 24 (p.11627) | MOTION to Appear Pro Hac Vice by Orion Armon *for Beatriz Mejia* ( Filing fee $ 100 receipt number 0542-15244846) by on behalf of Lisa Wise. (Armon, Orion) (Entered: 09/20/2021) |

| 09/20/2021 | 25 (p.11632) | MOTION to Appear Pro Hac Vice by Orion Armon *for Germaine Habell* ( Filing fee $ 100 receipt number 0542-15244874) by on behalf of Lisa Wise. (Armon, Orion) (Entered: 09/20/2021) |
|---|---|---|
| 09/20/2021 | 26 (p.11637) | MOTION to Appear Pro Hac Vice by Orion Armon *for Kelsey Spector* ( Filing fee $ 100 receipt number 0542-15244895) by on behalf of Lisa Wise. (Armon, Orion) (Entered: 09/20/2021) |
| 09/20/2021 | | Text Order GRANTING 22 (p.11616) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/20/2021) |
| 09/20/2021 | | Text Order GRANTING 23 (p.11621) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/20/2021) |
| 09/20/2021 | | Text Order GRANTING 24 (p.11627) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/20/2021) |
| 09/20/2021 | | Text Order GRANTING 26 (p.11637) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/20/2021) |
| 09/21/2021 | 27 (p.11642) | Unopposed MOTION for Extension of Time to File Answer re 1 (p.11429) Complaint by Jose Esparza, Ken Paxton. (Attachments: # 1 (p.11429) Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | 28 (p.11646) | NOTICE *Regarding Pending Motion to Consolidate* by Jose Esparza, Ken Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | 29 (p.11650) | NOTICE of Attorney Appearance by Ranjana Natarajan on behalf of Lisa Wise. Attorney Ranjana Natarajan added to party Lisa Wise(pty:dft) (Natarajan, Ranjana) (Entered: 09/21/2021) |
| 09/21/2021 | 30 (p.11652) | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for CHRISTINE SUN* ( Filing fee $ 100 receipt number 0542-15250416) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 09/21/2021) |
| 09/21/2021 | 31 (p.11657) | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ZACK GOLDBERG* ( Filing fee $ 100 receipt number 0542-15250423) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 09/21/2021) |
| 09/22/2021 | | |

| | 32 (p.11662) | MOTION to Appear Pro Hac Vice by Orion Armon *for Sharon Song* ( Filing fee $ 100 receipt number 0542-15250589) by on behalf of Lisa Wise. (Armon, Orion) (Entered: 09/22/2021) |
|---|---|---|
| 09/22/2021 | | Text Order GRANTING 31 (p.11657) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/22/2021) |
| 09/22/2021 | | Text Order GRANTING 32 (p.11662) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/22/2021) |
| 09/22/2021 | | Text Order GRANTING 27 (p.11642) Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/22/2021) |
| 09/22/2021 | | Reset Deadlines: Jose Esparza answer due 10/25/2021; Ken Paxton answer due 10/25/2021. (dm) (Entered: 09/22/2021) |
| 09/23/2021 | | Text Order GRANTING 30 (p.11652) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/23/2021) |
| 09/24/2021 | 33 (p.11667) | MOTION for Extension of Time to File Response/Reply as to 1 (p.11429) Complaint by Lisa Wise. (Attachments: # 1 (p.11429) Proposed Order Setting Deadline for Responsive Pleading)(Armon, Orion) (Entered: 09/24/2021) |
| 09/27/2021 | | Text Order GRANTING IN PART AND DENYING IN PART 33 (p.11667) Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline to file an answer is extended to October 25, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/27/2021) |
| 09/27/2021 | | Reset Deadlines: Lisa Wise answer due 10/25/2021. (dm) (Entered: 09/27/2021) |
| 09/28/2021 | | Text Order GRANTING 25 (p.11632) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/28/2021) |
| 09/28/2021 | 34 (p.11671) | MOTION to Appear Pro Hac Vice by Domingo A. Garcia ( Filing fee $ 100 receipt number 100040370) by LULAC Texas. (dm) (Entered: 09/28/2021) |
| 09/28/2021 | | |

| | | |
|---|---|---|
| | 35 (p.11677) | MOTION for Extension of Time to File Response/Reply as to 1 (p.11429) Complaint by Isabel Longoria. (Attachments: # 1 (p.11429) Proposed Order)(Birring, Sameer) (Entered: 09/28/2021) |
| 09/29/2021 | | Text Order GRANTING 35 (p.11677) Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Isabel Longoria, in her official capacity as the Harris County Elections Administrator to Answer or otherwise plead is extended to October 25, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/29/2021) |
| 09/29/2021 | | Text Order GRANTING 34 (p.11671) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/29/2021) |
| 09/29/2021 | 36 (p.11681) | SUMMONS Returned Executed by Texas Alliance for Retired Americans, Vote Latino, LULAC Texas, Texas AFT. Isabel Longoria served on 9/15/2021, answer due 10/6/2021. (Hardin, John) (Entered: 09/29/2021) |
| 09/29/2021 | 37 (p.11682) | Unopposed MOTION for Extension of Time to File Response/Reply *to Plaintiffs' Original Complaint* by Michael Scarpello. (Attachments: # 1 (p.11429) Proposed Order proposed order granting motion for extension of time)(Stool, Ben) (Entered: 09/29/2021) |
| 09/30/2021 | | Text Order GRANTING 37 (p.11682) Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Michael Scarpello, in his official capacity as the Dallas County Elections Administrator, to Answer or otherwise plead is extended to October 25, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/30/2021) |
| 09/30/2021 | | Reset Deadlines: Isabel Longoria answer due 10/25/2021; Michael Scarpello answer due 10/25/2021. (dm) (Entered: 09/30/2021) |
| 09/30/2021 | 38 (p.11689) | ORDERED that Defendants Motion to Consolidate these cases is GRANTED. It is ORDERED that all future filings be filed in La Unin del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.). Signed by Judge Xavier Rodriguez. (dm) (Entered: 09/30/2021) |
| 09/30/2021 | 39 (p.11694) | ORDER Closing Case. Signed by Judge Xavier Rodriguez. (dm) (Entered: 09/30/2021) |

No. 22-50732

# In the United States Court of Appeals
## for the Fifth Circuit

MI FAMILIA VOTA; MARLA LOPEZ; MARLON LOPEZ; PAUL RUTLEDGE,

Plaintiff-Appellee,

v.

KIM OGG,

Defendant-Appellant.

---

On Appeal from the United States District Court
for the Western District of Texas, San Antonio Division
Civil Action No. 5:21-CV-844 (lead case);
Civil Action No. 1:21-CV-780; Civil Action No. 1:21-CV-786;
Civil Action No. 5:21-CV-848; Civil Action No. 5:21-CV-920
Honorable Xavier Rodriguez, United States District Judge, presiding

---

## RECORD EXCERPTS OF APPELLANT

### TAB 4

**Docket Sheet**

**ROA.11710-11719**

---

CLOSED,ESC

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:21-cv-00848-XR

Houston Justice, et al v. Gregory Wayne Abbott, et al
Assigned to: Judge Xavier Rodriguez
Lead case: 5:21-cv-00844-XR
Member case: (View Member Case)
Cause: 42:1983 Civil Rights Act

Date Filed: 09/07/2021
Date Terminated: 09/30/2021
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**Houston Justice**                        represented by   **Georgina Yeomans**
                                                            NAACP Legal Defense & Educational Fund,
                                                            Inc.
                                                            700 14th Street N.W. Suite 600
                                                            Washington, DC 20005
                                                            (202) 682-1300
                                                            Fax: (202) 682-1312
                                                            Email: gyeomans@naacpldf.org
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **J. Keely Dulaney**
                                                            Reed Smith LLP
                                                            811 Main Street, Suite 1700
                                                            Houston, TX 77002
                                                            (713) 469-3888
                                                            Fax: (713) 469-3899
                                                            Email: kpippin@reedsmith.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jennifer A. Holmes**
                                                            NAACP Legal Defense & Educational Fund,
                                                            Inc.
                                                            700 14th Street N.W. Suite 600
                                                            Washington, DC 20005
                                                            (202) 682-1300
                                                            Fax: (202) 682-1312
                                                            Email: jholmes@naacpldf.org
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kathryn Sadasivan**
                                                            NAACP Legal Defense & Educational Fund,
                                                            Inc.
                                                            40 Rector Street, Fifth Floor

New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: ksadasivan@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP
811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
Reed Smith, LLP
811 Main Street, 17th Floor
Houston, TX 77002
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Delta Sigma Theta Sorority Inc.**          represented by   **Georgina Yeomans**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Keely Dulaney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Houston Area Urban League**            represented by **Georgina Yeomans**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Keely Dulaney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**The Arc of Texas**                           represented by   **Georgina Yeomans**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Keely Dulaney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Lamar Clemmons**                    represented by    **Georgina Yeomans**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Keely Dulaney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Gregory Wayne Abbott**<br>*in his official capacity as the Governor of Texas* | represented by | **Patrick K. Sweeten**<br>Texas Attorney General<br>P.O. Box 12548<br>MC 009<br>Austin, TX 78711<br>(512) 463-4139<br>Fax: 5124574410<br>Email: Patrick.Sweeten@oag.texas.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jeffrey Michael White**<br>Law Office of Jeffrey M. White, PLLC<br>7804 Yokohama Ter.<br>Austin, TX 78744<br>817-688-1301<br>Email: jeff.white@jeffwhitelaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Jose Esparza**<br>*in his official capacity as the Deputy Secretary of State of Texas* | represented by | **Patrick K. Sweeten**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jeffrey Michael White**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Warren Kenneth Paxton, Jr.**<br>*in his official capacity as the Attorney General of Texas* | represented by | **Patrick K. Sweeten**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jeffrey Michael White**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Defendant**

**Jacque Callanen**
*in her official capacity as Elections*
*Administrator of Bexar County*


**Defendant**

**Isabel Longoria**
*in her official capacity as Elections*
*Administrator of Harris County*


| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2021 | 1 (p.11720) | COMPLAINT *FOR DECLARATORY AND INJUNCTIVE RELIEF* ( Filing fee $ 402 receipt number 0542-15192627), filed by The Arc of Texas, Houston Justice, Houston Area Urban League, Delta Sigm Theta Sorority Inc., Lamar Clemmons Jeffrey. (Attachments: # 1 (p.11720) Civil Cover Sheet)(Broughton, Kenneth) (Entered: 09/07/2021) |
| 09/07/2021 | 2 (p.11809) | REQUEST FOR ISSUANCE OF SUMMONS by Delta Sigm Theta Sorority Inc., Houston Area Urban League, Houston Justice, Lamar Clemmons Jeffrey, The Arc of Texas. (Broughton, Kenneth) (Entered: 09/07/2021) |
| 09/07/2021 | 3 (p.11817) | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *Shira Wakschlag* ( Filing fee $ 100 receipt number 0542-15193168) by on behalf of Delta Sigm Theta Sorority Inc., Houston Area Urban League, Houston Justice, Lamar Clemmons Jeffrey, The Arc of Texas. (Broughton, Kenneth) (Entered: 09/07/2021) |
| 09/07/2021 | 4 (p.11822) | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *Jennifer A. Holmes* ( Filing fee $ 100 receipt number 0542-15193222) by on behalf of The Arc of Texas. (Broughton, Kenneth) (Entered: 09/07/2021) |
| 09/07/2021 | 5 (p.11826) | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *J. Keely Dulaney* ( Filing fee $ 100 receipt number 0542-15193896) by on behalf of Delta Sigm Theta Sorority Inc., Houston Area Urban League, Houston Justice, Lamar Clemmons Jeffrey, The Arc of Texas. (Broughton, Kenneth) (Entered: 09/07/2021) |
| 09/07/2021 | 6 (p.11830) | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *Georgina Yeomans* ( Filing fee $ 100 receipt number 0542-15193924) by on behalf of Delta Sigm Theta Sorority Inc., Houston Area Urban League, Houston Justice, Lamar Clemmons Jeffrey, The Arc of Texas. (Broughton, Kenneth) (Entered: 09/07/2021) |
| 09/07/2021 | 7 (p.11834) | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *Kathryn Sadasivan* ( Filing fee $ 100 receipt number 0542-15193959) by on behalf of Delta Sigm Theta Sorority Inc., Houston Area Urban League, Houston Justice, Lamar Clemmons Jeffrey, The Arc of Texas. (Broughton, Kenneth) (Entered: 09/07/2021) |
| 09/07/2021 | | Case assigned to Judge Xavier Rodriguez. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND |

| | | |
|---|---|---|
| | | THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 8 (p.11838) | Summons Issued as to Gregory Wayne Abbott, Jacque Callanen, Isabel Longoria, Warren Kenneth Paxton, Jr. (wg) (Entered: 09/08/2021) |
| 09/08/2021 | 9 (p.11846) | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Broughton, Kenneth) (Entered: 09/08/2021) |
| 09/08/2021 | 10 (p.11848) | Summons Issued as to Jose Esparza, In his Official Capacity as Texas Deputy Secretary of State of Texas. (wg) (Entered: 09/08/2021) |
| 09/09/2021 | 11 (p.11850) | NOTICE *of Errata* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # 1 (p.11720) Complaint for Declaratory and Injunctive Relief)(Broughton, Kenneth) (Entered: 09/09/2021) |
| 09/14/2021 | | Text Order GRANTING 3 (p.11817) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/14/2021) |
| 09/14/2021 | | Text Order GRANTING 4 (p.11822) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/14/2021) |
| 09/14/2021 | | Text Order GRANTING 5 (p.11826) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/14/2021) |
| 09/14/2021 | | Text Order GRANTING 6 (p.11830) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/14/2021) |
| 09/14/2021 | | Text Order GRANTING 7 (p.11834) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/14/2021) |

| 09/14/2021 | 12 (p.11941) | NOTICE of Filing Partially-Opposed Motion to Consolidate in Case No. 5:21-cv-844 by Gregory Wayne Abbott, Jose Esparza, Warren Kenneth Paxton, Jr (Attachments: # 1 (p.11720) Exhibit A)(Sweeten, Patrick) (Entered: 09/14/2021) |
|---|---|---|
| 09/21/2021 | 13 (p.11959) | Unopposed MOTION for Extension of Time to File Answer re 1 (p.11720) Complaint, by Gregory Wayne Abbott, Jose Esparza, Warren Kenneth Paxton, Jr. (Attachments: # 1 (p.11720) Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | 14 (p.11963) | Acknowledgment of Service returned by Houston Area Urban League, Delta Sigma Theta Sorority Inc., Houston Justice, The Arc of Texas, Jeffrey Lamar Clemmons. Gregory Wayne Abbott served on 9/14/2021, answer due 10/14/2021. (Broughton, Kenneth) (Entered: 09/21/2021) |
| 09/21/2021 | 15 (p.11964) | Acknowledgment of Service returned by Houston Area Urban League, Delta Sigma Theta Sorority Inc., Houston Justice, The Arc of Texas, Jeffrey Lamar Clemmons. Isabel Longoria served on 9/15/2021, answer due 10/15/2021. (Broughton, Kenneth) (Entered: 09/21/2021) |
| 09/21/2021 | 16 (p.11965) | SUMMONS Returned Executed by Houston Area Urban League, Delta Sigma Theta Sorority Inc., Houston Justice, The Arc of Texas, Jeffrey Lamar Clemmons. Jacque Callanen served on 9/14/2021, answer due 10/5/2021. (Broughton, Kenneth) (Entered: 09/21/2021) |
| 09/21/2021 | 17 (p.11967) | Acknowledgment of Service returned by Houston Area Urban League, Delta Sigma Theta Sorority Inc., Houston Justice, The Arc of Texas, Jeffrey Lamar Clemmons. Jose Esparza served on 9/14/2021, answer due 10/14/2021. (Broughton, Kenneth) (Entered: 09/21/2021) |
| 09/21/2021 | 18 (p.11968) | Acknowledgment of Service returned by Houston Area Urban League, Delta Sigma Theta Sorority Inc., Houston Justice, The Arc of Texas, Jeffrey Lamar Clemmons. Warren Kenneth Paxton, Jr served on 9/14/2021, answer due 10/14/2021. (Broughton, Kenneth) (Entered: 09/21/2021) |
| 09/21/2021 | 19 (p.11969) | NOTICE *Regarding Pending Motion to Consolidate* by Gregory Wayne Abbott, Jose Esparza, Warren Kenneth Paxton, Jr (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | | Text Order GRANTING 13 (p.11959) Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/22/2021) |
| 09/30/2021 | 20 (p.11973) | ORDER OF CONSOLIDATION, The Court hereby ORDERS that OCA-GreaterHouston v. Esparza, No. 1:21-cv-780 (W.D. Tex.); Houston Justice v. Abbott, No. 5:21-cv-848 (W.D. Tex.); LULAC Texas v. Esparza, No. 1:21-cv-786 (W.D. Tex.) and Mi Familia Vota v. Abbott, No. 5: 21-cv-920 be consolidated into La Unin del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.). It is ORDERED that all future filings be filed ONLY in La Unin del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) Signed by Judge Xavier Rodriguez. (wg) (Entered: 09/30/2021) |
| 09/30/2021 | 21 (p.11978) | ORDER ADMINISTRATIVE CLOSURE, On this date, the Court considered the status of this case. Concurrently herewith, the Court issues an order consolidating this case under La Unin del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.). That order instructs the parties to file all future filings in La Unin del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.). Given these circumstances, the |

| | | Court concludes that this case is appropriate for administrative closure re 20 (p.11973) Consolidation Order,. Signed by Judge Xavier Rodriguez. (wg) (Entered: 10/01/2021) |
|---|---|---|

22-50732.11719

No. 22-50732

𝔍𝔫 𝔱𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰
𝔣𝔬𝔯 𝔱𝔥𝔢 𝔉𝔦𝔣𝔱𝔥 ℭ𝔦𝔯𝔠𝔲𝔦𝔱

MI FAMILIA VOTA; MARLA LOPEZ; MARLON LOPEZ; PAUL RUTLEDGE,

Plaintiff-Appellee,

v.

KIM OGG,

Defendant-Appellant.

---

On Appeal from the United States District Court
for the Western District of Texas, San Antonio Division
Civil Action No. 5:21-CV-844 (lead case);
Civil Action No. 1:21-CV-780; Civil Action No. 1:21-CV-786;
Civil Action No. 5:21-CV-848; Civil Action No. 5:21-CV-920
Honorable Xavier Rodriguez, United States District Judge, presiding

---

**RECORD EXCERPTS OF APPELLANT**

**TAB 5**

---

**Docket Sheet**

**ROA.11989-11991**

---

CLOSED,CONSOLIDATED,ESC,MEMBER_CASE

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:21-cv-00920-XR

Mi Familia Vota et al v. Abbott et al
Assigned to: Judge Xavier Rodriguez
Lead case: 5:21-cv-00844-XR
Member case: (View Member Case)
Cause: 42:1983 Civil Rights Act

Date Filed: 09/27/2021
Date Terminated: 09/30/2021
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**Mi Familia Vota**                    represented by   **Clarence V. Lyons**
                                                        Lyons & Lyons, P.C.
                                                        237 W. Travis St.
                                                        Suite 100
                                                        San Antonio, TX 78205
                                                        210-225-5251
                                                        Fax: 210-225-6545
                                                        Email: sean@lyonsandlyons.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Sean Michael Lyons**
                                                        Lyons & Lyons, PC
                                                        237 W Travis St
                                                        Ste 100
                                                        San Antonio, TX 78205
                                                        2102255251
                                                        Fax: 2102256545
                                                        Email: sean@lyonsandlyons.com
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marla Lopez**                        represented by   **Clarence V. Lyons**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Sean Michael Lyons**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Lopez**                       represented by   **Clarence V. Lyons**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Rutledge**                    represented by    **Clarence V. Lyons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Greg Abbott**
*In His Official Capacity as Governor of*
*Texas*

**Defendant**

**Jose Esparza**
*In His Official Capacity as Texas Deputy*
*Secretary of State*

**Defendant**

**Warren Kenneth Paxton, Jr.**
*In His Official Capacity as Attorney*
*General of Texas*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2021 | 1 (p.11992) | COMPLAINT ( Filing fee $ 402 receipt number 0542-15269022), filed by Paul Rutledge, Mi Familia Vota, Marlon Lopez, Marla Lopez. (Attachments: # 1 (p.11992) Civil Cover Sheet)(Lyons, Sean) (Entered: 09/27/2021) |
| 09/27/2021 | 2 (p.12028) | REQUEST FOR ISSUANCE OF SUMMONS by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. *on Greg Abbott, Governor of Texas, Jose Esparza, Texas Deputy Secretary of State, Warren "Ken" Paxton, Attorney General of Texas* (Lyons, Sean) (Entered: 09/27/2021) |
| 09/27/2021 | | Case assigned to Judge Xavier Rodriguez. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (bc) (Entered: 09/28/2021) |
| 09/27/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney (bc) (Entered: 09/28/2021) |
| 09/28/2021 | | |

| | 3 (p.12033) | Summons Issued as to Greg Abbott, Jose Esparza, and Warren Kenneth Paxton, Jr. (bc) (Entered: 09/28/2021) |
|---|---|---|
| 09/28/2021 | 4 (p.12038) | Pro Hac Vice Letter-Wendy J. Olson, Laura E. Rosenbaum, Marc Rasich, and Elijah Watkins. (bc) (Entered: 09/28/2021) |
| 09/28/2021 | 5 (p.12039) | Pro Hac Vice Letter-Courtney Hostetler, John Bonifaz, Ben Clements, and Ron Fein. (bc) (Entered: 09/28/2021) |
| 09/30/2021 | 6 (p.12040) | ORDER CONSOLIDATING CASE-- 5:21-CV-0920-XR into 5:21-CV-0844-XR. It is ORDERED that all future filings be filed in La Unin del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) Unless otherwise ordered, all served Defendants shall file an answer on or before October 25, 2021. ( Proposed Scheduling Order due by 11/9/2021. Pretrial Conference set for 11/16/2021 1:30 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (bc) (Entered: 09/30/2021) |
| 09/30/2021 | 7 (p.12045) | ORDER --Accordingly, the Clerks office is DIRECTED to administratively close this case pending further order of the Court.. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 09/30/2021) |

# No. 22-50732

# In the United States Court of Appeals for the Fifth Circuit

MI FAMILIA VOTA; MARLA LOPEZ; MARLON LOPEZ; PAUL RUTLEDGE,

Plaintiff-Appellee,

v.

KIM OGG,

Defendant-Appellant.

On Appeal from the United States District Court
for the Western District of Texas, San Antonio Division
Civil Action No. 5:21-CV-844 (lead case);
Civil Action No. 1:21-CV-780; Civil Action No. 1:21-CV-786;
Civil Action No. 5:21-CV-848; Civil Action No. 5:21-CV-920
Honorable Xavier Rodriguez, United States District Judge, presiding

## RECORD EXCERPTS OF APPELLANT

## TAB 6

### Notice of Appeal

### ROA. 10809-10810

# IN THE UNITED STATE DISTICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 5:21-CV-00844-XR (Consolidated Cases) |
| GREGORY W. ABBOTT, et al., | § § § | |
| *Defendants*. | § § | |

## DEFENDANT KIM OGG'S NOTICE OF APPEAL

Notice is hereby given that Defendant Kim Ogg, in her capacity as Harris County District Attorney, appeals to the Fifth Circuit Court of Appeals this Court's order denying her the legal defense of sovereign immunity. *See* Order of Aug. 2, 2022 (Dkt. 450).

Respectfully submitted,

BUTLER SNOW LLP

By: */s/ Eric J.R. Nichols*
Eric J.R. Nichols
State Bar No. 14994900
eric.nichols@butlersnow.com
Karson K. Thompson
State Bar No. 24083966
karson.thompson@butlersnow.com
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Tel: (737) 802-1800
Fax: (737) 802-1801

**ATTORNEYS FOR DEFENDANT
KIM OGG, IN HER OFFICIAL
CAPACITY AS HARRIS COUNTY
DISTRICT ATTORNEY**

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, a true and correct copy of the foregoing document was served on all counsel of record by filing with the Court's CM/ECF system.

/s/ Eric J.R. Nichols
Eric J.R. Nichols

# No. 22-50732

# In the United States Court of Appeals
# for the Fifth Circuit

MI FAMILIA VOTA; MARLA LOPEZ; MARLON LOPEZ; PAUL RUTLEDGE,

Plaintiff-Appellee,

v.

KIM OGG,

Defendant-Appellant.

---

On Appeal from the United States District Court
for the Western District of Texas, San Antonio Division
Civil Action No. 5:21-CV-844 (lead case);
Civil Action No. 1:21-CV-780; Civil Action No. 1:21-CV-786;
Civil Action No. 5:21-CV-848; Civil Action No. 5:21-CV-920
Honorable Xavier Rodriguez, United States District Judge, presiding

---

**RECORD EXCERPTS OF APPELLANT**

**TAB 7**

---

**Order**

**ROA. 10792-10808**

---

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | 5:21-CV-0844-XR |
| | § | [Consolidated Cases] |
| GREGORY W. ABBOTT, et al., | § | |
| *Defendants.* | § | |

## **ORDER**

On this date, the Court considered Defendant Kim Ogg's motion to dismiss all claims that several private plaintiffs in this consolidated action have asserted against her (ECF No. 344). After careful consideration, the Court issues the following order.

## BACKGROUND

On September 7, 2021, Texas Governor Greg Abbott signed into law the Election Protection and Integrity Act of 2021, an omnibus election law commonly referred to as S.B. 1. *See* Election Integrity Protection Act of 2021, S.B. 1, 87th Leg., 2d Spec. Sess. (2021). Premised on the state legislature's authority to make all laws necessary to detect and punish fraud under article VI, section 4 of the Texas Constitution, S.B. 1 went into effect on December 2, 2021, and amended the Texas Election Code (the "Election Code") by altering various election practices and procedures pertaining to early voting, voting by mail, voter assistance, and more. *See generally id.*

Days before and after the Governor signed S.B. 1 into law, several private plaintiffs (together, the "Private Plaintiffs") filed suit, alleging that certain provisions of S.B. 1 violate federal statutes and the United States Constitution.[1] In light of the decision issued by the Texas

---

[1] For the purposes of judicial economy, the Court consolidated these cases under the above-captioned lead case. *See* ECF No. 31 (consolidating *OCA-Greater Houston v. Esparza*, No. 1:21-CV-780-XR (W.D. Tex. 2021); *Houston Justice v. Abbott*, No. 5:21-CV-848-XR (W.D. Tex. 2021); *LULAC Texas v. Esparza*, No. 1:21-CV-786-XR

1

Court of Criminal Appeals in *State v. Stephens*, No. PD-1032-20, 2021 WL 5917198, at \*10 (Tex. Crim. App. Dec. 15, 2021) (not released for publication), the Private Plaintiffs[2] filed amended complaints and added Harris County District Attorney Kim Ogg as a defendant in her official capacity. ECF Nos. 199, 200, 207.[3] The Private Plaintiffs challenge several S.B. 1 provisions and allege that Ogg is a proper defendant for their claims under the First, Fourteenth, and Fifteenth Amendments, §§ 2 and 208 of the Voting Rights Act of 1965 ("VRA"), Title II of the Americans with Disabilities Act ("ADA"), and § 504 of the Rehabilitation Act. *Id.*

On March 29, 2022, District Attorney Ogg filed a motion to dismiss all claims that the Private Plaintiffs have asserted against her. ECF No. 344. The Private Plaintiffs filed responses, ECF Nos. 360, 361, 377, and Ogg filed replies, ECF Nos. 378, 380.

## DISCUSSION

### I.    Legal Standards

District Attorney Ogg moves to dismiss the Private Plaintiffs' claims on three grounds. First, Ogg contends that state sovereign immunity bars the Private Plaintiffs from suing her. Second, Ogg claims that the Private Plaintiffs lack standing to bring their suits. Finally, Ogg argues that the Private Plaintiffs have failed to state a claim upon which relief may be granted.

---

(W.D. Tex. 2021); and *Mi Familia Vota v. Abbott*, No. 5:21-CV-920-XR (W.D. Tex. 2021) under *La Unión del Pueblo Entero v. Abbott*, No. 5:21-CV-844-XR (W.D. Tex. 2021)); *see also* Order, *United States v. Texas*, No. 5:21-CV-1085-XR (W.D. Tex. Nov. 4, 2021), ECF No. 13.

[2] To be clear, only the following private plaintiffs added Ogg as a defendant to their complaints: LULAC Texas, Voto Latino, the Texas Alliance for Retired Americans, Texas AFT, Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla López, Marlon López, Paul Rutledge, Jeffrey Lamar Clemmons, OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense Action Fund.

[3] When citing to the parties' filings, the Court refers to paragraph numbers and ECF pagination.

## A.  Subject matter jurisdiction

Subject matter jurisdiction is a federal court's statutory or constitutional power to adjudicate a case.[4] *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 89 (1998). The Eleventh Amendment and the doctrine of sovereign immunity limit a federal court's jurisdiction. *Vogt v. Bd. of Comm'rs of Orleans Levee Dist.*, 294 F.3d 684, 688 (5th Cir. 2002). "Sovereign immunity is the privilege of the sovereign not to be sued without its consent." *Va. Off. for Prot. & Advoc. v. Stewart*, 563 U.S. 247, 253 (2011). The doctrine of sovereign immunity "also prohibits suits against state officials or agencies that are effectively suits against a state." *City of Austin v. Paxton*, 943 F.3d 993, 997 (5th Cir. 2019). State sovereign immunity, however, "is not limitless[.]" *Williams on Behalf of J.E. v. Reeves*, 954 F.3d 729, 735 (5th Cir. 2020). "A State may waive its sovereign immunity . . . and in some circumstances Congress may abrogate it by appropriate legislation." *Stewart*, 563 U.S. at 253–54 (citation omitted). Additionally, under *Ex parte Young*, 209 U.S. 123 (1908), "a litigant may sue a state official in his official capacity if the suit seeks prospective relief to redress an ongoing violation of federal law." *Reeves*, 954 F.3d at 736.

Article III of the United States Constitution also limits a federal court's constitutional power to adjudicate a case. It "gives federal courts the power to adjudicate only genuine 'Cases' and 'Controversies.'" *California v. Texas*, 141 S. Ct. 2104, 2113 (2021) (quoting U.S. CONST. art. III, § 2). The "case-or-controversy requirement is satisfied only where a plaintiff has standing." *Sprint Commc'ns Co., L.P. v. APCC Servs., Inc.*, 554 U.S. 269, 273 (2008). Standing, therefore, "is a component of subject matter jurisdiction." *HSBC Bank USA, N.A. as Tr. for Merrill Lynch Mortg. Loan v. Crum*, 907 F.3d 199, 202 (5th Cir. 2018). It provides definition to the constitutional

---

[4] Congress, by statute, has proclaimed that the "district courts shall have original jurisdiction of all civil actions arising under the . . . laws . . . of the United States." 28 U.S.C. § 1331. The Private Plaintiffs assert claims against Ogg under federal law. The Court, therefore, is statutorily authorized to adjudicate this case.

22-50732.10794

limits of subject matter jurisdiction, *Crane v. Johnson*, 783 F.3d 244, 251 (5th Cir. 2015), by identifying "those disputes which are appropriately resolved through the judicial process," *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560 (1992) (quotation marks and citation omitted).

A federal court must consider a motion to dismiss for lack of subject matter jurisdiction "before other challenges 'since the court must find jurisdiction before determining the validity of the claim.'" *Moran v. Kingdom of Saudi Arabia*, 27 F.3d 169, 172 (5th Cir. 1994) (quoting *Gould, Inc. v. Pechiney Ugine Kuhlmann*, 853 F.2d 445, 450 (6th Cir. 1988)). The federal court may dismiss an action for lack of subject matter jurisdiction "on any one of three separate bases: (1) the complaint alone; (2) the complaint supplemented by undisputed facts evidenced in the record; or (3) the complaint supplemented by undisputed facts plus the court's resolution of disputed facts." *Williamson v. Tucker*, 645 F.2d 404, 413 (5th Cir. 1981). At the pleading stage, "the plaintiffs' burden is to allege a plausible set of facts establishing jurisdiction." *Physician Hosps. of Am. v. Sebelius*, 691 F.3d 649, 652 (5th Cir. 2012).

### B. Failure to state a claim

Federal Rule of Civil Procedure 12(b)(6) allows a party to move for the dismissal of claims for failure to state a claim upon which relief may be granted. To survive a motion to dismiss under Rule 12(b)(6), "a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.*

In considering a motion to dismiss under Rule 12(b)(6), all factual allegations from the complaint must be taken as true and must be construed in the light most favorable to the nonmoving

4

party. *Fernandez-Montes v. Allied Pilots Ass'n.*, 987 F.2d 278, 284 (5th Cir. 1993). The complaint must contain "more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do[.]" *Twombly*, 550 U.S. at 555.

## II.    Analysis

The Court addresses each of District Attorney Ogg's three grounds for dismissal, beginning, as it must, with her jurisdictional contentions.

### A.  State sovereign immunity does not bar the Private Plaintiffs' claims.

District Attorney Ogg first claims that state sovereign immunity bars the Private Plaintiffs' claims against her. ECF No. 344 at 6–16. In particular, she emphasizes that the Private Plaintiffs cannot satisfy the *Ex parte Young* exception to state sovereign immunity. *Id.*

> **1. The *Ex parte Young* exception to state sovereign immunity permits the Private Plaintiffs to sue District Attorney Ogg for the S.B. 1 provisions that create and implicate criminal offenses under the Election Code.**

State sovereign immunity under the Eleventh Amendment generally precludes suits against state officials in their official capacities. *City of Austin*, 943 F.3d at 997. The *Ex parte Young* exception to state sovereign immunity, however, allows private parties to bring "suits for injunctive or declaratory relief against individual state officials acting in violation of federal law." *Raj v. La. State Univ.*, 714 F.3d 322, 328 (5th Cir. 2013). The Supreme Court has counseled that, "[i]n determining whether the *Ex parte Young* doctrine avoids an Eleventh Amendment bar to suit, a court need only conduct a 'straightforward inquiry' into whether [the] complaint alleges an ongoing violation of federal law and seeks relief properly characterized as prospective.'" *Verizon Md., Inc. v. Pub. Serv. Comm'n of Md.*, 535 U.S. 635, 645 (2002) (alterations on original) (quoting *Idaho v. Coeur d'Alene Tribe of Idaho*, 521 U.S. 261, 296 (1997) (O'Connor, J., joined by Scalia and Thomas, JJ., concurring in part and concurring in judgment)). The Supreme Court has also

made clear that, for the *Ex parte Young* exception to apply, the state official, by virtue of his office, must have "some connection with the enforcement" of the challenged law. *Young*, 209 U.S. at 157.

Despite the straightforward inquiry that the Supreme Court envisioned, the Fifth Circuit has acknowledged that its own decisions "are not a model of clarity on what 'constitutes a sufficient connection to enforcement.'" *Tex. Democratic Party v. Abbott* (*Tex. Democratic Party I*), 961 F.3d 389, 400 n.21 (5th Cir. 2020) (quoting *City of Austin*, 943 F.3d at 999). Nevertheless, the Fifth Circuit has articulated some general rules. For instance, the Fifth Circuit has stated that "it is not enough that the official have a '*general* duty to see that the laws of the state are implemented.'" *Id.* at 400–01 (emphasis in original) (quoting *Morris v. Livingston*, 739 F.3d 740, 746 (5th Cir. 2014)). The Fifth Circuit has also determined that,"[i]f the official sued is not statutorily tasked with enforcing the challenged law, then the requisite connection is absent and our *Young* analysis ends." *Id.* at 401 (quotation marks and citation omitted). "Moreover," according to the Fifth Circuit, "a mere connection to a law's enforcement is not sufficient—the state officials must have taken some step to enforce." *Id.*

The Fifth Circuit has further explained that plaintiffs must at least "show the defendant has 'the particular duty to enforce the statute in question and a demonstrated willingness to exercise that duty.'" *Tex. Democratic Party v. Abbott* (*Tex. Democratic Party II*), 978 F.3d 168, 179 (5th Cir. 2020) (quoting *Morris*, 739 F.3d at 746). Put differently, the state "official must be 'statutorily tasked with enforcing the challenged law[,]'" *id.* (quoting *In re Abbott*, 956 F.3d 696, 709 (5th Cir. 2020), *cert. granted, judgment vacated sub nom. Planned Parenthood Ctr. for Choice v. Abbott*, 141 S. Ct. 161 (2021)), though whether the particular duty to enforce the statute in question "arises out of the general law, or is specially created by the [statute] itself, is not material so long as it exists[,]" *Young*, 209 U.S. at 157. "Enforcement typically means 'compulsion or constraint.'" *Tex.*

6

*Democratic Party II*, 978 F.3d at 179 (quoting *K.P. v. LeBlanc*, 627 F.3d 115, 124 (5th Cir. 2010)). "A 'scintilla of "enforcement" by the relevant state official with respect to the challenged law' will do." *Id.* (quoting *City of Austin*, 943 F.3d at 1002). In short, "if an 'official *can* act, and there's a significant possibility that he or she *will* . . . , the official has engaged in enough compulsion or constraint to apply the *Young* exception.'" *Tex. Democratic Party I*, 961 F.3d at 401 (emphasis in original) (quoting *City of Austin*, 943 F.3d at 1002).

Here, the Private Plaintiffs name District Attorney Ogg as a defendant for their claims challenging several S.B. 1 provisions. ECF No. 199 ¶¶ 250–300; ECF No. 200 ¶¶ 214–39; ECF No. 207 ¶¶ 54–60. A state official is most clearly tasked with enforcing a statute when the state official is "specially charged with the duty to enforce the statute[.]" *Young*, 209 U.S. at 158. However, for the *Ex parte Young* exception to apply, "[t]he text of the challenged law need not actually state the official's duty to enforce it[.]" *City of Austin*, 943 F.3d at 997–98. It is enough that the state official's duty "arises out of the general law[.]" *Young*, 209 U.S. at 157.

In *Stephens*, the Texas Court of Criminal Appeals concluded that the Election Code's delegation of prosecutorial authority to the Texas Attorney General under section 273.021 violated the separation-of-powers clause of the Texas Constitution. 2021 WL 5917198, at *9. Thus, only local district attorneys have independent authority to prosecute criminal offenses under the Election Code. Even before *Stephens*, however, the Election Code explicitly contemplated that county and district attorneys would prosecute criminal offenses. For example, the Election Code provides that the attorney general "may direct the county or district attorney . . . to prosecute an offense that the attorney general is authorized to prosecute under Section 273.021 or to assist the attorney general in the prosecution." TEX. ELEC. CODE § 273.021.

7

The Private Plaintiffs also allege that Ogg can and will enforce the S.B. 1 provisions that create criminal offenses. ECF No. 199 ¶¶ 77, 81; ECF No. 200 ¶¶ 48, 181, 225, 239; ECF No. 207 ¶ 33. Indeed, Ogg concedes that she "indisputably has the statutory authority within the boundaries of Harris County to prosecute cases under any and all Texas statutes that set out criminal offenses, including criminal offense provisions of the Election Code." ECF No. 344 at 9.

Together, the language of the Election Code and *Stephens* confirm that county and district attorneys have authority to compel or constrain a person's ability to violate the S.B. 1 provisions that create and implicate criminal offenses. *See Tex. Democratic Party I*, 961 F.3d at 401. This is sufficient to establish that county and district attorneys, by virtue of their office, have "some connection" with enforcement of the challenged, offense-creating S.B. 1 provisions beyond a "general duty to see that the laws of the state are implemented." *Morris*, 739 F.3d at 746; *see also Nat'l Press Photographers Ass'n v. McCraw*, 504 F. Supp. 3d 568, 583 (W.D. Tex. 2020) ("Because [p]laintiffs have pled that [the district attorney] is responsible for representing the state in criminal matters, including prosecuting violations of the [challenged] provisions, plaintiffs have met their burden of demonstrating a scintilla of enforcement to fall within the *Ex parte Young* exception."). However, there is no indication that Ogg has a sufficient enforcement connection to any challenged S.B. 1 provision that does not create or implicate a criminal offense.

District Attorney Ogg's arguments to the contrary focus almost exclusively on the purported lack of actual or threatened enforcement of the challenged provisions. In so arguing, Ogg conflates the jurisdictional question with the merits question. Ogg has not affirmatively represented that she *never* intends to enforce the challenged provisions or that she intends to comply with any future court order enjoining such enforcement. Indeed, as district attorney, Ogg "has all the powers, duties, and privileges in Harris County relating to criminal matters for and in

behalf of the state that are conferred on district attorneys in the various counties and districts." TEX. GOV'T CODE § 43.180(c).

In the "absence of compelling contrary evidence," the Court will "assume a credible threat of prosecution" where, as here, the challenged provisions have caused the Private Plaintiffs to divert resources to address the credible, potential enforcement of these provisions. *See Speech First, Inc. v. Fenves*, 979 F.3d 319, 335 (5th Cir. 2020). Put differently, should the Court determine that any of the challenged provisions are unconstitutional, the appropriate relief for the Private Plaintiffs would be to issue an order permanently enjoining District Attorney Ogg from enforcing the provisions. Thus, to conclude that the Private Plaintiffs lacks standing to challenge the provisions that create or implicate criminal offenses based on the purported absence of any enforcement of these laws *for now*, would improperly and permanently deprive the Private Plaintiffs of much-needed relief *later*. In other words, that Ogg "was willing to offer to stipulate to non-enforcement" does *not* help prove the point.[5] ECF No. 344 at 14.

Accordingly, the Court concludes that the Private Plaintiffs have met their burden of alleging a plausible set of facts establishing that District Attorney Ogg has a sufficient enforcement connection to sections 4.06, 4.09, 6.04, 6.05, 6.06, 7.02, and 7.04[6]—all of which create or implicate one or more criminal offenses under the Election Code.[7]

---

[5] The Court said substantially the same in *Longoria v. Paxton*, --- F. Supp. 3d ----, No. SA:21-CV-1223-XR, 2022 WL 447573, at *11–12 (W.D. Tex. Feb. 11, 2022). The Fifth Circuit's opinion on appeal did not hold otherwise. *See Longoria v. Paxton*, No. 22-50110, 2022 WL 2208519 (5th Cir. 2022).

[6] The Court's finding extends to sections 276.015, 276.016, 276.017, and 276.018 of the Election Code, all of which contemplate criminal offenses. Section 276.019, on its face, does not appear to create a criminal offense.

[7] Because the Court concludes that the Private Plaintiffs have standing to sue District Attorney Ogg for the S.B. 1 provisions that create or implicate criminal offenses only, *see infra*, the Court does not consider whether an alternative exception to state sovereign immunity permits the Private Plaintiffs to sue Ogg for the S.B. 1 provisions that do not create or implicate criminal offenses.

9

**B. The Private Plaintiffs have sufficiently shown that they have standing.**

It is well settled that a plaintiff invoking a federal court's jurisdiction must establish standing by satisfying three irreducible requirements. *Lujan*, 504 U.S. at 560. "The plaintiff must have (1) suffered an injury in fact, (2) that is fairly traceable to the challenged conduct of the defendant[s], and (3) that is likely to be redressed by a favorable judicial decision." *Spokeo, Inc. v. Robins*, 578 U.S. 330, 338 (2016). Juridical entities may satisfy these requirements under an associational or organizational theory of standing. *OCA-Greater Hous.*, 867 F.3d at 610. At the pleading stage, "the plaintiffs' burden is to allege a plausible set of facts establishing jurisdiction." *Physician*, 691 F.3d at 652. Where, as here, the plaintiffs challenge several provisions in a statute, they must plead "all the elements of standing for each provision they seek to challenge." *In re Gee*, 941 F.3d 153, 162 n.4 (5th Cir. 2019). Further, where, as here, multiple plaintiffs seek injunctive relief, only one needs to establish standing for each claim asserted. *Rumsfeld v. Forum for Acad. & Institutional Rights, Inc.*, 547 U.S. 47, 52 n.2 (2006).

Here, Houston Area Urban League ("HAUL"), Delta Sigma Theta Sorority, Inc. ("DST"), The Arc of Texas, Mi Familia Vota ("MFV"), OCA-Greater Houston ("OCA-GH"), and LULAC Texas ("LULAC") each assert claims against District Attorney Ogg. Therefore, the Private Plaintiffs need only allege a plausible set of facts establishing that each of them, as organizations, has standing to assert these claims against Ogg.

The Private Plaintiffs have sufficiently shown that they each have organizational standing to assert each claim and challenge sections 4.06, 4.09, 6.04, 6.05, 6.06, 7.02, and 7.04. Organizational standing exists if the entity itself "meets the same standing test that applies to individuals." *Ass'n of Cmty. Orgs. for Reform Now v. Fowler*, 178 F.3d 350, 356 (5th Cir. 1999).

22-50732.10801

### 1. Injury in fact

Under an organizational theory of standing, an organization may establish an injury in fact by alleging "a drain on its resources resulting from counteracting the effects of the defendant's actions." *La. ACORN Fair Hous. v. LeBlanc*, 211 F.3d 298, 305 (5th Cir. 2000). That is precisely what the Private Plaintiffs have alleged in this case.

"HAUL is nonpartisan, nonprofit corporation with its principal office in Houston, Texas." ECF No. 199 ¶ 38. It is affiliated with the National Urban League, which "is the nation's oldest and largest community-based movement devoted to empowering African Americans to enter the economic and social mainstream." *Id.* "HAUL advocates for and provides social services to disadvantaged people of all races, gender, age groups and . . . disabilities." *Id.* In particular, "HAUL works to achieve economic and social justice for its constituents by providing community voter/political participation education and supporting and offering third[-]party voter registration, including through its two auxiliary, age-specific, volunteer groups." *Id.*

HAUL's work includes providing social services to disadvantaged individuals in Texas. *Id.* ¶ 41. But, in light of the S.B. 1 provisions that it challenges, "HAUL will be forced to divert time and resources from the other critical social services it provides to disadvantaged persons . . . to ensuring their clients . . . are able to vote in upcoming elections without being subjected to civil and criminal offenses and penalties." *Id.* Because of the challenged S.B. 1 provisions, HAUL will need "to retrain and educate their large constituencies on the new voting restrictions, procedures, and violations[.]" *Id.* In addition, "HAUL will have to increase its Get Out The Vote ('GOTV') work to respond to the lack of means and methods to vote" allegedly caused by each of the S.B. 1 provisions that it challenges. *Id.*

22-50732.10802

DST "is a national, nonpartisan, not-for-profit membership service organization, comprised predominately of Black women[.]" *Id.* ¶ 42. "The organization has 75 chapters that include alumnae and college chapters and approximately 20,445 members in Texas, most of whom are registered voters in Texas." *Id.* ¶ 44. DST's "top social action priorities" include voter registration and voter education programs. *Id.* ¶ 43. In particular, DST has dedicated extensive resources "to provide public education and training about the importance of the decennial Census and its impact on redistricting, the allocation of funding, and policy-making." *Id.*

But, because of the challenged S.B. 1 provisions, DST, "both nationally and particularly their chapters in Harris, Bexar, Travis and Dallas counties," will need "to divert time, money, and resources from other activities, such as their voter registration and voter education efforts[.]" *Id.* ¶ 48. This also includes their work "related to the post-Census redistricting cycle[.]" *Id.* DST will also need to train their Texan members on "providing public education regarding the changes in voting law and procedure[.]" *Id.*

MFV "is a national, non-profit civic engagement organization that unites Latino, immigrant, and allied communities to promote social and economic justice." *Id.* ¶ 62. The organization "operates in six states, including Texas." *Id.* Given each of the S.B. 1 provisions that they challenge, MFV "must divert personnel, time, and resources away from its routine community activities[.]" *Id.* ¶ 64. Specifically, MFV must now reallocate its resources to:

> (1) increase voter awareness, education, and support to comply with the expansive new rules of SB 1; (2) increase voter awareness and education about new voting restrictions that may result in rejected mail-in ballot applications or rejected ballots completed by lawfully registered voters; (3) increase awareness and education about the elimination of voting methods used in 2020 that will no longer be available to voters, including 24-hour voting and drive-through voting; (4) increase awareness and education about new restrictions on people who provide transportation and other physical and language assistance at the polls to ensure that the elderly, disabled,

22-50732.10803

> or non-English-speaking voters who [MFV] supports are able to
> vote in compliance with SB 1; (5) increase awareness and education
> about the new requirements to apply for mail-in ballots; . . . and (7)
> increase awareness and education of voters and poll workers about
> the expanded rights of poll watchers and the potential for
> intimidation of voters and poll workers under the new law.

*Id.*

MFV "will also have to expend resources to help lawfully registered voters monitor voter

rolls . . . and assist with the costly and complicated system of reestablishing lawful registration

status." *Id.* Further, MFV will need "to support voters who, under burdensome time constraints,

must cure mail-in ballots for alleged deficiencies—if election officials choose to provide notice."

*Id.* Such a response will require MFV "to spend finite resources on these activities so long as the

challenged provisions of SB 1 are in effect." *Id.* ¶ 65.

"The Arc of Texas has promoted, protected, and advocated for the human rights and self-

determination of Texans with intellectual and developmental disabilities ('IDD') since its founding

in 1953." *Id.* ¶ 49. It "is a statewide advocacy and membership organization—with 6,000

individual members and 27 local member chapters throughout the state—that supports and

advocates for these rights on behalf of the IDD community." *Id.* Specifically, "The Arc of Texas

works with and alongside individuals with IDD and their families to identify barriers and solutions

to inclusive education, competitive integrated employment, quality community-based services and

support[], and access to civil rights and justice." *Id.* The organization "has been instrumental in

the creation of virtually every program, service, right, and benefit that is now available to more

than half a million Texans with IDD." *Id.* ¶ 50. It "continues to advocate for including people with

intellectual and developmental disabilities in all aspects of society." *Id.*

"Voting rights has always been a central priority in [the] advocacy work of The Arc of

Texas." *Id.* ¶ 51. Indeed, "voting rights are intertwined with all of the organization's advocacy

22-50732.10804

efforts." *Id.* Each of the S.B. 1 provisions that The Arc of Texas challenges "makes it substantially more difficult for The Arc of Texas to carry out its civic engagement mission." *Id.* ¶ 57. In light of these challenged provisions, "The Arc of Texas will have to expend more time, money, and resources on its efforts to educate and assist voters[,]" and will need "to divert resources form its other core activities[.]" *Id.* The Arc of Texas, therefore, "is limited, and will continue to be limited, in the resources that it can devote to its other core organizational goals." *Id.*

OCA-GH "is a national membership-driven civil rights organization of community advocates dedicated to advancing the social, political, and economic well-being of Americans of Asian and Pacific Island descent ('AAPIs')." ECF No. 200 ¶ 14. It is one of the many chapters and college affiliates across the country, whose mission is: "(1) to advocate for social justice, equal opportunity, and fair treatment; (2) to promote civic participation, education, and leadership; (3) to advance coalitions and community building; and (4) to foster cultural heritage." *Id.* The organization's usual activities include fundraising and programming, with the express goal of empowering the AAPI community. *Id.* ¶ 15. It fulfills its mission through leadership training, education workshops, arts and cultural events, advocacy campaigns, voting rights initiatives, legal clinics, internships, scholarships, mentorship, and civic engagement. *Id.*

Each of the challenged S.B. 1 provisions in this case, however, will harm OCA-GH. *Id.* ¶ 17. OCA-GH contends that the challenged provisions will "frustrate [its] mission of promoting civic participation among the AAPI community, including expanding voter registration and increasing voter turnout among AAPI voters, [by] forcing OCA-GH to expend its resources counteracting SB 1's various unlawful effects." *Id.* Because of the challenged provisions, OCA-GH must divert resources away from its usual activities "and instead direct resources toward educating and helping volunteers and voters navigate those provisions' new burdensome

restrictions on mail-in voting and assistance for non-English speakers, and the criminal and civil penalties associated with those provisions." *Id.* As a result, "OCA-GH will spend less time and money on its normal programming efforts . . . and will reach fewer voters overall." *Id.* But for the challenged provisions, "OCA-GH would not have to conduct this type of public education[.]" *Id.*

Finally, LULAC engages in voter registration and education efforts, as well as other programs and activities that it has designed to increase voter turnout among its members and the community. ECF No. 207 ¶ 20. These efforts, programs, and activities are critical to LULAC's mission. *Id.* LULAC also dedicates its resources to programming that is unrelated to voting, including immigration and racial justice issues. *Id.* Its resources also support the organization's recruitment and expansion. *Id.* The challenged S.B. 1 provisions, however, raise "new barriers to voting that impose significant burdens on LULAC's members and constituents; as a result, LULAC must divert resources from other programs and activities to address the adverse impacts [of] S.B. 1 and to assist its members and constituents in surmounting new barriers to registration and voting." *Id.* But for the challenged S.B. 1 provisions, LULAC would invest its resources in other activities. *Id.*

District Attorney Ogg's assertions that the Private Plaintiffs lack standing echo the contentions that she raised in asserting that she is entitled to state sovereign immunity. ECF No. 344 at 16–18. For the reasons discussed in the Court's *Ex parte Young* analysis, those arguments are unavailing.

Accordingly, the Private Plaintiffs have adequately alleged that HAUL, DST, MFV, The Arc of Texas, OCA-GH, and LULAC have suffered a cognizable organizational injury based on a diversion-of-resources theory to assert each claim challenging sections 4.06, 4.09, 6.04, 6.05, 6.06, 7.02, and 7.04.

22-50732.10806

### 2.  Causation and redressability

Whether the Private Plaintiffs' cognizable organizational injuries are fairly traceable to and redressable by District Attorney Ogg is a straightforward inquiry. Ogg has authority to prosecute criminal violations of the Election Code. An injunction prohibiting Ogg from enforcing the challenged S.B. 1 provisions that create criminal offenses will, at least partly, redress the injuries that LUPE has suffered. *See Uzuegbunam v. Preczewski*, 141 S. Ct. 792, 801 (2021) ("[T]he ability to effectuate a partial remedy satisfies the redressability requirement." (quotation marks and citation omitted)).

However, it is not apparent that any injuries arising from challenged S.B. 1 provisions that do *not* create or implicate criminal offenses are fairly traceable to and redressable by Ogg.

Thus, the Private Plaintiffs have alleged sufficient facts plausibly establishing that they have standing to sue District Attorney Ogg under each of their claims challenging each of the S.B. 1 provisions that create criminal offenses only.

### C.  The Private Plaintiffs have stated claims upon which relief may be granted.

Finally, the Private Plaintiffs have stated claims upon which relief may be granted with respect to the challenged S.B. 1 provisions that create or implicate criminal offenses. Once again, District Attorney Ogg's assertions otherwise echo the contentions that she raised in asserting that she is entitled to state sovereign immunity. ECF No. 344 at 19–20. For the reasons discussed in the Court's *Ex parte Young* analysis, those arguments are unavailing.

### CONCLUSION

For the foregoing reasons, Defendant Kim Ogg's motion to dismiss all claims that the Private Plaintiffs in this consolidated action have asserted against her (ECF No. 344) is hereby **GRANTED IN PART** and **DENIED IN PART** as follows:

22-50732.10807

Any and all claims that the Private Plaintiffs have asserted challenging sections 4.06, 4.09, 6.04, 6.05, 6.06, 7.02, and 7.04 of S.B. 1 against Defendant Kim Ogg may proceed.

Any and all other claims that the Private Plaintiffs have asserted against Defendant Kim Ogg that do not challenge criminal offenses under the Election Code are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this August 2, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

17

No. 22-50732

# In the United States Court of Appeals for the Fifth Circuit

MI FAMILIA VOTA; MARLA LOPEZ; MARLON LOPEZ; PAUL RUTLEDGE,

Plaintiff-Appellee,

v.

KIM OGG,

Defendant-Appellant.

---

On Appeal from the United States District Court
for the Western District of Texas, San Antonio Division
Civil Action No. 5:21-CV-844 (lead case);
Civil Action No. 1:21-CV-780; Civil Action No. 1:21-CV-786;
Civil Action No. 5:21-CV-848; Civil Action No. 5:21-CV-920
Honorable Xavier Rodriguez, United States District Judge, presiding

---

**RECORD EXCERPTS OF APPELLANT**

**TAB 8**

---

**Proposed Stipulation**

**ROA. 8719-8721**

---

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OCA-GREATER HOUSTON, et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | CIVIL ACTION NO. 1:21-CV-00780-XR |
| v. | § | |
| | § | (Consolidated Case No. 5:21-CV- |
| TEXAS SECRETARY OF STATE | § | 00844-XR) |
| JOHN SCOTT, in his official capacity, | § | |
|  et al., | § | |
| | § | |
| *Defendants*. | § | |

## AGREED STIPULATION

Plaintiffs and Defendant Kim Ogg, in her capacity as District Attorney for Harris County ("Ogg"), stipulate as follows:

1. Plaintiffs stipulate and agree not to seek attorneys' fees, penalties, damages, expert fees, court costs, or other costs or expenses of any kind from Ogg as well as her employees, agents, attorneys, and successors.

2. Ogg stipulates and agrees not to enforce Sections 33.051(g), 33.061, 86.006(f), 86.010(f), 276.004(a), 276.015(b)-(d), 276.016(a), 276.017(a), and 276.018(a) of the Texas Election Code challenged in the above-styled and numbered cause until such time as a final, non-appealable decision has been issued in this matter.

3. Ogg agrees not to participate in litigating the above-styled and numbered cause unless required to do so, and this stipulation shall be void if the Court orders Ogg to answer the operative complaint or respond to any motions seeking relief from or against Ogg. Further, by entering into this stipulation, Ogg is conserving prosecutorial resources until such time as challenges to the constitutionality of Texas Election Code Sections 33.051(g), 33.061,

63565243.v1

86.006(f), 86.010(f), 276.004(a), 276.015(b)-(d), 276.016(a), 276.017(a), and 276.018(a) are resolved.

4. Plaintiffs and Ogg agree that Ogg shall not file an answer, unless ordered to do so by the Court, and that no default judgment shall be taken against her.

5. These stipulations are made without prejudice to any claim or defense that Plaintiff or Ogg may assert subsequent to this litigation.

6. For avoidance of doubt, nothing in this stipulation precludes Plaintiffs from seeking injunctive relief that would bind Ogg with respect to relief sought in the case, and nothing in the stipulation precludes Ogg from taking any position with respect to such relief sought should Ogg later participate in the litigation as provided in paragraph (3).

Respectfully submitted,

**BUTLER SNOW LLP**

By: */s/ Eric J.R. Nichols*
    Eric J.R. Nichols
    State Bar No. 14994900
    eric.nichols@butlersnow.com
    Karson Thompson
    State Bar No. 24083966
    karson.thompson@butlersnow.com
    1400 Lavaca Street, Suite 1000
    Austin, Texas 78701
    Tel: (737) 802-1800
    Fax: (737) 802-1801

**ATTORNEYS FOR DEFENDANT KIM OGG, IN HER CAPACITY AS DISTRICT ATTORNEY FOR HARRIS COUNTY**

63565243.v1

22-50732.8720

AGREED AND STIPULATED:

_____
Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

I certify that on March 15, 2022 I electronically filed the foregoing with this Court using the CM/ECF system, which will send notification of such filing to all counsel of record who have appeared in this matter.

/s/ Karson Thompson
Karson Thompson

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, this Record Excerpts of Appellant was electronically filed using the Fifth Circuit's CM/ECF system, which provides access to filings to registered counsel of record, including the following:

Courtney M. Hostetler
John C. Bonifaz
Ben Clements
Ronald Fein
FREE SPEECH FOR PEOPLE
48 North Pleasant Street Suite 405
Amherst, MA 01002
**Attorneys for Plaintiff-Appellee Mi Familia Vota**

Eitan Berkowitz
ARENTFOX SCHIFF, L.L.P.
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
**Attorney for Plaintiff-Appellee Mi Familia Vota**

Courtney M. Hostetler
John C. Bonifaz
Ben Clements
Ronald Fein
FREE SPEECH FOR PEOPLE
48 North Pleasant Street Suite 405
Amherst, MA 01002
**Attorneys for Plaintiff-Appellee Marla Lopez**

Courtney M. Hostetler
John C. Bonifaz
Ben Clements
Ronald Fein
FREE SPEECH FOR PEOPLE
48 North Pleasant Street Suite 405
Amherst, MA 01002
**Attorneys for Plaintiff-Appellee Marlon Lopez**

Courtney M. Hostetler
John C. Bonifaz
Ben Clements
Ronald Fein
FREE SPEECH FOR PEOPLE
48 North Pleasant Street Suite 405
Amherst, MA 01002
**Attorneys for Plaintiff-Appellee Paul Rutledge**

Zachary Dolling
Hani Mirza
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741-3438
**Attorneys for Plaintiff-Appellee OCA-Greater Houston**

Jessica R. Amunson
JENNER & BLOCK, L.L.P.
1099 New York Avenue, N.W., Suite 900
Washington D.C., 20001-4412
**Attorney for Plaintiff-Appellee OCA-Greater Houston**

Adriel I. C. Derieux
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004-2400
**Attorney for Plaintiff-Appellee OCA-Greater Houston**

Peter T. Hofer
Lisa Snead
DISABILITY RIGHTS TEXAS
2222 W. Breaker Lane
Austin, TX 78758
**Attorneys for Plaintiff-Appellee OCA-Greater Houston**

Jerry Vattamala
ASIAN AMERICAN LEGAL DEFENSE & EDUCATIONAL FUND
99 Hudson Street, 12th Floor
New York, NY 10013
**Attorney for Plaintiff-Appellee OCA-Greater Houston**

Zachary Dolling
Hani Mirza
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741-3438
**Attorneys for Plaintiff-Appellee League of Women Voters of Texas**

Jessica R. Amunson
JENNER & BLOCK, L.L.P.
1099 New York Avenue, N.W., Suite 900
Washington D.C., 20001-4412
**Attorney for Plaintiff-Appellee League of Women Voters of Texas**

Adriel I. C. Derieux
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004-2400
**Attorney for Plaintiff-Appellee League of Women Voters of Texas**

Peter T. Hofer
Lisa Snead
DISABILITY RIGHTS TEXAS
2222 W. Breaker Lane
Austin, TX 78758
**Attorneys for Plaintiff-Appellee League of Women Voters of Texas**

Jerry Vattamala
ASIAN AMERICAN LEGAL DEFENSE & EDUCATIONAL FUND
99 Hudson Street, 12th Floor
New York, NY 10013
**Attorney for Plaintiff-Appellee League of Women Voters of Texas**

Zachary Dolling
Hani Mirza
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741-3438
**Attorneys for Plaintiff-Appellee REVUP-Texas**

Jessica R. Amunson
JENNER & BLOCK, L.L.P.
1099 New York Avenue, N.W., Suite 900
Washington D.C., 20001-4412
**Attorney for Plaintiff-Appellee REVUP-Texas**

Adriel I. C. Derieux
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004-2400
**Attorney for Plaintiff-Appellee REVUP-Texas**

Peter T. Hofer
Lisa Snead
DISABILITY RIGHTS TEXAS
2222 W. Breaker Lane
Austin, TX 78758
**Attorneys for Plaintiff-Appellee REVUP-Texas**

Jerry Vattamala
ASIAN AMERICAN LEGAL DEFENSE & EDUCATIONAL FUND
99 Hudson Street, 12th Floor
New York, NY 10013
**Attorney for Plaintiff-Appellee REVUP-Texas**

Jessica R. Amunson
JENNER & BLOCK, L.L.P.
1099 New York Avenue, N.W., Suite 900
Washington D.C., 20001-4412
**Attorney for Plaintiff-Appellee Texas Organizing Project**

Adriel I. C. Derieux
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004-2400
**Attorney for Plaintiff-Appellee Texas Organizing Project**

Jerry Vattamala
ASIAN AMERICAN LEGAL DEFENSE & EDUCATIONAL FUND
99 Hudson Street, 12th Floor

New York, NY 10013
**Attorney for Plaintiff-Appellee Texas Organizing Project**

Zachary Dolling
Hani Mirza
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741-3438
**Attorneys for Plaintiff-Appellee Workers Defense Action Fund**

Jessica R. Amunson
JENNER & BLOCK, L.L.P.
1099 New York Avenue, N.W., Suite 900
Washington D.C., 20001-4412
**Attorney for Plaintiff-Appellee Workers Defense Action Fund**

Adriel I. C. Derieux
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004-2400
**Attorney for Plaintiff-Appellee Workers Defense Action Fund**

Peter T. Hofer
Lisa Snead
DISABILITY RIGHTS TEXAS
2222 W. Breaker Lane
Austin, TX 78758
**Attorneys for Plaintiff-Appellee Workers Defense Action Fund**

Jerry Vattamala
ASIAN AMERICAN LEGAL DEFENSE & EDUCATIONAL FUND
99 Hudson Street, 12th Floor
New York, NY 10013
**Attorney for Plaintiff-Appellee Workers Defense Action Fund**

Uzoma Nkem Nkwonta
Noah Baron
Christopher D. Dodge
Jonathan P. Hawley
Elena A. R. Armenta

Graham White
ELIAS LAW GROUP, L.L.P.
10 G Street, Suite 600
Washington, DC 20002
**Attorneys for Plaintiff-Appellee LULAC TEXAS**

Uzoma Nkem Nkwonta
Noah Baron
Christopher D. Dodge
Jonathan P. Hawley
Elena A. R. Armenta
Graham White
ELIAS LAW GROUP, L.L.P.
10 G Street, Suite 600
Washington, DC 20002
**Attorneys for Plaintiff-Appellee Vote Latino**

Uzoma Nkem Nkwonta
Noah Baron
Christopher D. Dodge
Jonathan P. Hawley
Elena A. R. Armenta
Graham White
ELIAS LAW GROUP, L.L.P.
10 G Street, Suite 600
Washington, DC 20002
**Attorneys for Plaintiff-Appellee Texas Alliance for Retired Americans**

Uzoma Nkem Nkwonta
Noah Baron
Christopher D. Dodge
Jonathan P. Hawley
Elena A. R. Armenta
Graham White
ELIAS LAW GROUP, L.L.P.
10 G Street, Suite 600
Washington, DC 20002
**Attorneys for Plaintiff-Appellee Texas AFT**

Kenneth E. Broughton, Jr.
Danielle Ahlrich
REED SMITH, L.L.P.
81 Main Street, Suite 1700
Houston, TX 77002-6110
**Attorneys for Plaintiff-Appellee Delta Sigma Theta Sorority, Inc.**

Mohammed A. Badat
Victor Genecin, Esq.
Kathryn C. Sadasivan
R. Gary Spencer
NAACP
Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006-1738
**Attorneys for Plaintiff-Appellee Delta Sigma Theta Sorority, Inc.**

Eitan Berkowitz
ARENTFOX SCHIFF, L.L.P.
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
**Attorney for Plaintiff-Appellee Delta Sigma Theta Sorority, Inc.**

J. Michael Showalter
ARENTFOX SCHIFF, L.L.P.
233 S. Wacker Drive, Suite 7100
Willis Tower
Chicago, IL 60606
**Attorney for Plaintiff-Appellee Delta Sigma Theta Sorority, Inc.**

Kenneth E. Broughton, Jr.
Danielle Ahlrich
REED SMITH, L.L.P.
81 Main Street, Suite 1700
Houston, TX 77002-6110
**Attorneys for Plaintiff-Appellee Houston Area Urban League**

Mohammed A. Badat
Victor Genecin, Esq.
Kathryn C. Sadasivan

R. Gary Spencer
NAACP
Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006-1738
**Attorneys for Plaintiff-Appellee Houston Area Urban League**

Eitan Berkowitz
ARENTFOX SCHIFF, L.L.P.
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
**Attorney for Plaintiff-Appellee Houston Area Urban League**

J. Michael Showalter
ARENTFOX SCHIFF, L.L.P.
233 S. Wacker Drive, Suite 7100
Willis Tower
Chicago, IL 60606
**Attorney for Plaintiff-Appellee Houston Area Urban League**

Kenneth E. Broughton, Jr.
Danielle Ahlrich
REED SMITH, L.L.P.
81 Main Street, Suite 1700
Houston, TX 77002-6110
**Attorneys for Plaintiff-Appellee Arc of Texas**

Mohammed A. Badat
Victor Genecin, Esq.
Kathryn C. Sadasivan
R. Gary Spencer
NAACP
Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006-1738
**Attorneys for Plaintiff-Appellee Arc of Texas**

J. Michael Showalter
ARENTFOX SCHIFF, L.L.P.
233 S. Wacker Drive, Suite 7100

Willis Tower
Chicago, IL 60606
**Attorney for Plaintiff-Appellee Arc of Texas**

Kenneth E. Broughton, Jr.
Danielle Ahlrich
REED SMITH, L.L.P.
81 Main Street, Suite 1700
Houston, TX 77002-6110
**Attorney for Plaintiff-Appellee Jeffrey Lamar Clemmons**

Mohammed A. Badat
Victor Genecin, Esq.
Kathryn C. Sadasivan
R. Gary Spencer
NAACP
Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006-1738
**Attorney for Plaintiff-Appellee Jeffrey Lamar Clemmons**

Eitan Berkowitz
ARENTFOX SCHIFF, L.L.P.
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
**Attorney for Plaintiff-Appellee Jeffrey Lamar Clemmons**

J. Michael Showalter
ARENTFOX SCHIFF, L.L.P.
233 S. Wacker Drive, Suite 7100
Willis Tower
Chicago, IL 60606
**Attorney for Plaintiff-Appellee Jeffrey Lamar Clemmons**

Counsel further certifies that (1) any required privacy redactions have

been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic

submission is an exact copy of the filed document in compliance with Fifth

Circuit Rule 25.2.1; (3) the document has been scanned with the most recent

version of Microsoft Defender ATP antivirus software and is free of viruses.

/s/ Karson Thompson
Karson Thompson
**Attorney for Appellant**

66098977.v1