No. 22-50732

# IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————————————————————

MI FAMILIA VOTA; MARLA LOPEZ; MARLON LOPEZ; PAUL
RUTLEDGE,

*Plaintiffs-Appellees,*

v.

KIM OGG,

*Defendant-Appellant.*

———————————————————————

OCA-GREATER HOUSTON; LEAGUE OF WOMEN VOTERS OF
TEXAS; REVUP-TEXAS; WORKERS DEFENSE ACTION FUND,

*Plaintiffs-Appellees,*

v.

JOSE A. ESPARZA, IN HIS OFFICIAL CAPACITY AS TEXAS
SECRETARY OF STATE (ACTING), ET AL.,

*Defendants.*

KIM OGG

*Appellant.*

———————————————————————

LULAC TEXAS; VOTO LATINO; TEXAS ALLIANCE FOR RETIRED AMERICANS; TEXAS AFT,

Plaintiffs-Appellees,

v.

JOSE A. ESPARZA, ET AL.,

Defendants.

KIM OGG

Appellant.

_____

DELTA SIGMA THETA SORORITY, INC.; HOUSTON AREA URBAN LEAGUE; THE ARC OF TEXAS; JEFFREY LAMAR CLEMMONS,

Plaintiffs-Appellees,

v.

GREGORY WAYNE ABBOTT, IN HIS OFFICIAL CAPACTIY AS THE GOVERNOR OF TEXAS, ET AL.,

Defendants.

KIM OGG

Appellant.

_____

MI FAMILIA VOTA; MARLA LOPEZ; MARLON LOPEZ; PAUL RUTLEDGE,

Plaintiffs-Appellees,

v.

GREGORY WAYNE ABBOTT, IN HIS OFFICIAL CAPACTIY AS THE GOVERNOR OF TEXAS, ET AL.,

Defendants.

KIM OGG

Appellant.

_____

**On Appeal from the United States District Court**
**for the Western District of Texas, San Antonio Division**
Civil Action No. 5:21-CV-844 (lead case);
Civil Action No. 1:21-CV-780; Civil Action No. 1:21-CV-786;
Civil Action No. 5:21-CV-848; Civil Action No. 5:21-CV-920
Honorable Xavier Rodriguez, United States District Judge, presiding

_____

## PLAINTIFFS-APPELLEES' JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT-APPELLANT OGG'S PRINCIPAL BRIEF

Zachary Dolling
zachary@texascivilrightsproject.org
Hani Mirza
hani@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas 78741
512-474-5073 (Telephone)

Lisa Snead
lsnead@drtx.org
Peter Thomas Hofer
phofer@drtx.org
DISABILITY RIGHTS TEXAS
2222 W. Braker Lane
Austin, TX 78758
512-454-4816 (Telephone)

3

512-474-0726 (Facsimile)

Jerry Vattamala
jvattamala@aaldef.org
ASIAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL
FUND
99 Hudson Street, 12th Floor
New York, NY 10013
212-966-5932 (Telephone)
212-966-4303 (Facsimile)

Jessica Ring Amunson
jamunson@jenner.com
JENNER & BLOCK, L.L.P.
1099 New York Avenue, N.W., Ste 900
Washington, DC 20001-4412
202-639-6023 (Telephone)
202-661-4993 (Facsimile)

512-454-3999 (Facsimile)

Adriel I. Cepeda Derieux
acepedaderieux@aclu.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004-2400
212-284-7334 (Telephone)
212-549-2654 (Facsimile)

***ATTORNEYS FOR PLAINTIFFS-APPELLEES OCA-GREATER HOUSTON, LEAGUE OF WOMEN VOTERS OF TEXAS, REVUP-TEXAS, AND WORKERS DEFENSE ACTION FUND***

_____

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of 5TH CIR. R. 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

**Plaintiffs-Appellees**
Mi Familia Vota
Marla Lopez
Marlon Lopez
Paul Rutledge
OCA-Greater Houston
League of Women Voters of Texas
REVUP-Texas
Workers Defense Action Fund
LULAC TEXAS
Voto Latino
Texas Alliance for Retired Americans
Texas AFT
Delta Sigma Theta Sorority, Inc.
Houston Area Urban League
Arc of Texas
Jeffrey Lamar Clemmons

**Plaintiffs-Appellees' Counsel**
Courtney M. Hostetler
John C. Bonifaz
Ben Clements
Ronald Fein
      FREE SPEECH FOR PEOPLE
      48 North Pleasant Street Suite 405
      Amherst, MA 01002

Eitan Berkowitz
      ARENTFOX SCHIFF L.L.P.
      44 Montgomery Street, 38th Floor
      San Francisco, CA 94104

Zachary Dolling
Hani Mirza
      TEXAS CIVIL RIGHTS PROJECT
      1405 Montopolis Drive
      Austin, TX 78741-3438

Jessica R. Amunson
    JENNER & BLOCK, L.L.P.
    1099 New York Avenue, N.W., Suite 900
    Washington D.C., 20001-4412

Adriel I. C. Derieux
    AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    125 Broad Street, 18th Floor
    New York, NY 10004-2400

Peter T. Hofer
Lisa Snead
    DISABILITY RIGHTS TEXAS
    2222 W. Breaker Lane
    Austin, TX 78758

Jerry Vattamala
    ASIAN AMERICAN LEGAL DEFENSE & EDUCATIONAL FUND
    99 Hudson Street, 12th Floor
    New York, NY 10013

Uzoma Nkem Nkwonta
Noah Baron
Christopher D. Dodge
Jonathan P. Hawley
Elena A. R. Armenta
Graham White
    ELIAS LAW GROUP, L.L.P.
    10 G Street, Suite 600
    Washington, DC 20002

Kenneth E. Broughton, Jr.
Danielle Ahlrich
    REED SMITH L.L.P.
    81 Main Street, Suite 1700
    Houston, TX 77002-6110

Mohammed A. Badat
Victor Genecin, Esq.
Kathryn C. Sadasivan
R. Gary Spencer
    NAACP Legal Defense & Educational Fund, Inc.
    40 Rector Street, 5th Floor
    New York, NY 10006-1738

J. Michael Showalter
    ARENTFOX SCHIFF, L.L.P.
    233 S. Wacker Drive, Suite 7100
    Willis Tower
    Chicago, IL 60606

**Defendant-Appellant**
Kim Ogg

**Defendant-Appellant's Counsel**
Eric J.R. Nichols
Karson Thompson
    Butler Snow LLP
    1400 Lavaca Street, Suite

By:  */s/ Zachary Dolling*

Zachary Dolling
Texas Bar Number: 24109935
zachary@texascivilrightsproject.org
1405 Montopolis Drive
Austin, Texas 78741
Tel: 512-474-5073 ext. 162
Fax: 515-474-0726

**Attorney for OCA-Greater Houston
Plaintiffs-Appellees**

7

## PLAINTIFFS-APPELLEES' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT KIM OGG'S PRINCIPAL BRIEF

Plaintiffs-Appellees League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, The Arc of Texas, Delta Sigma Theta, Mi Familia Vota, LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT ("Plaintiffs") respectfully request an extension of 30 days to respond to Defendant-Appellant Kim Ogg's Principal Brief, from November 18, 2022, to December 18, 2022. Defendant Ogg is unopposed to this request.

Defendant-Appellant Kim Ogg filed her principal brief on October 19, 2022. In order to conserve the parties' and the Court's resources, Plaintiffs intend to file a consolidated response brief. That response brief is currently due on November 18, 2022. *See* Fed. R. App. P. 31(a)(1). However, early voting in Texas began on October 24, 2022, and continues through November 4, 2022, with Election Day on November 8, 2022. Plaintiffs, which are Texas-based organizations actively engaged in election- and voting-related outreach, assistance, and related activities, and Plaintiffs' counsel, who represent Plaintiffs and other clients in that work, are and will be substantially engaged during and

after the election period. Accordingly, Plaintiffs respectfully request the Court grant this motion to extend Plaintiffs' deadline to respond to Defendant Ogg's principal brief by 30 days, from November 18, 2022, to December 18, 2022, to accommodate this election period and to allow Plaintiffs to effectively respond.[1] Counsel for Plaintiffs conferred with counsel for Defendant Ogg and she is unopposed to this request, which is sought for good cause and not for purposes of delay.

For the foregoing reasons Plaintiffs respectfully request the Court grant them an extension of 30 days to respond to Defendant-Appellant Kim Ogg's Principal Brief, from November 18, 2022, to December 18, 2022.

Dated: October 27, 2022.      Respectfully submitted,

/s/ *Zachary Dolling*

Zachary Dolling
Texas Bar No. 24105809
Hani Mirza
Texas Bar No. 24083512
**TEXAS CIVIL RIGHTS PROJECT**
1405 Montopolis Drive
Austin, Texas 78741

---

[1] 30 days from November 18, 2022, is December 18, 2022, which is a Sunday. Plaintiffs' deadline to respond would therefore be Monday, December 19, 2022. *See* Fed. R. App. P. 26(a)(1)(c).

512-474-5073 (phone)
512-474-0726 (fax)
zachary@texascivilrightsproject.org
hani@texascivilrightsproject.org

Lisa Snead
Texas Bar No. 24062204
Peter Thomas Hofer
Texas Bar No. 09777275
**DISABILITY RIGHTS TEXAS**
2222 W. Braker Lane
Austin, TX 78758
512-454-4816 (phone)
512-454-3999 (fax)
lsnead@drtx.org
phofer@drtx.org

Jerry Vattamala
**ASIAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL
FUND**
99 Hudson Street, 12th Floor
New York, NY 10013
212-966-5932 (phone)
212-966-4303 (fax)
jvattamala@aaldef.org

Adriel I. Depeda Derieux
**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**
125 Broad St., 18th Floor
New York, NY 10004
212-284-7334
acepedaderieux@aclu.org

Jessica Ring Amunson
**JENNER & BLOCK, L.L.P.**

10

1099 New York Avenue, N.W., Ste 900
Washington, DC 20001-4412
202-639-6000
jamunson@jenner.com

***COUNSEL FOR PLAINTIFFS-
APPELLEES OCA-GREATER
HOUSTON, LEAGUE OF WOMEN
VOTERS OF TEXAS; REVUP-
TEXAS, AND WORKERS
DEFENSE ACTION FUND***

*/s/ J. Michael Showalter*
J. Michael Showalter
ARENTFOX SCHIFF LLP
IL Bar No. 6301455
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
j.michael.showalter@afslaw.com
Tel: (312) 258-5561

Eitan Berkowitz*
ARENTFOX SCHIFF LLP
CA Bar No. 341441
44 Montgomery St., 38th Floor
San Francisco, CO 94104
Tel: (415) 757-5500

Jennifer Holmes
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
DC State Bar No. 1510777
700 14th Street N.W. Suite 600
Washington, DC 2005
jholmes@naacpldf.org
Tel: (202) 683-1300

Kathryn Sadasivan
Amir Badat
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
abadat@naacpldf.org

Kenneth Broughton
REED SMITH LLP
TX State Bar No. 03087350
811 Main Street
Suite 1700
Houston, TX 77002
kbroughton@reedsmith.com
Tel: (713) 469-3819

Danielle V. Ahlrich

REED SMITH LLP
TX State Bar No. 24059215
401 Congress Ave., Suite 1800
Austin, TX 78701
dahlrich@reedsmith.com
Tel: (512) 623-1777

**COUNSEL FOR PLAINTIFFS
HOUSTON AREA URBAN LEAGE;
DELTA SIGMA THETA
SORORITY, INC.; THE ARC OF
TEXAS; AND JEFFREY LAMAR
CLEMMONS**

*application for admission pending

*/s/ Courtney Hostetler*
Courtney Hostetler
Ron Fein
John Bonifaz
Ben Clements
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
(617) 249-3015
chostetler@freespeechforpeople.org
rfein@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

Elijah Watkins* STOEL
RIVES LLP
101 S. Capital Boulevard, Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000
elijah.watkins@stoel.com

Bradley Prowant*
STOEL RIVES LLP
33 S. Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 373-8800
bradley.prowant@stoel.com

***COUNSEL FOR PLAINTIFFS MI
FAMILIA VOTA, MARLA LÓPEZ,
MARLON LÓPEZ, AND PAUL
RUTLEDGE***

*application for admission pending

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta

13

*Counsel of Record*
Christopher D. Dodge
Graham W. White
Noah B. Baron
Elena Rodriguez Armenta
ELIAS LAW GROUP LLP
10 G Street NE, Suite 600
Washington, DC 20002
unkwonta@elias.law

***COUNSEL FOR PLAINTIFFS-APPELLEES LULAC TEXAS, VOTO LATINO, TEXAS ALLIANCE FOR RETIRED AMERICANS, AND TEXAS AFT***

## Certificate of Conference

On October 20, 2022 I contacted Eric Nichols and Karson Thompson, counsel for Defendant Ogg, by email. On October 26, 2022, they indicated that they are unopposed to Plaintiffs' requested extension.

*/s/ Zachary Dolling*
Zachary Dolling

## Certificate of Compliance

I hereby certify that this document complies with the word limit of Fed. R. App. P. 27(d)(2) because it does not exceed 5,200 words, and with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1) because it is printed in a proportionally spaced, serif typeface using Century Schoolbook 14-point font in text and Century Schoolbook 12-point font in footnotes produced by Microsoft Word software.

*/s/ Zachary Dolling*
Zachary Dolling

## **Certificate of Service**

I hereby certify that on October 27, 2022, a true and correct copy of the foregoing document was served on all counsel of record by filing with the Court's CM/ECF system.

/s/ *Zachary Dolling*
Zachary Dolling

15