# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 29, 2022

Ms. Jessica Ring Amunson
Jenner & Block, L.L.P.
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

Mr. Kenneth Eugene Broughton Jr.
Reed Smith, L.L.P.
811 Main Street
Suite 1700
Houston, TX 77002-6110

Ms. Courtney Marie Hostetler
Free Speech For People
1320 Centre Street
Suite 405
Newton, MA 02459

    No. 22-50732    Mi Familia Vota v. Ogg
                            USDC No. 5:21-CV-844
                            USDC No. 1:21-CV-780
                            USDC No. 1:21-CV-786
                            USDC No. 5:21-CV-848
                            USDC No. 5:21-CV-920

Dear Ms. Amunson, Mr. Broughton, and Ms. Hostetler,

The deadline to file the appellees' brief(s) expired on November 18, 2022, see FED. R. APP. P. 31(a)(1). If you wish to file a brief, we should receive it along with a motion to file the brief out of time within 10 days from this date. If we receive no response to this letter, we will submit the case to the court on the record and briefs already on file.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc:  Ms. Danielle Ahlrich
    Mr. Mohammed Amir Badat
    Mr. Noah Baron
    Mr. Eitan Berkowitz
    Mr. John C. Bonifaz
    Mr. Thomas Paul Buser-Clancy
    Mr. Adriel I. Cepeda Derieux
    Mr. Ben Clements
    Mr. Christopher D. Dodge
    Mr. Zachary Dolling
    Mr. Ronald Fein
    Mr. Victor Genecin
    Mr. Derek Ha
    Mr. Jonathan Patrick Hawley
    Mr. Peter Thomas Hofer
    Ms. Savannah Kumar
    Mr. Hani Mirza
    Mr. Eric J. R. Nichols
    Mr. Uzoma Nkem Nkwonta
    Ms. Elena Alejandra Rodriguez Armenta
    Ms. Kathryn C. Sadasivan
    Mr. J. Michael Showalter
    Ms. Lisa Snead
    Mr. R. Gary Spencer
    Mr. Karson Thompson
    Mr. Jerry Vattamala
    Mr. Graham White