

1700 Seventh Ave, Suite 2100 | Seattle, WA 98101

December 1, 2022

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Herbart Building
600 S. Maestri Place
Suite 115
New Orleans, LA 70130-3408

      RE:    Notice of Withdrawal of Attorney Jonathan P. Hawley in *Mi Familia Vota v. Ogg,* Case No. 22-50732

Dear Mr. Cayce:

      I, Jonathan P. Hawley, am counsel for Plaintiffs-Appellees LULAC Texas, Vote Latino,[1] Texas Alliance for Retired Americans, and Texas AFT ("LULAC Plaintiffs-Appellees"). I hereby notify this Court of my withdrawal as counsel for LULAC Plaintiffs-Appellees. LULAC Plaintiffs-Appellees will continue to be represented by lead counsel Uzoma N. Nkwonta of Elias Law Group LLP, Christopher D. Dodge of Elias Law Group LLP, Noah Baron of Elias Law Group LLP, Graham W. White of Elias Law Group LLP, and Elena Rodriguez Armenta of Elias Law Group LLP.

      I respectfully request that this Court enter an order permitting me to withdraw from this action as counsel of record for LULAC Plaintiffs-Appellees.

      Sincerely,

      Jonathan Hawley
      Elias Law Group LLP
      1700 Seventh Avenue
      Suite 2100
      Seattle, WA 98101
      Tel: (206) 656-0179
      Fac: (202) 968-4498
      jhawley@elias.law

---

[1] The case caption erroneously refers to Voto Latino as "Vote Latino." LULAC Plaintiffs-Appellees intend to file a letter with the Clerk's office requesting that the caption be corrected.