

December 16, 2022

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Herbart Building
600 S. Maestri Place
Suite 115
New Orleans, LA 70130-3408

      RE:    **Notice of Withdrawal of Plaintiff-Appellee Texas Organizing Project in *Mi Familia Vota v. Ogg*, Case No. 22-50732**

Dear Mr. Cayce:

    I write to request that the case caption in *Mi Familia Vota v. Ogg*, Case No. 22-50732, be updated to remove my former client, Texas Organizing Project, as a Plaintiff-Appellee. Texas Organizing Project voluntarily withdrew from the underlying case, 5:21-cv-844 (W.D. Tex.), with no opposition from any defendant, by the district court's order on April 14, 2022. Texas Organizing Project is therefore not involved in this appeal.

    I respectfully request that Texas Organizing Project be removed from the docket in this appeal.

                                      Sincerely,

                                      */s/ Zachary Dolling*

                                      Zachary Dolling
                                      Texas Bar No. 24105809
                                      TEXAS CIVIL RIGHTS PROJECT
                                      1405 Montopolis Drive
                                      Austin, TX 78741
                                      512-474-5073 (Telephone)
                                      512-474-0726 (Facsimile)
                                      zachary@texascivilrightsproject.org