# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).**

**Fifth Cir. Case NO.** 22-50732

Mi Familia Vota vs. Kim Ogg
(Short Title)

The Clerk will enter my appearance as Counsel for Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**     ☐ Petitioner(s)    ☐ Respondent(s)    ☐ Amicus Curiae
☐ Appellant(s)    ☑ Appellee(s)    ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Samuel Spital                               sspital@naacpldf.org
(Signature)                                      (e-mail address)

Samuel Spital                                    New York / 4334595
(Type or print name)                             (State/Bar No.)

(Title, if any)

NAACP Legal Defense and Educational Fund, Inc.
(Firm or Organization)

Address 40 Rector Street, 5th Floor

City & State New York, NY                                Zip 10006

Primary Tel. (212) 965-2200     Cell Phone:

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Kenneth E. Broughton

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

B. Inquiry of Counsel. To your knowledge:
   (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
   ☑ Yes    ☐ No
   (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
   ☐ Yes    ☑ No
   (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
   ☐ Yes    ☑ No
   (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
See attached list.

Name of Court or Agency

Status of Appeal (if any)

Other Status (if not appealed)

**NOTE:** Attach sheet to give further details.                                        DKT-5A REVISED January 2022

<u>Detailed Response to Question B(1)</u>

The following related cases are ongoing in the Fifth Circuit Court of Appeals.

| <u>Case No.</u> | <u>Case Name</u> | <u>Status</u> |
|---|---|---|
| 22-50407 | LULAC v. Guillen | Status Report Due 1/6/2023; consolidated with 22-50648 |
| 22-50435 | LULAC Texas v. Hughes | Briefing and oral argument complete |
| 22-50648 | LULAC v. Hunter | Status Report Due 1/6/2023; consolidated with 22-50407 |
| 22-50662 | LULAC v. Patrick | Status Report Due 1/4/2023 |
| 22-50775 | LUPE v. Scott | Briefing not complete |
| 22-50777 | Mi Familia Vota v. Abbott | Consolidated with 22-50775 and 22-50778 |
| 22-50778 | OCA-Greater Houston v. Scott | Consolidated with 22-50775 and 22-50777 |