# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | |
|---|---|
| MI FAMILIA VOTA et al.,<br><br>     *Plaintiffs-Appellees*<br><br>v.<br><br>KIM OGG,<br><br>     *Defendant-Appellant* | Civil Action No. 22-50732<br><br>On Appeal from the United States District Court for the Western District of Texas,<br><br>USDC No. 1:21-CV-844<br>USDC No. 1:21-CV-780<br>USDC No. 1:21-CV-786<br>USDC No. 5:21-CV-848<br>USDC No. 5:21-CV-920 |

OCA-GREATER HOUSTON et al.,

     *Plaintiffs-Appellees*

v.

JOSE A. ESPARZA, IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE (ACTING) et al.,

     *Defendants*

and

KIM OGG,

     *Appellant*

LULAC TEXAS et al.,

     *Plaintiffs-Appellees*

v.

JOSE A. ESPARZA; et al.,

*Defendant*

and

KIM OGG,

*Appellant*

DELTA SIGMA THETA SORORITY,
INCORPORATED et al.,

*Plaintiffs-Appellees*

v.

GREGORY WAYNE ABBOTT, IN
HIS OFFICIAL CAPACITY AS THE
GOVERNOR OF TEXAS; et al.,

*Defendants*

and

KIM OGG,

*Appellant*

MI FAMILIA VOTA et al.,

*Plaintiffs-Appellees*

v.

GREGORY ABBOTT, IN HIS
OFFICIAL CAPACITY AS THE
GOVERNOR OF TEXAS et al.,

*Defendants*

and

KIM OGG,

*Appellant*

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

TO THE CLERK AND ALL PARTIES:

Please withdraw the appearance of Ms. Danielle Ahlrich, of Reed Smith LLP., as counsel on behalf of Plaintiffs-Appellees Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons ("Plaintiffs-Appellees"). Due to personal obligations and professional commitments, Ms. Ahlrich is unable to continue her representation of Plaintiffs-Appellees.  Plaintiffs-Appellees will continue to be represented by existing counsel from the NAACP Legal Defense & Educational Fund, Inc., Reed Smith LLP, and The Arc of the United States.  Counsel for Defendants-Appellants do not oppose this motion.

Respectfully submitted,

*/s/ Danielle Ahlrich*

Kenneth E. Broughton
Texas Bar No. 03087250
kbroughton@reedsmith.com

J. Keely Dulaney
Texas Bar No. 24116306
kdulaney@reedsmith.com

Reed Smith LLP

811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899

Sarah M. Cummings
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
scummings@reedsmith.com

Danielle Ahlrich
Texas Bar No. 24059215
401 Congress Avenue, Suite 1800
Austin, TX 78701
Telephone: (512) 623-1777
dahlrich@reedsmith.com

Kathryn Sadasivan
Amir Badat
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592
ksadasivan@naacpldf.org
abadat@naacpldf.org

Jennifer A. Holmes
NAACP   Legal Defense and Educational
Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
jholmes@naacpldf.org

Shira Wakschlag
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org

*Counsel for Plaintiffs Houston Area Urban League; Delta Sigma Theta Sorority, Inc.; The Arc of Texas; and Jeffrey Lamar Clemmons*

## CERTIFICATE OF COMPLIANCE

This Motion complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because this Motion contains 102 words, excluding parts of the Motion exempted by Fed. R. App. P. 32(f) and 5th Cir. R. 32.3. 2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ *Danielle Ahlrich*
Danielle Ahlrich

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs-Appellees, Danielle Ahlrich, sent an email to counsel for Defendants-Appellants in this appeal inquiring as to whether the relief requested in this motion would be opposed. Counsel for Defendants-Appellants did not raise an objection.

/s/ *Danielle Ahlrich*
Danielle Ahlrich

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system on December 21, 2022.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that I have mailed the foregoing document by First-Class Mail, postage prepaid, to participants in the case who are not registered CM/ECF users.

/s/ *Danielle Ahlrich*
Danielle Ahlrich