# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

December 22, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-50732   Mi Familia Vota v. Ogg  
                     USDC No. 5:21-CV-844  
                     USDC No. 1:21-CV-780  
                     USDC No. 1:21-CV-786  
                     USDC No. 5:21-CV-848  
                     USDC No. 5:21-CV-920

The court has taken the following action in this case:

The motion to withdraw Ms. Danielle Ahlrich as counsel is hereby GRANTED.

                                           Sincerely,

                                           LYLE W. CAYCE, Clerk

                                           By: _____  
                                           Mary Frances Yeager, Deputy Clerk  
                                           504-310-7686

Ms. Danielle Ahlrich  
Ms. Jessica Ring Amunson  
Mr. Mohammed Amir Badat  
Mr. Noah Baron  
Mr. Eitan Berkowitz  
Mr. John C. Bonifaz  
Mr. Kenneth Eugene Broughton Jr.  
Mr. Thomas Paul Buser-Clancy  
Mr. Adriel I. Cepeda Derieux  
Mr. Ben Clements  
Mr. Christopher D. Dodge  
Mr. Zachary Dolling  
Mr. Ronald Fein  
Mr. Victor Genecin  
Mr. Derek Ha  
Mr. Peter Thomas Hofer  
Ms. Jennifer A. Holmes  
Ms. Courtney Marie Hostetler  
Mr. Michael Brandon Jones  
Ms. Savannah Kumar

Mr. Hani Mirza
Mr. Eric J. R. Nichols
Mr. Uzoma Nkem Nkwonta
Ms. Elena Alejandra Rodriguez Armenta
Ms. Kathryn C. Sadasivan
Mr. J. Michael Showalter
Ms. Lisa Snead
Mr. R. Gary Spencer
Mr. Samuel Spital
Mr. Karson Thompson
Mr. Jerry Vattamala
Mr. Graham White