

December 30, 2022

Re:      No. 22-50732, *Mi Familia Vota et al. v. Ogg et al.*

---

Lyle W. Cayce                                                                                     <u>*Via CM/ECF*</u>
United States Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

Dear Mr. Cayce:

    I represent Appellant Harris County District Attorney Kim Ogg in this appeal. Pursuant to Fifth Circuit Rule 31.3.4, I write to respectfully request a limited Level 1 Extension of time to file Appellant's Reply Brief by **14 days** from January 6, 2023, to and including **January 20, 2023**.

    The Appellee's Brief was filed on December 16, 2022, following a requested and received extension to which Appellant did not object. In light of the intervening holidays, Appellant respectfully requests the Court extend the deadline for Appellants to file their reply brief. Appellees are not opposed to the relief requested.

                                                  Sincerely,

                                                  BUTLER SNOW LLP

                                                  Eric J.R. Nichols
                                                  Counsel for Appellant Harris County District Attorney Kim Ogg

cc: Counsel of Record (via CM/ECF)

---

ERIC J.R. NICHOLS
737.802.1807
eric.nichols@butlersnow.com

1400 Lavaca Street, Suite 1000
Austin, TX 78701

T 737.802.1800 • F 737.802.1801 • *www.butlersnow.com*

BUTLER SNOW LLP