# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 04, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-50732    Mi Familia Vota v. Ogg
                    USDC No. 5:21-CV-844
                    USDC No. 1:21-CV-780
                    USDC No. 1:21-CV-786
                    USDC No. 5:21-CV-848
                    USDC No. 5:21-CV-920

The court has granted in part an extension of time to and including
January 13, 2023 for filing a reply brief in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

Ms. Jessica Ring Amunson
Mr. Mohammed Amir Badat
Mr. Noah Baron
Mr. Eitan Berkowitz
Mr. John C. Bonifaz
Mr. Kenneth Eugene Broughton Jr.
Mr. Thomas Paul Buser-Clancy
Mr. Adriel I. Cepeda Derieux
Mr. Ben Clements
Mr. Christopher D. Dodge
Mr. Zachary Dolling
Mr. Ronald Fein
Mr. Victor Genecin
Mr. Derek Ha
Mr. Peter Thomas Hofer
Ms. Jennifer A. Holmes
Ms. Courtney Marie Hostetler
Mr. Michael Brandon Jones
Ms. Savannah Kumar
Mr. Hani Mirza
Mr. Eric J. R. Nichols
Mr. Uzoma Nkem Nkwonta

Ms. Elena Alejandra Rodriguez Armenta
Ms. Kathryn C. Sadasivan
Mr. J. Michael Showalter
Ms. Lisa Snead
Mr. R. Gary Spencer
Mr. Samuel Spital
Mr. Karson Thompson
Mr. Jerry Vattamala
Mr. Graham White