# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| Mi Familia Vota; Marla Lopez; Marlon Lopez; Paul Rutledge, | § § § § | |
| Plaintiffs-Appellees, | § § | |
| v. | § § | No. 22-50732 |
| Kim Ogg, | § § § | |
| Defendant-Appellant. | | |

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Please take note that Graham W. White hereby respectfully moves the Court to permit him to withdraw as counsel of record for Plaintiffs-Appellees LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. Mr. White will be departing Elias Law Group LLP effective January 6, 2023. Plaintiffs-Appellees will continue to be represented by Elias Law Group LLP. Counsel for all parties in this case have been notified and confirmed that they do not oppose Mr. White's withdrawal.

| | |
|---|---|
| Dated: January 6, 2023 | */s/Graham W. White* <br> Uzoma N. Nkwonta* <br> Christopher D. Dodge* <br> Graham W. White* <br> **ELIAS LAW GROUP LLP** <br> 250 Massachusetts Ave., Suite 400 <br> Washington, D.C. 20001 <br> Telephone: (202) 968-4490 <br> unkwonta@elias.law <br> cdodge@elias.law <br> gwhite@elias.law <br> <br> *Counsel for Plaintiffs-Appellees* |

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed this document with this Court using the CM/ECF system, which provides notice of this filing to all registered CM/ECF users on the 6th day of January, 2023. I certify that counsel for the Plaintiffs-Appellees and Defendant-Appellant are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                         */s/ Graham W. White*
                                                         Graham W. White