# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 10, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-50732   Mi Familia Vota v. Ogg
                    USDC No. 5:21-CV-844
                    USDC No. 1:21-CV-780
                    USDC No. 1:21-CV-786
                    USDC No. 5:21-CV-848
                    USDC No. 5:21-CV-920

The court has taken the following action in this case:

The motion to withdraw Mr. Graham White as counsel is hereby GRANTED.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Ms. Jessica Ring Amunson
Mr. Mohammed Amir Badat
Mr. Noah Baron
Mr. Eitan Berkowitz
Mr. John C. Bonifaz
Mr. Kenneth Eugene Broughton Jr.
Mr. Thomas Paul Buser-Clancy
Mr. Adriel I. Cepeda Derieux
Mr. Ben Clements
Mr. Christopher D. Dodge
Mr. Zachary Dolling
Mr. Ronald Fein
Mr. Victor Genecin
Mr. Derek Ha
Mr. Peter Thomas Hofer
Ms. Jennifer A. Holmes
Ms. Courtney Marie Hostetler
Mr. Michael Brandon Jones
Ms. Savannah Kumar
Mr. Hani Mirza

Mr. Eric J. R. Nichols  
Mr. Uzoma Nkem Nkwonta  
Ms. Elena Alejandra Rodriguez Armenta  
Ms. Kathryn C. Sadasivan  
Mr. J. Michael Showalter  
Ms. Lisa Snead  
Mr. R. Gary Spencer  
Mr. Samuel Spital  
Mr. Karson Thompson  
Mr. Jerry Vattamala  
Mr. Graham White  

P.S. We have removed Mr. Graham White from our docket as counsel for appellant.  We will not send further orders, correspondence, etc. regarding this appeal.